UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRI SMITH and MICHELLE SMITH FREGOSO,

    Plaintiff(s),

v.

STONEBRIDGE LIFE INSURANCE COMPANY,

    Defendant(s).
_____/

No. C 08-01466 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 8, 2008

_____
Signature

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")

**BARBARA A. CASINO**   (SB#091952)
STENNETT/CASINO ATTORNEYS AT LAW
501 West Broadway, Suite 1340
San Diego, CA 92101
(619) 544-6404

<u>Terri Smith and Michelle Smith Fregoso v. Stonebridge Life Insurance Company</u>

CASE NO.   C08-01466 JCS

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the action; my business address is 501 West Broadway, Suite 1340, San Diego, California 92101.

On April 8, 2008, I served the foregoing document(s) described as:

1. Consent to Proceed before a United States Magistrate Judge

on all interested parties, through their respective attorneys of record in this action, as follows:

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Margaret Levy<br>Joseph E. Laska<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Tel: (310) 312-4000<br>Fax: (310) 312-4224<br>Email: mlevy@manatt.com and jlaska@manatt.com | Attorneys for Defendant<br>Stonebridge Life Insurance Company |

[X]   **BY ELECTRONIC FILING AND SERVICE VIA CM/ECF:** I transmitted a true copy of the above-entitled document(s) to CM/ECF on April 8, 2008. I caused all of the above-entitled document(s) to be sent to the recipients noted via CM/ECF e-service at the recipients' office. The file transmission was reported as complete and a copy of the CM/ECF Filing Receipt page will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2008, at San Diego, California.

/s/ Barbara A. Casino
Barbara A. Casino
bcasino@stennettcasino.com