# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-01466 JCS**

**CASE NAME:  TERRI SMITH v. STONEBRIDGE LIFE INS. CO.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: June 20, 2008    **TIME: 8 mins** | **COURT REPORTER**: <u>Not recorded</u> |
| **<u>COUNSEL FOR PLAINTIFF:</u>**<br>John P. Stennett*(T) | **<u>COUNSEL FOR DEFENDANT:</u>**<br>Joseph E. Laska *(T)<br>Margaret Levy *(T) |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Discovery is STAYED.  Parties shall submit a stipulation and proposed order regarding a briefing schedule with the reply brief to be filed no less than two (2) weeks prior to the hearing date.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**    09/26/08 at 9:30 a.m., for oral argument on Motions for Partial Summary Judgment

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ()Jury  ()Court   Set for   days | | |

**cc:**    **Chambers; Karen**
* (T) = Telephonic Appearance