UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRI SMITH,

        Plaintiff(s),

   v.

STONEBRIDGE LIFE INS. CO.,

        Defendant(s).
_____/

Case No. C-08-01466 JCS

**CASE MANAGEMENT AND PRETRIAL ORDER**

Following a case management conference held on **June 20, 2008,**

IT IS HEREBY ORDERED THAT:

1. Discovery is STAYED.

2. Parties shall submit a stipulation and proposed order regarding a briefing schedule for the Motions for Partial Summary Judgment with the reply brief to be filed two (2) weeks prior to the hearing date.

3. Oral argument on the Motions for Partial Summary Judgment is set for Friday, **September 26, 2008, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: June 23, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge