MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 66585)
JOSEPH E. LASKA (Bar No. 221055)
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: mlevy@manatt.com and jlaska@manatt.com

*Attorneys for Defendant*
STONEBRIDGE LIFE INSURANCE COMPANY

STENNETT/CASINO
JOHN P. STENNETT (Bar No. 72815)
BARBARA A. CASINO (Bar No. 91952)
501 West Broadway, Suite 1340
San Diego, California 92101
Telephone: (619) 544-6404
Facsimile: (619) 234-7082
Email: Stennett@StennettCasino.com and
Bcasino@StennettCasino.com

*Attorneys for Plaintiffs*
TERRI SMITH and MICHELE SMITH FREGOSO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI SMITH and MICHELE SMITH FREGOSO,<br><br>Plaintiffs,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. C 08-01466 JCS<br><br>Magistrate Judge Joseph C. Spero<br><br>STIPULATION SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Action Filed: September 5, 2007 |

1    Pursuant to the Court's June 23, 2008 Case Management and Pretrial Order, Plaintiffs Terri Smith and Michele Smith Fregoso ("Plaintiffs") and Defendant Stonebridge Life Insurance Company ("Stonebridge") submit the following stipulation:

   1.   Plaintiffs have alleged claims for breach of contract and breach of the implied covenant of good faith and fair dealing against Stonebridge. The parties believe that Plaintiffs' claim for breach of contract may be resolved as a matter of law at this time without incurring the expense of further discovery. Therefore, the parties intend to file cross-motions for partial summary judgment on Plaintiffs' claim for breach of contract.

   2.   In its June 23, 2008 Case Management and Pretrial Order, the Court set the hearing on the parties' cross-motions for September 26, 2008 at 9:30 a.m., and ordered the parties to submit a stipulation regarding a briefing schedule.

   3.   The parties have agreed on the following briefing schedule, subject to the Court's approval:

- Deadline to file motions:           August 13, 2008
- Deadline to file oppositions:       August 29, 2008
- Deadline to file reply briefs:      September 12, 2008
- Hearing date:                       September 26, 2008 at 9:30 a.m.

   4.   Each party reserves the right to file a subsequent motion for summary judgment or partial summary judgment in the future, and expressly reserves the right to address Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing and for punitive damages in any such motions.

1  5. The parties respectfully request that the Court approve the parties'
2  stipulation and enter the proposed order lodged concurrently.
3  IT IS SO STIPULATED.

5  Dated: July 16, 2008                MANATT, PHELPS & PHILLIPS, LLP
                                       MARGARET LEVY
6                                      JOSEPH E. LASKA

8                                      By:   /s/ Joseph E. Laska
                                             Joseph E. Laska
9                                            *Attorneys for Defendant*
                                             STONEBRIDGE LIFE INSURANCE
10                                           COMPANY

11 Dated: July 16, 2008                STENNETT/CASINO
                                       JOHN P. STENNETT
12                                     BARBARA A. CASINO

14                                     By:   /s/ John P. Stennett*
                                             John P. Stennett
15                                           *Attorneys for Plaintiffs*
                                             TERRI SMITH and MICHELE
16                                           SMITH FREGOSO

17                                     (*Electronically signed with
                                       permission granted on July 16, 2008.)

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | TERRI SMITH and MICHELE SMITH FREGOSO, | Case No. C 08-01466 JCS |
|---|---|---|
| 12 | | Magistrate Judge Joseph C. Spero |
| 13 | Plaintiffs, | [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| 14 | vs. | |
| 15 | STONEBRIDGE LIFE INSURANCE COMPANY, | |
| 16 | Defendant. | Action Filed:    September 5, 2007 |

17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41297582.1

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

The Court approves the parties' stipulation and orders that the parties' cross-motions for partial summary judgment on Plaintiffs' claim for breach of contract will be briefed and heard on the following schedule:

- Deadline to file motions:         August 13, 2008
- Deadline to file oppositions:     August 29, 2008
- Deadline to file reply briefs:    September 12, 2008
- Hearing date:                     September 26, 2008 at 9:30 a.m.

Each party retains the right to file a subsequent motion for summary judgment or partial summary judgment in the future, and expressly retains the right to address Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing and for punitive damages in any such motions.

IT IS SO ORDERED.

Dated: _____          _____
                                       United States Magistrate Judge

Respectfully submitted by:

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 66585)
JOSEPH E. LASKA (Bar No. 221055)
11355 West Olympic Boulevard
Los Angeles, California  90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
Email: mlevy@manatt.com and jlaska@manatt.com

*Attorneys for Defendant*
STONEBRIDGE LIFE INSURANCE COMPANY

STENNETT/CASINO
JOHN P. STENNETT (Bar No. 72815)
BARBARA A. CASINO (Bar No. 91952)
501 West Broadway, Suite 1340
San Diego, California  92101
Telephone:  (619) 544-6404
Facsimile:  (619) 234-7082
Email: Stennett@StennettCasino.com and Bcasino@StennettCasino.com

*Attorneys for Plaintiffs*
TERRI SMITH and MICHELE SMITH FREGOSO