1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI SMITH and MICHELE SMITH FREGOSO,<br><br>Plaintiffs,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. C 08-01466 JCS<br><br>Magistrate Judge Joseph C. Spero<br><br>[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Action Filed:    September 5, 2007 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41297582.1

[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

The Court approves the parties' stipulation and orders that the parties' cross-motions for partial summary judgment on Plaintiffs' claim for breach of contract will be briefed and heard on the following schedule:

- Deadline to file motions: August 13, 2008
- Deadline to file oppositions: August 29, 2008
- Deadline to file reply briefs: September 12, 2008
- Hearing date: September 26, 2008 at 9:30 a.m.

Each party retains the right to file a subsequent motion for summary judgment or partial summary judgment in the future, ^request permission to and expressly retains the right to address Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing and for punitive damages in any such motions.

IT IS SO ORDERED.

Dated: __July 21, 2008_____          _____
                                          United S[signature]udge

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

Respectfully submitted by:

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 66585)
JOSEPH E. LASKA (Bar No. 221055)
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: mlevy@manatt.com and jlaska@manatt.com

*Attorneys for Defendant*
STONEBRIDGE LIFE INSURANCE COMPANY

STENNETT/CASINO
JOHN P. STENNETT (Bar No. 72815)
BARBARA A. CASINO (Bar No. 91952)
501 West Broadway, Suite 1340
San Diego, California 92101
Telephone: (619) 544-6404
Facsimile: (619) 234-7082
Email: Stennett@StennettCasino.com and Bcasino@StennettCasino.com

*Attorneys for Plaintiffs*
TERRI SMITH and MICHELE SMITH FREGOSO