1  MANATT, PHELPS & PHILLIPS, LLP
   MARGARET LEVY (Bar No. 66585)
2  JOSEPH E. LASKA (Bar No. 221055)
   11355 West Olympic Boulevard
3  Los Angeles, California  90064
   Telephone:  (310) 312-4000
4  Facsimile:  (310) 312-4224
   Email: mlevy@manatt.com and jlaska@manatt.com
5
   *Attorneys for Defendant*
6  STONEBRIDGE LIFE INSURANCE COMPANY

7  STENNETT/CASINO
   JOHN P. STENNETT (Bar No. 72815)
8  BARBARA A. CASINO (Bar No. 91952)
   501 West Broadway, Suite 1340
9  San Diego, California  92101
   Telephone:  (619) 544-6404
10 Facsimile:  (619) 234-7082
   Email: Stennett@StennettCasino.com and
11 Bcasino@StennettCasino.com

12 *Attorneys for Plaintiffs*
   TERRI SMITH and MICHELE SMITH FREGOSO
13

14            UNITED STATES DISTRICT COURT

15       FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  TERRI SMITH and MICHELE SMITH FREGOSO, | Case No. C 08-01466 JCS |
| 18 | Magistrate Judge Joseph C. Spero |
| 19       Plaintiffs, | STIPULATION AUTHENTICATING EXHIBITS IN CONNECTION WITH |
| 20       vs. | CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON |
| 21  STONEBRIDGE LIFE INSURANCE COMPANY, | PLAINTIFFS' FIRST CAUSE OF ACTION FOR BREACH OF |
| 22       Defendant. | CONTRACT |
| 23 | Hearing Date:     September 26, 2008 |
| 24 | Hearing Time:     9:30 a.m. Courtroom:         A |
| 25 | Action Filed:     September 5, 2007 |

26

27

28

Plaintiffs Terri Smith and Michele Smith Fregoso ("Plaintiffs") and Defendant Stonebridge Life Insurance Company ("Stonebridge"), through their counsel of record, submit the following stipulation to authenticate exhibits in connection with their respective Cross-Motions for Partial Summary Judgment on Plaintiffs' First Cause of Action for Breach of Contract.

1.      Attached as **Exhibit A** is a true and correct copy of Stonebridge Accidental Death and Dismemberment Policy No. 72A45PO585, effective November 7, 2005, issued to Diane Geraldine Hall-Hussain (the "Policy").

2.      Attached as **Exhibit B** is a true and correct copy of the Humboldt County Coroner's Death Investigation Report regarding Ms. Hall-Hussain, including the Toxicology Report from Central Valley Toxicology, which is incorporated into the Death Investigation Report by reference.

3.      Attached as **Exhibit C** is a true and correct copy of Ms. Hall-Hussain's Death Certificate.

4.      Attached as **Exhibit D** is a true and correct copy of Dr. Chia Chen's medical records relating to Ms. Hall-Hussain.

5.      Attached as **Exhibit E** is a true and correct copy of a June 12, 2007 letter from Stonebridge to Plaintiffs denying their claim for benefits.

6.      Attached as **Exhibit F** is a true and correct copy of a July 20, 2007 letter from Plaintiffs' counsel to Stonebridge.

7.      Attached as **Exhibit G** is a true and correct copy of an August 9, 2007 letter from Stonebridge to Plaintiffs' counsel.

8.      Attached as **Exhibit H** is a true and correct copy of Plaintiffs' claim form received by Stonebridge on April 27, 2007.

9.      Attached as **Exhibit I** is a true and correct copy of Plaintiffs' Affidavit of Heirship received by Stonebridge on April 30, 2007.

10.     Attached as **Exhibit J** are true and correct copies of excerpts from the transcript of the deposition of Dr. Chia Chen, taken on April 11, 2008.

1    11.    Attached as **Exhibit K** are true and correct copies of excerpts from the

2    transcript of the deposition of Humboldt County Deputy Coroner Roy Horton,

3    taken on April 11, 2008.

4    IT IS SO STIPULATED.

5

6    Dated:  August 13, 2008        MANATT, PHELPS & PHILLIPS, LLP
                                     MARGARET LEVY
7                                    JOSEPH E. LASKA

8

9                                By:    /s/ Joseph E. Laska
                                        Joseph E. Laska
10                                      *Attorneys for Defendant*
                                        STONEBRIDGE LIFE INSURANCE
11                                      COMPANY

12   Dated:  August 13, 2008        STENNETT/CASINO
                                     JOHN P. STENNETT
13                                   BARBARA A. CASINO

14

15                               By:    /s/ John P. Stennett*
                                        John P. Stennett
16                                      *Attorneys for Plaintiffs*
                                        TERRI SMITH and MICHELE
17                                      SMITH FREGOSO

18                                      (*Signed electronically by written
                                        permission granted on 8/13/2008.)
19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41303353.1                            2

STIPULATION AUTHENTICATING EXHIBITS

# EXHIBIT A

# Stonebridge  Life  Insurance  Company

A Stock Company
Home Office:  Rutland, Vermont
Administrative Office:  2700 West Plano Parkway, Plano, Texas  75075

## ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

**Stonebridge Life Insurance Company** (herein called "we," "us" or "our") has issued this Policy to the Insured (herein called "you," "your" or "yours").  Coverage is provided to you, the Insured, and any covered family members, subject to all the exclusions and provisions of this Policy.

## THIRTY DAY RIGHT TO EXAMINE POLICY

If you are not satisfied with this insurance, you may void it by returning this Policy within thirty days after you receive it to our Administrative Office.  You will receive a full refund of any premium you have paid.

## NONCANCELABLE AND GUARANTEED RENEWABLE FOR LIFE

You may keep this Policy in force for as long as you live.  We do not have the right to:
1.  cancel your coverage; or
2.  place any restriction on your coverage while it is in force; or
3.  refuse a premium paid on or before the date due or within the Grace Period.

Renewal premiums may not be increased.

If a person is added to or removed from coverage, the premium amount may be adjusted to reflect the change in coverage.  Renewal premiums are due on the first day of each renewal period.  Your coverage will expire if the premium is not paid by the end of the Grace Period.

This Policy is signed for Stonebridge Life Insurance Company by its Secretary and its President.

_Craig D. Vermillion_ _____

Secretary

_Marilyn Kerp_ _____

President

_____
Countersignature of licensed resident agent (if required by your state)

-------------------------------------------- SCHEDULE OF INSURANCE --------------------------------------------

POLICY NUMBER:   72A45P0585        EFFECTIVE DATE:   November 07, 2005

INSURED: DIANE HUSSAIN
      606 8TH ST APT 2
      EUREKA CA 95501

MONTHLY PREMIUM:   $5.65
FAMILY COVERAGE:   NO

## SCHEDULE OF INSURANCE

| PRINCIPAL SUMS: | | AMOUNT | |
| --- | --- | --- | --- |
| COVERED PERSONS UNDER AGE 70: | INSURED | SPOUSE | EACH CHILD |
| PART I | | | |
| COMMON CARRIER | $50,000 | NIL | NIL |
| PART II | | | |
| PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE | $50,000 | NIL | NIL |
| PART III | | | |
| ALL OTHER INJURIES | $50,000 | NIL | NIL |

**COVERED PERSONS AGE 70 AND OVER:**
**BENEFITS ARE ONE-HALF (50%) OF THE ABOVE AMOUNTS IF, BEFORE THE DATE OF INJURY RESULTING IN A COVERED LOSS, THE COVERED PERSON HAS ATTAINED AGE 70.**

D454R

3

SLIC 0023

## GUIDE TO POLICY PROVISIONS

| | Page |
|---|---|
| Beneficiary | 3 |
| Continuation of Coverage | 3-4 |
| Conversion | 4 |
| Coverage | 3 |
| Definitions | 2 |
| Effective Date | 2 |
| Eligibility | 2 |
| Exclusions | 3 |

| | Page |
|---|---|
| General Provisions | 4-5 |
| Newborn Children | 4 |
| Policy Schedule of Insurance | 1 |
| Reduction | 3 |
| Renewability | 1 |
| Right to Examine | 1 |
| Schedule of Benefits | 3 |
| Termination | 2 |

## DEFINITIONS

**INSURED** (herein called "you," "your," or "yours") means you, the Insured named on the Schedule of Insurance, provided coverage has become effective.

**COVERED PERSON** means, for coverage purposes only, you and the following persons, provided coverage has become effective:

1. your spouse; and
2. each of your children (including step-children, or legally adopted children, children who have been legally placed for adoption, or children in the waiting period prior to finalization of proposed adoption by either you or your spouse) 18 years of age or younger, unmarried and dependent upon you for support and maintenance; and
3. your unmarried child 19 years of age but less than 23 years of age if the child is:
   a. a full-time student; and
   b. dependent upon you for support and maintenance.

**INJURY** for which benefits are provided, means bodily injury caused by an accident which occurs while this Policy is in force. The Injury must be the direct cause of Loss, independent of disease or bodily infirmity.

**INJURED** means having suffered an Injury.

**LOSS** means:

1. Loss of Life;
2. With reference to hand or foot, complete severance at, through, or above the wrist or ankle joint;
3. With reference to eye, the total and irrecoverable loss of the entire sight thereof.

Loss does not mean loss of use.

**PRIVATE PASSENGER AUTOMOBILE** means a four-wheeled automobile which is required to be registered with the state for use on public highways; which is not registered to carry passengers for hire and which is of the pleasure type, including a station wagon, van, jeep, or truck type with a factory rating load capacity of 2,000 pounds or less or self-propelled motor home type vehicles.

Construction equipment, recreational vehicles, motorcycles and motorscooters are specifically excluded under Private Passenger Automobile. Farm equipment and forklifts, unless specifically designed and primarily used for transportation, are excluded.

**LAND MOTOR VEHICLE** includes any gasoline, diesel, or similarly powered vehicle which is required to be

registered with the state for use on public highways, customarily used for transportation on land and for which the operator is required to be licensed.

This category includes, but is not limited to the following:

1. vehicles considered "Private Passenger Automobiles" by the Policy; and
2. vehicles with more than four wheels, such as tractor/trailer rigs and flat bed trucks.

Construction equipment, recreational vehicles, motorcycles and motorscooters are specifically excluded under Land Motor Vehicle. Farm equipment and forklifts, unless specifically designed and primarily used for transportation, are excluded.

**COMMON CARRIER** means a public conveyance which is:

1. licensed to transport passengers for hire; and
2. provided and operated (a) for regular passenger service by land, water, or air, and (b) on a regular passenger route with a definite regular schedule of departures and arrivals between established and recognized points of departure and arrival; and
3. provided and operated under a Common Carrier license at the time of Loss.

## ELIGIBILITY

If you have reached the age of 18 years and are under the age of 81, you are eligible to apply for coverage under this Policy for yourself and for your eligible family members.

## EFFECTIVE DATE

Coverage shall become effective on the date shown on the Schedule of Insurance.

## TERMINATION

Your insurance ends on the last day of the period covered by your last premium payment, subject to the Grace Period provision.

## COVERAGE

### PART I - BENEFIT FOR TRAVEL BY REGULARLY SCHEDULED COMMON CARRIER

If a Covered Person is Injured as a direct result of a collision, crash or sinking of a duly licensed Common Carrier while riding as a fare paying passenger inside such Common Carrier, we will pay the applicable benefits listed in Part I of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits.

### PART II - BENEFIT FOR TRAVEL BY PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE

If a Covered Person is Injured:

1. by being struck by a Private Passenger Automobile; or
2. as a direct result of a collision or crash of a Private Passenger Automobile; or
3. by being struck by a Land Motor Vehicle; or
4. as a direct result of a collision or crash of a Land Motor Vehicle,

we will pay the applicable benefit specified in Part II of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits.

### PART III - BENEFIT FOR ALL OTHER INJURIES RESULTING IN A LOSS

If a Covered Person is Injured in an accident not covered under Part I or Part II and not otherwise excluded in the Policy, we will pay the applicable benefit specified in Part III of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits.

### SCHEDULE OF BENEFITS

#### ACCIDENTAL DEATH AND DISMEMBERMENT

If, as a result of Injury occurring under any of the circumstances listed in the Coverage section, and not otherwise excluded, a Covered Person suffers any of the following Losses within 90 days after the date of an accident which caused such Injury, we will pay the benefit shown below:

#### SCHEDULE OF LOSSES AND BENEFITS

| Life | THE PRINCIPAL SUM |
|---|---|
| Both Hands or Both Feet or Sight of Both Eyes | The Principal Sum |
| One Hand and One Foot | The Principal Sum |
| One Hand and Sight of One Eye | The Principal Sum |
| One Foot and Sight of One Eye | The Principal Sum |
| One Hand or One Foot or Sight of One Eye | One-Half the Principal Sum |

Principal Sums for each Covered Person are as specified on the Schedule of Insurance. Only one of the above benefits, the largest, will be paid for multiple Losses that result from one accident for each Covered Person.

## EXCLUSIONS

No benefit shall be paid for Injury that:

1. is intentionally self-inflicted, while sane or insane;
2. is due to a war or act of war, whether declared or not;
3. is caused by or results from the Covered Person's taking or using any narcotic, barbiturate or any other drug, unless taken or used as prescribed by a Physician;
4. is caused by or results from the Covered Person's blood alcohol level being .10 percent weight by volume or higher;
5. occurs while the Covered Person is acting either as a pilot or crew member or while a passenger, other than a fare paying passenger, in any aircraft;
6. had as its contributing cause, the Covered Person's commission of or attempt to commit a felony, or had as its contributing cause, the Covered Person's being engaged in an illegal occupation; or
7. is due to disease, bodily or mental infirmity, or medical or surgical treatment of these.

### REDUCTION

All benefits will reduce by one-half (50%) of that otherwise payable if, before the date of Injury resulting in a covered Loss, the Covered Person attains age 70.

### BENEFICIARY

All benefits are payable to you, if living. Unless you specify otherwise, any other benefit due for Loss of Life will be paid as follows:

1. At your death, it will be paid to your spouse, if living; otherwise, to your estate.
2. At the death of any other Covered Person, it will be paid to you, if living; otherwise, as though it were payable under (1) above.

Any payment made under this section will fully release the Company to the extent of the payment. The beneficiaries designated may be changed in accordance with the Change of Beneficiary Provision, subject to the community property laws in your state of residence.

### CONTINUATION OF COVERAGE

In the event of your death, your covered spouse, if any, shall be deemed the Insured. Otherwise, the coverage will terminate on the next renewal date. If your spouse ceases to be your spouse for reasons other than your death, your spouse will no longer be covered as of the next monthly renewal date.

D454R

SLIC 0025

Coverage for any covered child insured under this Policy shall terminate as of the next renewal date after the covered child's marriage or 19th birthday. If any covered child is unmarried, a full-time student, and dependent upon the Insured for support and maintenance, coverage under this Policy shall terminate as of the next renewal date after the covered child's 23rd birthday.

A covered child may continue to be covered if upon reaching the limiting age the covered child is, and continues thereafter to be, both:

1. incapable of self-sustaining employment by reason of mental or physical handicap; and
2. chiefly dependent upon you for support and maintenance.

You must write and tell us a covered child meets the above requirements for Continuation of Coverage. We may require periodic proof of continued eligibility for Continuation of Coverage.

## CONVERSION

The covered child or spouse whose coverage ceases may apply for his or her own Policy within 31 days after coverage ceases. No evidence of insurability will be required. The new Policy will be issued:

1. on our form at that time with benefits most like but not greater than those of this Policy; and
2. at the adult rate for the attained age of the person at that time.

The Effective Date of coverage under the new Policy will be the same as the Effective Date of the conversion. We will not pay under the new Policy for any Loss for which benefits have been paid under this Policy.

## NEWBORN CHILDREN

If your spouse or any children are already covered under this Policy and a child is born to you, the benefit amount for the newborn child will be the same as for other children. If no other child is covered under this Policy, the benefit will be the amount which would have been issued to children as of the Effective Date of this Policy.

If neither your spouse nor another child is covered under this Policy, you must notify us of the birth of a child if you wish to add child coverage. There will be an increase in the premium as of the next monthly renewal date after we have been notified of the child's birth. The child is covered free from the time of notification until that date. The child will be dropped from coverage if the increased premium is not paid within 31 days after that due date. The child's benefit will be the amount which would have been issued to children as of the Effective Date of this Policy.

## GENERAL PROVISIONS

### ENTIRE CONTRACT; CHANGES

This Policy, including the application, and any endorsements or attached papers, if any, constitutes the entire contract of insurance. No change in this Policy will be valid until approved by an executive officer of the Company and unless such approval is endorsed hereon or attached hereto. No agent has authority to change this Policy or waive any of its provisions.

### INCONTESTABILITY

We cannot contest this Policy except for fraud or for not paying premiums.

### CHANGE OF BENEFICIARY

You may change the beneficiary at any time by writing to us at 2700 West Plano Parkway, Plano, Texas, 75075. Once we record the change, it will take effect as of the day you signed the request, subject to any claim payment made before such recording. The consent of the beneficiary is not needed for the change, unless the beneficiary designation was irrevocable. Any change of beneficiary is subject to Community Property laws in your state of residence.

### PAYMENT OF PREMIUM

Premiums are payable at our Administrative Office. Each premium, after the first premium, is payable in advance on or before its due date. The due date means the date a premium is due to maintain coverage, exclusive of the Grace Period. Failure to pay any premium, after the first premium, on or before its due date will constitute default in payment of premium as of the due date.

### GRACE PERIOD

If a premium is not paid when due, the insurance shall be in default. We will allow a 31 day Grace Period to pay each premium after the first one. If a premium is not paid on or before the end of the Grace Period, the insurance shall terminate, effective the last day of the period covered by your last premium contribution.

### REINSTATEMENT

Your Policy will lapse if you do not pay your premium before the end of the Grace Period. If we later accept a premium and do not require an application for reinstatement, that payment will put the Policy back in force. If we require an application for reinstatement, this Policy will be put back in force when we approve it and the required premium is received. If we do not approve it, the Policy will be put back in force on the 45th day after the date of application for reinstatement, unless we give you prior written notice of its disapproval.

D454R

SLIC 0026

The reinstated Policy only covers Loss due to an Injury caused by an accident that occurs after the date of reinstatement. In all other respects, you and we have the same rights under the Policy as were in effect before it lapsed, unless special conditions are added in connection with the reinstatement.

## NOTICE OF CLAIM

Written Notice of Claim must be given to us within 30 days after any Loss covered under the Policy occurs or as soon as possible thereafter. You may give the notice or may have someone do it for you. The notice should include your name and Policy Number as shown on the Schedule of Insurance. Notice should be mailed to us at P.O. Box 869090, Plano, Texas, 75086-9916.

## CLAIM FORMS

When we receive the Notice of Claim, we will send the claimant forms for filing Proof of Loss. If we do not send the forms within 15 days, the claimant can meet the Proof of Loss requirement by providing us with a written statement describing what happened. We must receive this statement within the time given for filing Proof of Loss.

## PROOF OF LOSS

Written Proof of Loss must be given to us within 90 days after the date of the Loss or as soon as possible thereafter. Proof must, however, be furnished no later than one year from the time it is otherwise required, except in the absence of legal capacity.

## MISSTATEMENT OF AGE

If the age of a Covered Person has been misstated, all amounts payable shall be in the amount the premium paid would have bought for the correct age. If, as a result of misstatement, we accept a premium for any period when coverage would not normally have been in effect, then our liability for such period shall be a refund, upon request, of all premiums paid for such period.

## TIME OF PAYMENT OF CLAIMS

We will pay all benefits covered by the Policy as soon as we receive proper written Proof of Loss sufficient to determine liability.

## PAYMENT OF CLAIMS

All benefits are payable to you, if living. Loss of Life benefits for you are payable in accordance with the beneficiary designation in effect at the time of payment. Any benefits, other than for Loss of Life, unpaid at your death may be paid, at our option, either to your beneficiary or estate.

## ASSIGNMENT

You may assign any rights you have under this Policy, including the right to receive benefits. We are not bound by any assignment unless it is in writing and recorded by us. We are not responsible for the validity of any assignment. The rights of an assignee will at all times be subject to any indebtedness to us.

## PHYSICAL EXAM AND AUTOPSY

At our expense, we shall have the right to examine a Covered Person when and as often as is reasonable while a claim is pending. We may also have an autopsy done in case of death where it is not forbidden by law.

## LEGAL ACTIONS

No action can be brought to recover on the Policy for at least 60 days after written Proof of Loss has been furnished. No such action shall be brought more than 3 years after the date Proof of Loss is required.

## CONFORMITY WITH STATE STATUTES

The provisions of this Policy must conform with the laws of the state in which you reside on the Effective Date. If any do not, they are hereby amended to conform.

## OTHER INSURANCE IN THIS COMPANY

If a Covered Person is insured under more than one Accidental Death and Dismemberment policy in effect with us at any one time, our maximum liability is limited to the lesser of the total amount of benefits payable under all such policies or $1,000,000. Upon discovery of duplication in excess of our maximum liability, we will refund all premiums paid for all such policies.

D454R

SLIC 0027

# EXHIBIT B

FROM :HUMBOLDT CORONER_707-445    NO. FAX NO. :707 445 7400    ◄. 07 2007 11:33AM P1

| | HUMBOLDT COUNTY<br>OFFICE OF THE CORONER<br>DEATH INVESTIGATION REPORT | CORONER'S CASE NO<br>11-C-067-07 |
|---|---|---|
| | | OTHER AGENCY CASE NO. |

| DECEDENT'S FIRST NAME<br>Diane | MIDDLE NAME<br>Geraldine | LAST NAME<br>Hussain | |
|---|---|---|---|
| RESIDENTIAL ADDRESS<br>606 8 th St. #2  Eureka | | | PHONE NUMBER<br>N/A |
| REDACTED | AGE<br>59 | SEX<br>F | HEIGHT | WEIGHT | HAIR | EYES | RACE | SOCIAL SECURITY NUMBER<br>REDACTED |

| DATE REPORTED<br>04/09/2007 | TIME REPORTED<br>1115 | REPORTED BY<br>Eureka Police | OF | | PHONE NUMBER |
|---|---|---|---|---|---|
| LOCATION OF DEATH<br>Residence | | | DATE<br>04/09/2007 | TIME<br>1100 FND | |

| NAME OF NEXT OF KIN<br>Michelle Fregoso | RELATIONSHIP<br>Daughter | WHEN NOTIFIED<br>By Uncle |
|---|---|---|
| ADDRESS<br>2235 Forest Lake Ct. Eureka | | PHONE NUMBER<br>616-3904 |
| NAME OF OTHER | RELATIONSHIP | WHEN NOTIFIED |
| ADDRESS | | PHONE NUMBER |

| MANNER OF DEATH | NATURAL ☐ | SUICIDE ☐ | HOMICIDE ☐ | ACCIDENTAL ☒ | UNDETERMINED ☐ |
|---|---|---|---|---|---|

| REMOVAL AGENCY OR MORTUARY<br>Deputy Coroner, Roy Horton | PHONE NUMBER<br>445-7242 |
|---|---|
| FAMILY DOCTOR<br>Dr. Chen | PHONE NUMBER |
| ATTENDING DOCTOR OF DIFFERENT | PHONE NUMBER |

SUMMARY NARRATIVE

Decedent had some medical history.  Accidental overdose of Oxycodone.  See report pg#2.

RECEIVED

MAY 0 8 2007

CLAIMS

| REPORTING OFFICER | DATE SIGNED<br>05/01/2007 | REFERENCE TO | PHOTOS TAKEN<br>XX | PROPERTY |
|---|---|---|---|---|

ROY W. HORTON, Deputy Coroner

**SLIC 0070**

Page: 2

Humboldt County
Coroner's Office

Name: Hussain, Diane

Case # C-067-07

On 04/09/2007 at 1115 hrs. I received a call at the Coroner's Office from dispatch at Eureka Police Department. Police were requesting that I respond to 606 8th St #2 in Eureka. A 59 year old female had been found dead at that location. I took this as Coroner's case #067-07 and responded to the address.

Outside the apartment I was met by Officer Laird with the Eureka Police Department. Officer Laird identified the decedent as Diane Geraldine Hussain, DOB REDACTED Laird stated the decedent had been found by her brother, Calvin Hall who had come over to check on her after he could not call her and noticed that her car was at the residence. Hall made entrance through the side window because the apartment door was locked. The decedent had a recent history of bronchitis and had gone to the hospital on 04/07/2007 and was seen at urgent care, and released. The decedent was seeing Dr. Chen and was receiving medication from her, which included Oxycodone.

I went inside the apartment where I located the decedent in the one and only bedroom. The decedent was dressed in a nightgown, sitting in the prayer position along side the bed. I took several digital photos before proceeding further. I located several medications in the room. The decedent was being seen by Dr. Chen. One bottle had contained 180 Oxycontin that was 40 mg each. The prescription had been received on March 27, 2007. The bottle only had one tablet remaining. I also found one Oxycontin tab on the bed that had been spilled out of the opened bottle. The Oxycontin bottle was the only medication bottle that the lying on the bed. The rest of the medications were on the night stand. Those medications included Cephalexin, Metoprolol, Glimepiride, Diltiazem, Norvasc, Metoclopramide, Famotidine, Temazepam, and Bactrim. I also found an empty bottle of beer on the night stand.

The body was warm to the touch where it made contact with the bed. Lividity was proper for position and did not blanch under hard pressure. Rigor was firm in the extremities, but broke easily. No sign of trauma was noted anywhere on the body. The decedent's left foot was bandaged up and I later learned she had an ulcerated foot.

With the help of the on scene officer, I secured the body of the decedent into the Coroner's vehicle.

I began my interview with brother, Calvin Hall. Hall stated his sister had Diabetes, and possible heart problems. Hall stated his sister drank some alcohol and did smoke. I informed Hall that several Oxycontin were missing out of the bottle.

I returned to the Coroner's Office where I drew postmortem blood from the decedent. I sent the blood to Central Valley Toxicology for a drug and alcohol screen. The results of that test have become a part of this file. The lab reported finding a potentially toxic amount of Oxycodone in the decedent's blood.

I called and spoke to Dr. Chen. Dr. Chen stated she had recently upped the dosage of Oxycodone because the previous amount was not effective anymore. Dr. Chen stated the decedent did have diabetes and high cholesterol.

RECEIVED
MAY 21 2007
CLAIMS  bjw

Investigator: _____          Date Signed: _____

ROY W. HORTON, Deputy Coroner

SLIC 0071

Page: 3

Humboldt County
Coroner's Office

Name: Hussain, Diane                                   Case # C-067-07

I signed the cause of death as Oxycodone Intoxication.  The manner of death was struck as accidental.
The body of the decedent was released to Empire Mortuary Service.  No autopsy was performed.  No further
action by this department is anticipated at this time.  Case cleared.

RECEIVED
MAY 21 2007
CLAIMS

Investigator: _____  11/2        Date Signed: _15/11/2007_
ROY W. HORTON, Deputy Coroner

SLIC 0072

# CVT
CENTRAL VALLEY
TOXICOLOGY, INC.

**TOXICOLOGY NUMBER:** CVT-07-4761

**Case Name:**

Hussain,                          Diane

**Specimen Description:**

**Delivered by**                  **Date**        **Received by**              **Date**

**Request:**                                              C-067-07

**Requesting Agency**                         **Report To**

Humboldt County Coroner
3012 "I" Street
Eureka  CA 95501

## RESULTS

Blood Reference Ranges:

Blood Amitriptyline        Ranges
Effective Level:  (0.05 - 0.3 mg/L)
Potentially Toxic: (0.5 - 2.0 mg/L)

Blood Nortriptyline   Ranges
Effective Level:    (0.04 -0.3 mg/L)
Potentially Toxic: (0.5 - 2.0 mg/L)

Blood Oxycodone        Ranges
Effective Level:  (0.005 - 0.05 mg/L)
Potentially Toxic: ( 0.2  mg/L)

Blood Oxymorphone  Ranges
Effective Level:       Not Known
Potentially Toxic:    Not Known

Blood Metoclopramide Ranges
Effective Level: (0.04 - 0.15 mg/L)
Potentially Toxic: (0.1 - 0.2 mg/L)

Blood Temazepam   Ranges
Effective Level: ( 0.3 - 0.9 mg/L)
Potentially Toxic: ( 1.0  mg/L)

Blood  Trimethoprim   Ranges
Effective Level: ( 1.5 - 2.5 mg/L)
Potentially Toxic: ( 15 - 20 mg/L)

RECEIVED
MAY 21 2007
CLAIMS

B.L. POSE
S.N. KIMBI
Directors

1580 Tollhouse Fc
Clovis, California 93
Phone (559) 323-?
Fax (559) 323-7?

TOTAL P.02

**Analyst**

SLIC 0073

# CVT

**CENTRAL VALLEY TOXICOLOGY, INC.**

**Case Name:**

Hussain,                    Diane

**TOXICOLOGY NUMBER:** CVT-07-4761

**Specimen Description:** 5.5 ml blood (gray top vial) labeled "Hussain, Diane; C-067-07; 04/9/07"

| Delivered by | Date | Received by | Date |
|---|---|---|---|
| Federal Express | 10-Apr-07 | Bill Posey | 10-Apr-07 |

**Request:** Complete Drug Screen                    C-067-07

**Requesting Agency**

Humboldt County Coroner
3012 "I" Street
Eureka  CA 95501

**Report To**

Humboldt County Coroner
Attn: Records
3012 "I" Street
Eureka  CA 95501

## RESULTS

Specimen: Blood Sample

Complete Drug Screen: Amitriptyline, Benzodiazepine, Metoclopramide,
Oxycodone and Trimethoprim detected.
No other common acidic, neutral or basic drugs detected.
No blood Ethyl Alcohol detected.

| | | | |
|---|---|---|---|
| Amitriptyline = 0.27 mg/L | | Oxycodone = 0.25 mg/L | |
| Nortriptyline = 0.08 mg/L | | Oxymorphone = 0.05 mg/L | |
| Metoclopramide = 0.02 mg/L | | Temazepam = 0.05 mg/L | |
| Trimethoprim = 0.16 mg/L | | | |

Blood Ranges Attached:

RECEIVED
MAY 21 2007
CLAIMS

B. L. Posey                    April 20, 2007
**Analyst**

**B.L. POSEY**
**S.N. KIMBLE**
*Directors*

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9941
Fax (559) 323-7502

**SLIC 0074**

# EXHIBIT C

CERTIFICATION OF VITAL RECORD

# COUNTY OF HUMBOLDT
## Eureka, California 95501

### CERTIFICATE OF DEATH

3206712000377

| NAME | GERALDINE | HOSSATE |
| --- | --- | --- |

DIANE GERALDINE HALL    12/27/1947    59

92    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    Divorced    04/08/2007    1100

Associate    African American

Residential Treatment Specialist    Handicapped Services    S

406 8th St. #2

Eureka    Humboldt    95501    30    Ca

Michelle Fregoso - Daughter    2335 Forest Lake Ct. Eureka, CA 95501

Calvin    M    Hall    MD
Constance    Matlock    MD

04/13/2007    Jones Memorial Cemetery, Mitchellville, MD 20715

ze/fc/BU    Not embalmed

Empire Mercury Services, Inc.    MD-1703    Ann Lindsay MD    04/17/2007

Residence

Humboldt    606 8th St. #2    Eureka

Pending Investigation    C-067-07

Pending Investigation

04/11/2007    Frank J. Jager, Coroner

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Humboldt County Local Registrar.

Ann Lindsay MD
ANN LINDSAY MD
HEALTH OFFICER AND LOCAL REGISTRAR
HUMBOLDT COUNTY, CALIFORNIA

DATE ISSUED    04 26 2007

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer

*000024912*

CEIVED
APR 2 7 2007

## CERTIFICATION OF VITAL RECORD

# COUNTY OF HUMBOLDT
## Eureka, California 95501

AMENDMENT OF MEDICAL AND HEALTH DATA—DEATH

3200712000377

Handwritten note (left margin, rotated): Originals mailed to you today 4/24/07

PART I

| | 1. NAME—FIRST NAME | | 2. MIDDLE | | 3. LAST NAME | | 4. SEX |
| Diane | | Geraldine | | Heggim | | F |
| 5. DATE OF DEATH—MM/DD/YYYY | CITY OF OCCURRENCE | COUNTY OF OCCURRENCE | |
| 04/08/2007 | Eureka | Humboldt | |

PART II

IMMEDIATE CAUSE
(a) "Pending Investigation"

C-087-07

(b)

(c)

Secondary cause:
(a) "Oxycodone Intoxication"

C-087-07

Tobacco Use, Ruled Factor, Breathing, Tobacco Use

Decedent took an accidental overdose of Oxycodone.

606 8th St. #2 Eureka 95501

| | 04/26/2007 | Roy V. Horton, Deputy Coroner | |
| 1017 I St. | | Eureka | Ca. 95501 |

Ann Lindsay MD

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the Humboldt County Local Registrar.

*Ann Lindsay MD*
ANN LINDSAY, MD
HEALTH OFFICER AND LOCAL REGISTRAR
HUMBOLDT COUNTY CALIFORNIA

DATE ISSUED

*000024911*
04 28 2007

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Health Officer.



APR 2 7 2007

CLAIMS

# EXHIBIT D

# STONEBRIDGE LIFE
Insurance Company

Administrative Office:
2700 West Plano Parkway • Plano, Texas 75075-8200

*[handwritten: Ship + Bill TP]*

May 2, 2007

Redwood Family Practice
2350 Buhne St, #A
Eureka CA 95501

Regarding:  Diane Geraldine Hall-Hussain
Claim Number:  B-651855
SSN:  REDACTED     Date of Birth:  12/17/1947

We are considering an Accidental Death Benefit claim on the life of Ms. Hussain.  In order to properly evaluate our claim, we need your assistance.  Please answer the following questions for the listed drugs at your earliest opportunity.  Also **provide a copy of your office records for 11/1/06 through 4/9/07.**

*[handwritten: ↑ pls attach]*

Please advise:

- The medical condition for which the drug was prescribed;
- When the drug was initially prescribed;
- What was the prescribed dose of each drug;
- What date was the last refill of each drug?

*[handwritten: SPS 5/3/07]*

1)  Amitriptyline: *[handwritten: Neuropathy]*

2)  Oxycodone: *[handwritten: Chronic pain]*

3)  Metoclopramide: *[handwritten: GERD]*

4)  Trimethoprim: *[handwritten: Skin infection]*

5)  Temazepam: *[handwritten: Sleep D/O]*

We appreciate your assistance.  Please sign and date in the space provided below, and **fax your response to us at 972-881-6367.**  Should you have any questions, please contact me on our toll-free number 1-800-692-5246, extension 6265.  My direct number is 972-881-6265, and our email address is claimsdms@aegonusa.com

Amy Lovelady, ALHC
Technical Claims Specialist
Claims Department

Signature *[handwritten signature]*     Date *[handwritten: 5/2/07]*

95-13587 (08/05)

RECEIVED
MAY 15 2007
CLAIMS

EXHIBIT
A
Chen

SLIC 0111

15

Hussain Diane

2350 Bunne Street, Suite A

APR 23 2007  WT, 176 T, 97.7 BP, 158/90 / Hole in bottom of

ⓛ foot. Getting worse,    BG: 492    M.

S: CC: Pt. comes in today for abcess on R groin.
Diane states that she has noticed a new lesion on her R
groin. In past 2 months she has had a labial cyst
and a cyst on ⓛ inferior buttock which were treated c̄
antibiotics. Pt. states that she is only taking Levimir
7u @hs and Regular insulin 25u in Am. She is not
taking her BG's at all. She states the reason for
this is ↑ pain in hands, legs, feet. She feels depressed
because of pain and doesn't want to bother c̄ BG's.
She was seen yesterday by podiatrist for blister on
plantar surface of ⓛ foot. This was treated, pt. is
worried that foot looks red and swollen. Stated she
will return to podiatrist tomorrow for follow-up.
She also c/o memory loss, she gets into car and
forgets where she is driving to. Last FBG = 491 3/12/7
A1C = 15.4 2/12/7. Pt. states she knows she must go
back to taking BG's and using sliding scale. She is
taking all of her other medication. c/o loss of appetite.
O: Gen: Tired appearing 59 yo black female in NAD.
Skin: ⓛ foot c̄ figure 8 coban dressing covering distal
portion. Skin by great toe dusky in color otherwise
tan appearing. Edema seen under dressing as it is pulled
back. ⓛ lower buttock has resolving cyst which has
white nodular appearance non fluctuant. Ⓡ groin has
approx .75cm circumscribed brown bump. BG in office 492.
A: DM Type II, poorly controlled
   Resolving abcess, ⓛ inferior buttock.
   Raised papular lesion, R groin.

over error M    M.A. Meyers RN - Student FNP
(Continued next page.)

EXHIBIT
C
Chen

Chen
ex B

4-3-07

Diane (cont)

P:— Dr. Chen instructed pt. to be certain to check BG at least 3 times per day and use Sliding Scale. Also reiterated the importance of controlling BG to control other symptoms of pain, memory loss, loss of appetite.

- Levimir ↑ to 70u at HS, 40u in AM.

- Stop Regular insulin 25u in AM and use only for Sliding Scale.

- ↑ Oxycontin to 40mg III tabs TID. #270

- Encouraged pt. to follow diabetic diet, check BG's and use Sliding Scale as previously prescribed.

- Pt. will f/u c̄ podiatrist tomorrow for footcare.

- May use warm compress to Ⓡ groin papule.

- F/u in one month

↑ Elavil 200mg qHS

MaryAnn Meyers RN - Student FNP

C Chen

4/9/07 found ↓ in her Apt
UC - Sat → Bronchitis
?Oxycontin
?aspiration ) called coroner
? MI

SLIC 0112

17

## CHRONIC PROBLEM LIST

| | | | |
|---|---|---|---|
| PATIENT: Hussain, Diane | | Date of Birth: 12·17·47 | |
| Problem # | PROBLEM | | |
| | Ⓑ Renal calcul: | 5-7242 | |
| | Toxic Hepatitis F Rezulin | Humb. Co. | |
| | | Corona | |
| | Dm — | | |
| | HTN | Ron Horton | |
| | Gout | | |
| | Insomnia | | |
| | ↑chol | | |
| | Neuropathy     Neuront didnt | | |
| | Microcytic anemia — Dr. Bond | | |
| | Familial hemophilia  9 more Xfusions  per D. Bond | | |
| | Ⓢ steoporosis           '5-6 previously | | |
| ✓ Sldx | Hystorectomy -total | | |
| - | Ⓑ Removed | | |
| - | Total Hyst | | |
| - | tonsilectomy | | |
| | Renal calculi removal | | |
| Cardiac Risk Factors: | | | |
| | | | |
| Family History: | | | |
| | | | |
| Family Planning Method: | | | |
| | post meno | | |
| Social History: ⊕TOB (past) | | | |
| ⊕ Etoh | | | |
| Allergies: PCN, Ambien | | | |
| | | | |

Diane Hussain (Denv)
Leaving march 2nd to
daughter's house.
Needs oxycontin.
ok to fill 1st & mark on med list
chart on med list as early 1st 2.07.07

Detrol LA
tolterodine tartrate
extended release capsules
1-888-4-DETROL

LIPITOR
atorvastatin calcium
tablets
www.LIPITORhcp.com

SLIC 0113

Hussain, Diane

FEB 12 2007

WT 180 T 97.6 BP 162/90 R 14 P 68 / FU -- M)

↓ 20#

on Levemir 40 OK.

M S clear

ext edema

feet  onycomycosis, ∅ new sores/ulcers
            DP pulse +1 ⓑ

labs not done yet - pt last s/p

c/o some equilibrium issues
        ∅ falls

A/ D.M insulin
   chronic pain - Back
   osteoporosis     neuropathy

P/ tg Tmos.
   tnal Actonel + Cat ( SE/precautions given )

   do labs

M

SLIC 0114

Mossearn, Diane

NOV 0 3 2006

WT. 200   T. 98.3   BP. 140/82   R. 18      / FU

FLU Shot given 0.5 ml z in (R) delto.d                    - 4

HgbA1c 13.9 ↑        Chol 234/392/48/141

Wt loss 4#                    Lver 49

lantus 60 μ qHS             ↓was on
Humalog 25μ 2x/d              4X dose of
                             pravachol
                             x 2 wks

Nt time eating - came back to bed = place not eating.

MS clear/Baseline    OxyContin med doses - Same control
CV RRR                            Ø new S.E.
Lg CTA Ⓑ
Ext Ø edema
feet - Ⓝ tinea.


A/ DM              tinea pedz
   Tohol.         chronic pain.
   Renal insuff
P/ Δ to Vytorin 10/20
   Δ to Levemir 70 μ qHS
   clotrimazole 1% crea-
   Flu Vax
   OxyContin 40mg ∓ TID #180 1/14

MAY 15 2007
CLAIMS

SLIC 0115

20

Hussain, Dia e G

10/4/06 WT. 204    T98.3    BP.170/80    P72    R.16    F/u

lab tes
result

HBG 200's

off sugar/CHO

Nt time binges - same.

⇓ WT 16 #

labs (P)

Di Cobb - appt (P)

C U R2u2u

inj CTA ®

R 3rd toe (Fx) old:

A/ DM

Fx R 3rd toe

P/ ref Bone Density

inj mammo

✓ labs

t f ÷ m-s

Bridge med's

CC

SLIC 0116

SEP 14 2006

T. 98.0  WT. 208  BP 164/88  R. 16

√ ® foot, middle toe. Getting darker.      ~M

R 3rd toe · swelling, color Δ

x 3 d      Ø pain

Ø anti-coagulant    pmh/Ho DM Neuropathy
                              chronic pain
                              HTN
ex:   R 3rd toe prox ½ toe    anemia

      mild swelling, Ø TTP

      ⊕ purple color change
            tip of toe Nl.

     cap refill < 3 sec

                    Dorpal/edal
                      pulses 2+ ®

A/ R 3rd toe abnl.
      ? thromboemboli.

P/ ref Podiatrist
      √ Fibrinogen
        PT/PNR
        ESR
        D-Dimer

      CC

Hussain, D; re

JUL 2 4 2006  WT 211  T 97.5  BP 159/98  P 67  / Re pack
wound
— M

Hussain, Diane
07/24/06

S:   Last week had a left labial abscess that was drained.  Started on Bactrim.  It's
     gotten better, but she had to take more of her pain medications.  She's here for a
     wound check.  No fevers.
O:   The left labia has a firm area, with a small draining incision that is about .5cm.
     No drainage expressed today.  No local erythema.  No signs of cellulitis.
A:   RECENT LEFT LABIAL ABSCESS, IMPROVED OVER THE LAST FEW DAYS
     Still on antibiotics.
P:   I did refill her pain medication earlier due to the abscess pain.  Continue warm
     compresses.  Expect the induration to resolve gradually with time.  If it doesn't,
     come back.

                    Chia Chen, M.D./ts

AUG 2 9 2006    T 98.3  BP 146/98  P 101   (L) hip pain — M
WT 211

Hussain, Diane
08/29/06

S:   Here to complain about left hip pain for about a week.  Pain is severe all over the
     left hip, down to the right posterior and lateral part of her leg and thigh.  She has
     had no traumas.  No new or unusual activities.  She's still taking her usual pain
     medications.  She says activities don't make the pain worse.
O:   Hip has full range of motion.  No tenderness to palpation at the greater
     trochanteric bursa.  Palpation of the back does reproduce a little bit of pain.  She
     ambulates quite normally.
A:   ACUTE LEFT HIP PAIN, UNCLEAR ETIOLOGY
P:   I'm going to send her for an X-ray of the left hip.  I'll call her in a couple of days
     with the results.  If they're negative, she may have an exacerbation of sciatica.
     We'll send her to physical therapy.

                    Chia Chen, M.D./ts

SUC 0118

(MOSSELIN)

Eureka, CA 95501 (707) 443-4593

JUL 0 3 2006

WT. 220 T. 97.2 BP. 152/86 P. 68 R. 14 / FU -M.

HgbA1c 15.5 → 11.9 Better.

BUN/Cr = 29/1.8 stable

Chol = 265/243/51/176

Back on phentemine
@ 2 pm → φ at same eatly
but able sleep.

Prozac 20 mg qd.

Med Review
    prevachol 20mg
    Benazapril 40mg BID → ? dose
    Elavil 100mg qd (50mg)
    metoprolol 100mg BID
?  Norvasc 10 mg qd
    plavix 75 mg qd
    Restoril 30 mg qHS
    clonidine .3mg patch
    mirapax 1.5 mg qHS
    Amaryl 2 mg qd
    Oxycontin 40mg + 980
    (lantus/Regular Ins)
    Diltiazem 120mg qd
    Prozac 20 mg qd
    phentemine 15 mg qd

A/ DM
↑ chol
Eating D/O

P- Bring meds
(is next time) to
review
↑ exercise

ref mammo yrly
ref Cobb 95yr colonoscopy
    two polyps

SLIC 0119

Hussain, Diane

MAY 0 8 2006

WT. 212  T. 98.2  BP. 162/92  P. 88  R. 16

~M

Ⓓ ——— Hussain, Diane
05/08/06

S:  Complaining of frequent yeast infections. Has normal blood sugars when
She's watching her diet very closely. She says there have been a yeast infection
in her mouth and vaginally. She did use Monistat. She wants to stay on a pill for
it because she gets it so often. She did not realize that her high blood sugar has
a connection to history of frequent yeast infections. She's not sexually active at
this point.

O:  Oral exam: everything is completely clear. I do not see any signs of thrush. She
declines a vaginal exam. She states that there has been itching and whit
discharge vaginally.

A:  1.  VAGINITIS
2.  HISTORY OF HIGH BLOOD SUGAR

P:  Recommend continued control of blood sugars. Use Monistat vaginal cream as
needed. I refrained from putting her on oral antifungals because of a history of
liver issues. She's already on so many medications. I'll follow up with her as
previously scheduled, sooner if needed.

JUN 0 1 2006  Chia Chen, M.D. /ts

WT. 209  T. 97.4  BP. 152/86  P. 76  R. 16  ] FU  -M.

↓3# watching diet more
not binging
sleep eating ↓
but RLS ↑

on Prozac  not fasting (worried about jittery)
helped ⊂ compulsion

BG 200's  25 ju Regular ⊂ each meal (x3)
60 ju Lantus qHS

Vaginitis- better
GM - 105y/o ↓ 2 weeks ago, labs not done
because she travel to WM.

A/ DM Ins Dep.
OCD - eating
D/D

A/ cont wt loss program
↑ exercise
]rec swim exercise
✓ lab

RECEIVED
MAY 15 2007
CLAIMS

SLIC 0120

25

Hussain, Diane

MAY 0 1 2006

WT 209  T. 97.4  BP. 140/86  P. 72 R. 14 / FU - 4.

Lantis 60 u gtts
Regular 25u pre-meals.

Been on eating Binge.-
     Since restarted insulin
     needs to make good food chooses
     has been eating junk food.
     nt. time eating occurring 3X/wks
     - generally sweets. or leftover
     "'m dealing = 4 compulsion"
          - Gambling
          - Shopping
          - Smoking
          - eating sweets

A) Compulsions OCD
     HTN DM

(Will start
Swimming
@ Easter Seal
pool.)

P/ Prozac 20 mg qd
   phentermine 15 mg qd > Re given

   choose complex CHO's, lowfat diet

   Chen            V labs 4 mos

SLIC 0121

2280 Bahne Street, Suite A
Eureka, CA 95501 • (707)443-4593

MAR 22 2006

|   | W | I | BP | P |   |
|---|---|---|---|---|---|
|   | 205 | 98.3 | 162/92 | 72  16 | F/u visit |

HgbAlC 9.4 →11.5 →15.5

off insulin for 2 mos

Currently on lantus 70u qHs
        since Feb 22 '06

Also went back to Regular 25u sAc.

BG's - 250-350 now.

Reglan 20mg ac
Amaryl 2mg qd
Diltiazem 120mg qd
pravachol 20mg qd
Elavil 50mg ttt qHs
metoprolol 100mg 4x/d
plavix 75mg qd
Temazepam 30mg qHs PRN.
Catepress-3
Mirapex .5mg qHs

A/ DM poor control
      poor compliance

P/ Curb Nt time eating! comb lock on door-
   - 1800 kcal/d =
      √ 1 mos.

Chen

SLIC 0122

27

Hussain, Diane G.

FEB 22 2006  WT 198    T 96.9    BP. 150/90    P.92    R 18  bad yeast infection

1/24/06 lab ↑ BUN/cr

insulin  lantus 60μ e glts
                    25μ prior to meals.

gluwphage
Amaryl.

last few day: AM BG 250.

    MS clear
    C murm
    lg CVA ⊗
    Ext ⊘edema
    wt ↓ 15#

A/ Renal insuff.
   DM.
   Recent hematuria
   anemia chronic
   Restless leg - improved
              Mirapex

P/ D/C glucophage,
   ↑ Insulin - 70μ HS.
   Get DM lab. Renal panel.
   Stop Benazapril
   Diltiazem CD
        120 gd         Chen.

Hussain. Dne C

NOV 0 9 2005   WT. 212  T. 98.1  BP. 150/78  P.68  R. 16 / FU
—m.
Cymbalta ↑ caused diarrhea?

Cymbalta not helpful anyway.

ALT 23
Chol 236            Diane Hussain
Trig 386            (U T I)
HDL 47
LDL 124             443 2902

HgbA1C 11.4 ←        Limas →
                        (re: drug
gut garh.            interaction
                        E # Levaquin)

A)  DM II insul Depen    OK Δ to
    Eating D/O                                        Bactrim
                                                      DIS BID x 7 days

P/  ↑ glucophage 500mg BID
    amaryl  4 mg qd. (N)
    Keep insulin same
    √ BG E home
    Cont pravachol
    3 mo fg labs

Chem               Oxycontin
                   should be #480 pills
                   (40mg # TID)

1-26-06  Called in Bactrim DIS BID x 7 days to
                   Limas per CC —m

RECEIVED
MAY 15 2007
CLAIMS

SLIC 0124

2350 Buhne Street, Suite A
Eureka, CA 95501 • (707) 443-4593

SEP 07 2005  WT 214 T. 97.2 BP. 176/96 P. 76 R 18/ FU - M

TSH 0.94
FrT4 0.74

Thyroid U/S ⊕ L lobe Mass

Gamble - end of month.

Cont. Cymbalta - couldn't
             wean down.
             found it helped her
             ī sleep.

A). Thyroid Mass Ⓛ

P) rq nuclear thyroid scan
       F/U ī mos

CL

OCT 06 2005  WT. 213 T. 97.6 BP. 150/88 P. 76 R 16/ FU - M

Thyroid scan ⊖
med list reviewed
pt on Pravachol 20mg ʃd
       + (see list)

Insulin ɣ→  Regular 25 BID
             lantus 60 qHs

MS same
EUR/R M
lng CTA ⊕

A) DM
   ↑chol
   eating ⊘/0 -

P/ Fluvax today
    √ LFT. H̄gbA1c, Lipid   F/u ī mo    CL

pt. given flu shot
0.5 ml IM Ⓛ deltoid
per CC          -rn

SLIC 0125

Hussain, Shryaba

AUG 0 4 2005  WT, 217 T. 98.4 BP. 162/86 P. 64 R. 16 /  FU
                                                          -4

on glucophage 500mg gd          Sanctus 30u.
    Amaryl  2mg x7    less hunger    Regular Ins
                                        20 pre Meals

HBG.. 220's Am fasting.    Lows 200's → 400's


Stress test 7/7/05 → 45% E.F.
                    Mild defect inf myocardium ⇒ poss
                                                old infarct

States "Compulsive eater, eat @ night
        when she sleep" "wake up c̄
        a pint of ice cream in her bed"1

last 10 day - did not buy any sugary foods.
has CPAP also

(mood) pain difference c̄ Cymbalta




A/ Sleep D/O c̄ Night time eating.
   DM II Ins Dep.



P/ ref Dr Gamban...
   Bring meds in to eval
   Wean down Cymbalta
              5 tple siver

Ch.

SLIC 0126

Hussain, Diane

Redwood Family Practice
2350 Buhne Street, Suite A
Eureka, CA 95501 • (707)443-4593

JUL 0 1 2005   WT. 212  T. 98,1  BP 180/98  P. 76  R. 18  /FU, labs  M

Hussain, Diane
07/01/05

**S:**  Here to follow up. She did see Dr. Ann Meyers, who found a thyroid nodule, which Diane says has been there for two years. She also suggested adding Glucophage again. She gave her some type of cholesterol-lowering medication. Diane has problems with her liver, so she cannot take statins. She hasn't taken her blood pressure pill today, and her blood pressure is high. Her hemoglobin A1C is now 9.4, steadily increasing over the last couple of years. CMP is okay. Her BUN/creatinine is 21/1.5. Cholesterol is high at 259. Total triglycerides 379. HDL 48. LDL 135. She says she's not really checking her blood pressures or blood sugars. She's only using 10 units of Lantus in the morning. She's not watching her diet very closely. When she is in the hospital on a hospital diet, she tends to have very good blood sugars with insulin coverage. She's on a bunch of new medications since last hospitalization; she's confused about when to get refills, and she tends to run out.

**O:**  She does appear somewhat depressed. Her affect is flat. Eye contact is good. Speech and motor functions at baseline.

**A:**
1. DIABETES
2. SOME DEPRESSION
3. HIGH BLOOD PRESSURE
4. DIFFICULTY ADHERING TO A COMPLCATED REGIMEN FOR TREATMENT OF DIABETES AND HIGH BLOOD PRESSURE
5. THYROID NODULE, LEFT THYROID

**P:**  I'm going to send her for a thyroid ultrasound, TSH, and T4. Asked her to check her blood sugars tid and blood pressures qd. Bring back the diary for both. Bring all her medications in next time for review. We're going to try Glucophage 500mg 1 po qd again. I'll see her in two weeks.

_____

Chia Chen, M.D./ts

RECEIVED

MAY 1 5 2007

CLAIMS

SLIC 0127

JUN 0 1 2005  WT 211 T 96.7 BP 160/94 P 80 R 16 / FU
                                ankles swollen — M.

Recently hosp   HTN encephalopathy
           ↑ R sided paresthesis

@ home BP 160/80's AM / PM
        occ SBP >200's

Same meds   Benazapril 40 mg B.D
             Metoprolol 100 m B.D

      New meds  Plavix ✗
             Mirapex
             Cymbalta > ℗

      pain   oxycontin 40mg B.D

BG - 200's

Exam ∅ new neuro s's
       still mild ↓ sensation Ⓡ U ext
       R L ext pain returning

A/   HTN encephalopathy ↑ R paresthesia
    P           now improving

     Chronic neuropathy - awaiting Cymbalta ℗

     h/o sleep apnea - restless leg syndrome
                → Mirapex ℗

     re add NORVASC 5 mg qd
     T/C add back clonidine patch

     RV BP 1 mos

CL

SLIC 0128

CC. _____
O__. D__ _____
_____ _____
__ Assoc ___ _____
__ __t/Pad H__ ___ Wt Loss ____ Appetite ____ Fever ____ Fatigue ____ Weakness
E__ 1 Gen. ____ Wt Loss ____ Appetite ____ Fever ____ Fatigue ____ Weakness
__ 2 GI ____ N__s a__ __ Vomiting ___ Diarrhea ___ Heartburn ___ Bleeding ____ Constip
3 Resp ____ SOB ____ DOE ____ Cough ____ PND ___ Smoking ___ Sputum
4 Cardiovascular ____ Chest Pain ____ Edema ____ Palpitations ____ Leg Pain ____ syncope
5 GU ____ Urgency ____ Dysuria ____ Nocturia ____ I. cont. ____ Poor Stream ____ Freq.
6 MuscSk. ____ Muscle Pain ___ Stiffness ____ Swelling ____ Fx's ____ Red Joints
7 Skin ____ Rash ____ Dryness ____ Moles ____ Growths ____ Itching ____ Infections
Review and Discussed: Lab _____  X-Ray _____  ____ Record Review _____
Exam V__ BP _____ P _____ R _____ Wt _____ Temp _____

$B$

4/20/05 Ref MS Contin 100mg $\bar{q}$ 8° # 90 cc
  Not pick-up yet ↑   — Lima

4/21/05  cancel previous Morphin order
    Oxy Contin 40 mg
      ↑ PO BID → TID  #90 cc

5/4/05  ↑ to Oxycontin 40m
      ↑↑ BID # 120 cc

5/24/05  Ⓡ hemiparesthesia — lacuna infarct
      HTN → encephalopathy

RECE___
MAY 15 2007
CLAIMS

SLIC 0129

NAME: Diane Hus_in                                    DATE 2/7/0        MRN:
AGE: 56      IMMUNIZATIONS CURRENT ☐ YES ☐ NC        DOCTOR: Chen
ALLERGIES: PCN also ⊘ ASA, & neureatis ⊘ effective              TB RISK ☐ Yes ☐ No
MEDICAL HISTORY: total Hystorectomy
        see LABS 1/3/06

                    60 Lantus 5Pm
                    20 front Humulin in Am

            has not Been Healthy because it was
            consistantly 682.  when blood sugar inapelite
            _____ Labreun

SOCIAL HISTORY:        SMOKING:        ALCOHOL:        DRUGS:
LMP:                   NUMBER OF: Pregnancies    Abortions    Miscarriages    Live Births
WT: 211    HT: 5.6"    BP: 158/90              P: 88    R: 18    T 99.4
PBG = 335             Large cuff (L) arm x 2

|                    | Normal ( )        | If Abnormal Describe Below: |
|--------------------|-------------------|------------------------------|
| Skin:              | ✓                 |                              |
| Head:              | ✓                 |                              |
| EENT:              | ✓                 |                              |
| Thyroid & Neck:    | ✓                 |                              |
| Lungs:             | ✓                 |                              |
| Heart:             | ✓                 |       R          L           |
| Breasts:           | ✓                 | Mammogram Done ☐   Mammogram Ordered ☐ |
| Abdomen:           | ✓                 |                              |
| Ext. Genitalia:    | ✓                 |                              |
| Vagina:            | ✓                 |                              |
| Discharge:         |                   |                              |
| Cervix:            |                   |                              |
| Uterus:            |                   | Pap Done ☐ Yes ☐ No          |
| Adnexae:           | ✓                 |                              |
| Rectal:            | ✓                 | ⊘ Guaiac  ⊘ masses           |
| Musculoskeletal:   | ✓                 |                              |
| Neuro:             | ✓                 |                              |
| Mental Status:     | ✓                 |                              |

Diagnosis:        DM                    Consult D. Meyers
        Tchol- intol statins  trial Red yeastrize, flaxseed oil

Plan (include RX changes):    ref Dexa
        3 mis  cmp, A1AC    ① ref Dr. Meyers
                                sars test

Pt. Ed. Discussed ☐ Yes ☐ No   ☐ Dental        ☐ Family Planning    ☐ Obesity           ☐ Substance Use
   ☐ Advanced Directives       ☐ Diabetes       ☐ Hypertension       ☐ Prenatal Care     ☐ Tobacco Cessation
   ☐ Asthma                    ☐ Diet Nutrition ☐ Injury Prevention  ☐ Self Breast Exam  ☐ Tuberculosis
   ☐ Cholesterol               ☐ Exercise       ☐ Medications        ☐ STD's             ☐ Other

Next Appointment:             Signature: _____

2/24/05  ↑ Duragesic patch dose or
    Switch oral morphine → will Δ to MSContin 100mg Q8° # 90 cc
                Trxl

SHC 0130

2390 Buhne Street, Suite A
EUREKA, CA 95501
(707) 443-4593

See PE form ¿
LABS

FEB 0 7 2005

CP      99.4    24

RECEIVED
MAY 1 5 2007
CLAIMS

SLIC 0131

Hussain,

JAN 03 2005   WT. 211   T. 98.8   BP. 182/102   P. 80   R. 16   / FU, UTI?
                                                                    —M

Now lantus 40 qHS
      Humulin 20-30µ TID

BG 500's, one time got down to 370's
Diet - small portions   vegetables, meats
                         some fruit
                         OCC starch   2-3X/wk
                         ½ cup usually

No BP meds yet this AM.              c/o sat. ⊕ sides
No insulin this AM.                  c p radiation
                                     mild edema
✓ BG  — HI reading                   Now resolved
✓ urine. trace Bld, ⊕ LE

    ⓔ R a n  lng CTA ⓡ
    LExt ⊕ edema ⓢ

A/  DM poor control
    UTI -

P/  ↑ lantus 60µ qHS
    humulin ~~Foto~~ 30µ TID or lower dep
    FBG.
    Keep FBG record.
    check CMP + lipid
    refer stress test
    next Month - phy. Del Recuz· mammory.
    Macrodantin 200 mg BID × 7 d
    Cx · Ur.

Chen.


1/15/05 Ref Dumgen int imp #1D (L

SLIC 0132

**MEDICATION LIST**

Husain, Diane

Date: 7/15/08

| MEDICATION AND STRENGTH | SIG. | DATE STARTED | DATE REVIEWED | DATE STOPPED |
|---|---|---|---|---|
| ✓ Prevachol 20 mg q. d/c (Rest) | | | | |
| ✓ Temazepam 30 mg qHS - d/c, Restarted | | | | |
| Attropushot - 300 mg BID | d/c | | | |
| Metformin 500 mg TiqA TqN TqP d/c restart | | | | |
| Glyburide 5 mg Ti BID | d/c | | | |
| ✓ Benazepril 40 mg T BID →totret 14to → BID → Benazepril 40 | | | | |
| ✓✓ Amitriptyline 50 mg Ti qHS d/c, Rest → Restarted 100mg qd | | | | |
| Furosemide 20 mg 1-2 qd PRN d/c | | | | |
| Phenazopyridine 200 mg T T O | | | | |
| ? Acceril 20 mg Ti qd → cough → ↓ qd by Areadius Phy 22 | | | | |
| ✓ Diltiazem 100 mg/10 patch — Oxycontin 40 Ti BID | | | | |
| Tyl #3 T qHS (sleep + pain) d/c | | | | |
| ✓✓ Metoprolol 100 mg QID (lopressor) | | | | |
| ✓ Reglan 10 mg qd Reglan Rest | | | | |
| ✓ Clonidine .3 mg patch | | | | |
| ✓ Lantus 70u Lantus 10u qA seeBelow | | | | |
| ✓ N30 humulin 10 TID Regular insulin | | | | |
| ✓ Ambien 10 mg → d/c 2°sleep walking | | | | |
| ✗ Ultram 50 mg pain | | | | |
| ✓✓ Norvasc 5 mg qd → totret 14to BID → 10 qd | | | | |
| ✓ Famotidine 20 mg qd prn | | | | |
| ✓ Plavix 75 mg qd | | | | |
| ✓ Restoril 30 mg qHS | | | | |
| ✓ Cymbalta 60 mg qd d/c 1 | | | | |
| ✓ Clonidine .3 patch | | | | |
| ✓ Amaryl 2 mg qd | | | | |
| ✓ Mirapex 1 mg qHS | | | | |
| ✓✓ Oxycontin 40 mg # 98 #160 | ✓ | | | |
| ✓✓ Lantus 70u Regular 25u qAC | | | | |
| ✓✓ Diltiazem 120 mg qd | | | | |

Amitriptyline 50 mg # TTT PO qHS → to 200 mg QHS

**REDWOOD FAMILY PRACTICE**

SLIC 0133

REDWOOD FAMILY PRACTICE

Patient Name _Diane Fussian_  Date of Birth _10/17/47_

Allergies _PCN_

## MEDICATION REFILLS

| Medication | Dosage/Amount | Pharmacy | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|
| Pravachol 40mg ÷ QD #30 | | | 11/13/06 cc-fill | | | | | |
| Oxycontin 40mg 1-2g 8° pm #180 | | lowes | 1.5.07 cc-W | 2.4.07 cc-m | 2.2.07 cc-W | 3.2.07 cc-m | 3.26.07 cc-W | |
| Actonel 35mg | | | 2/13/07 cc-fill | | | | | |
| Amitriptyline 50mg #90 1 po qhs ↑ to 200mg qhs ccfill | | | 4/4/07 (x4) | | | | | |

Forms/med-fill/4/95

RECEIVED
MAY 1 5 2007
CLAIMS

SLIC 0134

Patient Name _Diane Hussain_                          Date of Birth _10-17-47_

Allergies _____

## MEDICATION REFILLS

| Medication | Dosage/Amount | Pharmacy | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|
| Amaryl 2mg #30 | TQD | Limas EKO | | | | | | | |
| MS Contin 100 mg #90 | 1 TID | Limas | | | | | | | |
| Pepcid | 20mg #100 + p8 qd for stomach | Limas | | | | | | | |
| Econazole Cream 1% | Apply to foot bid | Limas | | | | | | | |
| Oxycontin 40mg #180 | 11-BID-TID # | Red Cross | | | | | | | |
| Mirapex 0.5m #30 | ths | Limas | | | | | | | |
| Temazepam #30 | 30? 7 qhs | | | | | | | | |
| Reglan 5mg 1 tab qhs | | Limas | | | | | | | |
| Plavix 75mg 1 qd | | Limas EKA | | | | | | | |
| Metformin #30 | 500 mg 7 QD | | | | | | | | |
| Cardizem 120mg | Diltiazem HCL ER qd | lima | | | | | | | |
| Cymbalta 30mg 1 qd #30 | | lima | | | | | | | |
| One touch ultrakit AD | | | | | | | | | |
| One touch lancet 100 | use as directed | Limas | | | | | | | |
| Norvasc 10mg 1 qd | | Limas | | | | | | | |

Forms/med-fill/4/95

40

SLIC 0135

REDWOOD FAMILY PRACTICE

Patient Name _____    Date of Birth _____

Allergies *PENICILLIN*

MEDICATION REFILLS

Hussain, Diane                    12·17·47

| Medication | Dosage/Amount | Pharmacy | Date | Date | Date | Date | Date | Date | Date | Da |
|---|---|---|---|---|---|---|---|---|---|---|
| T3 ↑ q 8° PRN #45 30 | | Lima's Eks | 7-8-04 Aw/ja3 | | | | | | | |
| Metoprolo #120 (Lopressor) | 100 mg ↑. QID | ✓ | 7-8-04 cc-m/ja3 3·7/10/ja6 cc-m | 5-4-03 cc-m x3 | 8-1-05 ↑7/8/05 cc/m/ja3 | 11/16/05 cc/m/ja3 | | | |
| Prandrdol #30 Sam | 20 mg ↑ BD | ✓ | 7-8-04 cc/m/ja3 | 8-1-05 cc/in qT-3 | 10/6/05 of (43) | 1-25-06 cc/3 m | 4-6-06 cc/3 m | | |
| Temazepam 30 mg ↑ q HS Restoril | | Lima's | 7/26/04 cc-m | 3-4-05 cc/m/ja3 | 6-9-05 cc/m/ja3 | 10-5-05 cc/m/ja3 | 1-9-06 m/cc | 5-3-06 cc/m | |
| Amitriptyline 50 mg ↑ ↑ ↑ q HS Elavin ↑ 150 mg qHS | | Lima's | 7-28-04 cc-m 8-16-04 cc/m | 3-2-05 cc-m/ja3 | 5/9/05 m/cc/ja3 | | 1-25-06 cc/3 m | 5-3-06 cc/m | 7- |
| Metformin 500 mg ↑ qam ↑ Lima's | glucophage | Lima's | 7-26-04 | | | | | | |
| Catapres TTS-3 0.3 mg/24 hr ↑ q week | | Lima's | 8/29-05 cc-m/ja3 | 5-23-04 ↑5/8/m | | | | | |
| Glyburide 5 mg ↑↑ tabs BID | dia beta | Lima's | 7/26/04 cc-m | | | | | | |
| Duragesic 100 mcg Patch ↑ q 3 days | | Lima's TRIP | 8-10-04 cc-m | 9/11/04 cc/m/ja6 | 11-7-04 cc/m/ja3 | 12-8-04 cc-m | | | |
| MS contin 100 mg TID #90 | | | 3/29/05 cc-ba | | | | | | |
| Test strips #150 | One touch D2 10 ml AS DM | Lima's | 2/2/05 cc/ja3 | 8-22-05 cc/o (n3) | ↑9/8/m | 18·06 m/cc/ja6 | | | |
| Lantus 100 u/ml 20 u q HS | | Lima's | 8-10-04 cc-m | ↑8/8/m | | ↑9/8/m | | | |
| Ins syringe ½ cc AS dir | | Lima's | 9-15-04 cc/ja3 | 5-17-05 m/cc/ja3 | 7-12-05 cc/m (2) | | | | |
| Lotensin 40 mg ↑ bid #60 | | Lima's | 11-8-04 cc-m/ja3 | 3-4-05 cc/m/ja3 | 5/5/05 m/cc/ja3 | | 1/9/06 cc/3 m | 4-6-06 cc/3 m | |
| Humulin 70/30 u-100 UAD | | Lima's | 8-10-04 cc-m | 3-2-05 cc-m | 12-7-04 m/cc | 12-8-04 cc/m | | | |
| Ambien #60 | 10 mg ↑ ↑ ↑ qHS | Lima's Eckle | 8-10-04 cc/ja3 | 9/7/05 cc/ja3 | 11-21-04 cc/ja3 | | | | |
| Vicodin 500/5 mg 2 q 4 hr prn | | Lima's | prn sleep 12·10·04 hunter | | | | | | |

Form z/med·Bill/4/95

SLIC 0136

| MEDICATION & STRENGTH | SIG | DATE STARTED | DATE STOPPED |
|---|---|---|---|
| Avandia 4mg | | 8/5/99 | |
| Taganet 400mg | ghs | | |
| Prilosec 20mg 2wks | | | |
| Copled 6.00mg | 2tab ½ BID | | |
| T₃ | 5 tabs throughout day | | |
| Avandia 8mg | qd | 8/12/99 | |
| Catapres 20mg | BID | | |
| ASA | 10 | " | 8/5/99 |
| Procardia 100mg | QID | | |
| " " | TID | 8/5/99 | |
| Allopurinol 300mg | BID | | |
| Atarax 50mg | ii ghs | | |
| Elavil 75mg | ii ghs | 8/12/99 | |
| Vagretol 200mg | BID | | discont |
| Coxey 20mg | BID | | |
| Glyburide 5mg | ½ BID | | |
| KCl 20% | 1 tbs ō each | Vasex | |
| Flectaryl feet 1% | BID | | |

REDWOOD FAMILY PRACTICE

Diane Hussain

RECEIVED
MAY 15 2007
CLAIMS

# R_ _WOOD PODIATRY GROU_

WILLIAM ANDREWS, D.P.M.
BERTRAM STEEL, D.P.M.
CHRISTINE DOBROWOLSKI, D.P.M.
PHILIP ALWAY, D.P.M.

1626 Myrtle Avenue, Suite A
Eureka, California 95501-1457
(707) 441-1112
Fax: 441-1711

DEPH OCT 11 2006

September 20, 2006

Chia Chen, M.D.
2350 Buhne Street, Suite A
Eureka, CA  95501

RE:        Diane Hussain

Dear Chia:

Thank you for having Ms. Hussain appoint to our office for evaluation of discoloration on the top of her right foot. She says she doesn't remember any trauma. She does have severe diabetic neuropathy. There is a darkly discolored area over the right 3rd metatarsophalangeal joint. There is no pain to palpation or range of motion. X-rays are negative to any bone or joint pathology. I think she must have traumatized this area and not known what she had done due to her neuropathy.

I told her to continue to watch it, make sure there wasn't increased swelling or the coloration change. I also told her the discoloration should start to recede and the swelling should resolve within a few weeks. If not, I have asked her to reappoint.

Sincerely,

Bill Andrews, D.P.M.

BA:klr

C ∟

SLIC 0138



**PHYSICAL THERAPY
LOWER QUARTER
INITIAL EVALUATION**

| PATIENT<br>HUSSAIN, Diane | | OCCUPATION<br>n/a | | PHYSICIAN<br>Dr. Chen | |
|---|---|---|---|---|---|
| DOB<br>12/17/47 | ONSET DATE<br>August 2006 | | SOC DATE<br>9/15/06 | | # OF VISITS<br>1 |
| PRIMARY DIAGNOSIS<br>Left sciatica | | | TREATMENT DIAGNOSIS<br>Left low back, groin, and inner thigh pain | | |
| PERTINENT MEDICAL HISTORY<br>Diane reports a sudden onset of left buttocks pain that radiated around into the left groin and posterior thigh. The pain was severe and she limped. Now, she just has "twinges" of pain when she first goes to bed. She reports similar episodes of just the leg pain over the past 15 years.<br><br>Patient's medical history includes diabetic neuropathy, restless leg (and arm) syndrome, and swelling with discoloration of the right middle toe (scheduled with DPM). | | | | | |

**CURRENT STATUS**

| | | |
|---|---|---|
| PAIN: | | 0-4/10 in left buttocks, groin, and thigh. |
| FUNCTIONAL LIMITATIONS: | | Reported severe difficulty due to pain with walking but now much better. |
| STANDING OBSERVATIONS: | Lumbar spine:<br>Pelvis: | Right scoliosis.<br>Level. |
| GAIT: | | No significant deviation. |
| STANDING SACROILIAC SCREEN: | Standing flexion: | Left positive for sacroiliac joint dysfunction. |
| SEATED SACROILIAC SCREEN: | Seated flexion: | Left positive. |
| SEATED SLUMP TESTING: | | Positive bilaterally for myofascial tightness with full knee extension, ankle dorsiflexion, trunk slumping, and neck flexion. |
| SUPINE PASSIVE STRAIGHT LEG RAISE: | | Asymptomatic bilaterally. |
| CORE STRENGTH: | | Poor. |
| SUPINE POSTURE: | Iliac crests:<br>ASIS:<br>Leg length: | Level.<br>Level.<br>Equal. |

CC925

HUSSAIN, Diane
9/15/06

**ASSESSMENT**
Physical therapy findings today were not consistent with lumbar radiculopathy. Some tests and her history suggest a mostly resolved pelvic girdle dysfunction. Since her symptoms now are minimal, treatment was deferred for one month to see if she stabilizes. We will then progress to core stabilization exercises to decrease her risk of recurrence.

**TREATMENT PLAN**

| | |
|---|---|
| ☒ Home exercise program | ☒ Manual therapy PRN |
| ☒ Modalities PRN | ☒ Patient education |
| ☒ Spinal stabilization training | ☒ Stretching |

**FREQUENCY & DURATION**
Two times per week for 4 weeks.

**REHAB POTENTIAL**
Good for goals set.

**GOALS**
1) Patient will be independent with a home management regimen to prevent or minimize pain while performing her usual activities.
2) Patient will demonstrate increased strength and endurance of lumbopelvic stabilizers.

**Thank you for referring this patient to Vector Physical Therapy.**

Claire D. Eyton, P.T., Certified Lymphedema Therapist        9/15/06
                                                             Date

RECEIVED
MAY 15 2007
CLAIMS

45

SLIC 0140

HUMBO⸺ NEUROLOGICAL MEDICAL GR⸺, INC.
*Board Certificati⸺ in Clinical Neurology ● Neurophysiological Testing ● Sleep Medicine*
2828 O'Neil Lane, Eureka, California 95503
⸺elephone (707) 443-9385    Fax (707) 443-0258

| | |
|---|---|
| John P. Gambin, M.D.<br>Kurt M. Osborn, M.D.<br>Thomas F. Krenek, M.D. | Donald J. Iverson, M.D.<br>Melissa A. McKenzie, D.O.<br>Allan J. Hruby, P.A. |

21 October, 2005

Chia Chen, M.D.
2350 Buhne Street
Eureka, CA 95503

RE: HUSSAIN, DIANE

Dear Chia,

Diane comes in today, at the request of Dr. Gambin, for adjustment of her medications. She has sleep apnea, as well as fairly severe restless leg syndrome, which has responded nicely to Mirapex, currently at 0.5 mg at h.s. She still has difficulty feeling her feet. She tells me that yesterday she was wearing her slippers, and found a toy car in her slipper and was totally unaware that this was present, resulting in some bruising of her feet.

With regard to her sleep eating disorder, Dr. Gambin had suggested using something like a bicycle chain to remind her not to get up at night and eat. She states that she smokes in bed and that she is afraid she might burn up. She refused to quit smoking.

PLAN:    She will continue with Cymbalta and Mirapex. I suggested that she get a lock for her refrigerator door and she told me that her grandson was going to be moving in with her temporarily in the next three to four weeks. She will follow up again here at the office.

Sincerely,

BUD HRUBY, PA
JOHN P. GAMBIN, M.D.

BH/amj

C11529

SLIC 0141

HUMBOLDT NEUROLOGICAL MEDICAL GROUP, INC.
Board Certified in Clinical Neurology • Neurophysiological Testing • Sleep Medicine
2828 O'Neil Lane, Eureka, California 95503
Telephone (707) 443-9385      Fax (707) 443-0258

John P. Gambin, M.D.
Kurt M. Osborn, M.D.
Thomas P. Kronek, M.D.

Donald J. Iverson, M.D.
Melissa A. McKenzie, D.O.
Allan J. Hruby, P.A.

20 September, 2005

Chia Chen, M.D.
2350 Buhne Street
Eureka, CA 95503

RE: HUSSAIN, DIANE G.

Dear Chia,

I saw Diane Hussain in consultation today, at your request.
Thank you very much for referring her for evaluation of her
altered sleep behavior.

She is a 57-year old, right-handed, African-American woman,
who has documented obstructive sleep apnea, treated with
CPAP at 11 cm. She has been using that successfully for ten
years, and if she forgets to use it she wakes up with
palpitations, shortness of breath and chest pain. She also
uses temazepam to help her get to sleep.

The problem that she presents with is that of sleep eating.
She states: "I get up in the middle of the night and cook
food, bizarre food combinations". She says that she has put
"an alarm on the door", but she seems to be able to turn it
off in her sleep and still make her way into the kitchen to
eat.

She worries about having "sometimes psychotic overtones"
with her eating behavior. For example, she states that she
got up the other night and, as it turns out, sliced up a
watermelon into small pieces, and thought that she was
taking it into one of her spare rooms where she presumed
there were migrant workers, even though this was not a
reality.

She certainly woke up in the morning with the watermelon
scattered over her bed.

CC 9/22

47

SLIC 0142

Page 2          TO: CHIA CHEN, M.D.
9-20-05         RE: DIANE HUSSAIN


She also described another situation where she woke up
covered in brown, gooey, stuff that turned out to be
connected to an empty half gallon carton of chocolate ice
cream. She really does not want to do this, and has managed
to somehow lose weight anyway, which is paramount, given her
large number of other medical problems, which will be
described below.

She does tell me that she has been sleep-walking for twenty-
five years. She usually knew this to be the case when she
would be awakened by people in the grocery stores. It
seemed that her sleep-walking usually led her to a grocery
store, so there is an eating theme to all of her sleep
behaviors, most, if not all of which, she has no
recollection of.

Past Medical History:          The patient has diabetes, diagnosed
                               for eight years, with at least ten
                               years of peripheral neuropathic
                               symptoms preceding the onset of the
                               diagnosis. She is treated with
                               insulin, Glucophage and Amaryl.
                               For her neuropathy, she is using
                               Amitriptyline 50 mg nightly and
                               Cymbalta 30 mg nightly. She has
                               restless leg syndrome, treated
                               seemingly successfully with Mirapex
                               0.5 mg nightly. Her hyperlipidemia
                               is treated with Pravachol. Her
                               hypertension is treated with
                               Lotensin, Lopressor and Norvasc.
                               She is additionally taking a
                               Catapres TTS3 patch once a week.
                               Her GI hypomotility is treated with
                               Reglan. She had a small stroke,
                               leaving her with numbness of her
                               right body, treated now with
                               Plavix. She has GERD, treated with
                               Famotidine 20 mg daily.

RECEIVED

MAY 1 5 2007

CLAIMS

SLIC 0143

Page 3           TO: CHIA CHEN, M.D.
9-20-05           RE: DIANE HUSSAIN

Review of Systems:    She has cold feet, dizziness,
                      fatigability, intermittent tremor and
                      nocturia greater than 2.

Habits:       She smokes a half a pack of cigarettes daily.  She
              does not drink alcohol or caffeine.  She gets a
              limited amount of exercise episodically.

Allergies:    None known.

Family History:    Her mother had hypertension, coronary
                   artery disease, and some form of mental
                   illness.  Her father had hypertension
                   and coronary artery disease.   A
                   grandmother had diabetes.

Social History:    She is single, unemployed, and has a
                   daughter and a grandchild living with
                   her, having had to come to this area
                   from the Gulf coast hurricane disaster.

General Examination:    This is a heavy-set, pleasant,
                        well-groomed, well-dressed,
                        relatively quiet woman, in no acute
                        distress.

**NEUROLOGICAL EXAMINATION:**

Cranial Nerves:    These look normal.

Neck:       She has a generous neck.  She has a somewhat
            pendulous uvula and no significant overbite.

Motor Examination:    This is normal to strength throughout,
                      even in toe dorsiflexion. Her fine
                      finesse movements are slower in the left
                      hand and foot than on the right, with
                      some synkinetic spread to the right.

49

SLIC 0144

Page 4          TO: CHIA CHEN, M.D.
9-20-05         RE: DIANE HUSSAIN


<u>Reflexes:</u>        1-2+ throughout, trace at the ankles.
                Plantar responses are down-going.

<u>Sensory Examination:</u>    There is total absence of vibratory
                sensation in her toes.  She picks
                it up briefly at mid foot, but it
                drops out early, in a symmetrical
                fashion.  She has about a 70
                percent fading reduction of pin,
                temperature and touch,
                symmetrically in both lower
                extremities.  She did not describe
                any significant sensory asymmetry
                over her extremities or her face.

<u>Gait:</u>    Tandem gait is slightly unsteady.  Romberg sways,
        but she does not frankly fall.

<u>IMPRESSION:</u>     1.    SLEEP EATING DISORDER.

                2.    SLEEP APNEA.

                3.    RESTLESS LEG SYNDROME.

                4.    DIABETES, WITH PERIPHERAL
                      NEUROPATHY.

                4.    DOCUMENTED CEREBROVASCULAR DISEASE,
                      WITH TODAY'S EXAMINATION SHOWING
                      MOTOR DEFICITS, SUBTLE ON THE LEFT
                      SIDE, AS OPPOSED TO HER HISTORY OF
                      SENSORY LOSS ON THE RIGHT SIDE.
                      I DON'T HAVE THE RESULTS OF HER SCANS,
                      BUT THAT SUGGESTS THE POSSIBILITY OF
                      A BRAIN STEM FOCUS FOR THAT EVENT.

<u>COMMENT:</u>     I am increasing the Cymbalta to 60 mg nightly
            for her neuropathy.

SLIC 0145

Page 5                TO: CHIA CHEN, M.D.
9-20-05               RE: DIANE HUSSAIN

For her sleep eating, I chose a simple
behavioral modification, which was to
literally attach a bungee cord to her bed
post, wrap it around herself, and lock it up
with a bicycle type combination lock, which
would require, in most cases, that she wake
up entirely or get close to wakefulness in
order to get it undone, and hopefully in that
setting be able to stop her urge to get to
the kitchen.

More aggressive barrier techniques could be
employed if this is not successful, and those
could include putting a complex lock on her
ice box.

She may need higher doses of Cymbalta for her
neuropathic pain control, and if that is
insufficient, we could add Lyrica, the new
Pregabalin medication for symptomatic control
of her neuropathy.

Sincerely,

JOHN H. GAMBIN, M.D.

JPG/amj

SLIC 0146

**REASON FOR ADMISSION:** The patient is a 57-year-old female routinely cared for my Dr. Chen who presented with a neurologic complaint. She reported that last week she was having some episodes of weakness, particularly in her right hand and was intermittently dropping things. Subsequent to this she started developing a bit of numbness on the right side of her face and also in her right thumb. She noted that the next day the numbness seemed to progress until it involved the entire right side of her face, right arm, right torso, and right leg. She overall complained of complete body weakness. No headache or visual disturbances. No nausea, vomiting, chest pain, or shortness of breath. She reported that she does have severe neuropathic pain in her extremities in a glove-and-stocking distribution, but interestingly reported that as soon as she developed these symptoms of numbness that the pain on that particular side completely went away. She has had difficult to control diabetes and in fact has recently been referred to an endocrinologist. She has been on numerous oral medications and most recently insulin. She has also had somewhat labile hypertension.

**PAST MEDICAL HISTORY:** Significant for renal calculi, diabetes mellitus, obstructive sleep apnea, hypertension, gout, insomnia, hyperlipidemia, peripheral neuropathy thought to be secondary to diabetes mellitus, and chronic anemia secondary to thalassemia.

**FAMILY HISTORY:** Noncontributory.

**PAST SURGICAL HISTORY:** Total abdominal hysterectomy for benign reasons, a cholecystectomy, tonsillectomy, and surgical removal of renal calculi.

**SOCIAL HISTORY:** A remote tobacco history, no current use. No alcohol or illicit drug use.

**ALLERGIES:** PENICILLIN WHICH CAUSES ANAPHYLAXIS.

**MEDICATIONS:** Lotensin 40 mg p.o. b.i.d., Lopressor 100 mg q.i.d., Amaryl 2 mg p.o. q.d., Elavil 100 mg p.o. q.h.s., Pepcid 20 mg 1 p.o. q.d., OxyContin 60 mg t.i.d., Lantus 60 units at h.s., Humulin R sliding scale, CPAP at h.s., and Restoril 15-30 mg p.o. q.h.s. p.r.n.

**REVIEW OF SYSTEMS:** GENERAL: The patient has had no weight loss. No fever or chills. No night sweats. She has had diffuse weakness. HEENT: No tinnitus, vertigo, diplopia, or rhinorrhea. No headache. CARDIOVASCULAR: Positive for fatigue. No PND or orthopnea. No chest pain. She does have some chronic dyspnea on exertion. PULMONARY: Negative for a cough, hemoptysis, or pleuritic pain. GI: No nausea, vomiting, or diarrhea. No jaundice. GU: No hesitancy, urgency, frequency, or dysuria. PSYCHIATRIC: Some anxiety and depression. MUSCULOSKELETAL: Some arthralgias. NEUROLOGIC: Please see the HPI.

### PHYSICAL EXAMINATION

**VITAL SIGNS:** The patient is seen the morning after the admission to the Emergency Department. Her temperature is 36.5; pulse is 70 and regular; blood pressure is 164/85, which is down from greater than 200 systolic and greater than 100 diastolic. O2 saturation is 97% on room air.

**GENERAL:** This is a somewhat lethargic female. Her affect is somewhat flat. She does have normal response to questions, although her responses are somewhat slow. Her speech is fluid and she is not exhibiting any dysarthria or difficulty with word finding.

St. Joseph Hospital
2700 Dolbeer Street
Eureka, California 95501
707/445-8121

NAME: HUSSAIN, DIANE G
MR: SU02049887        ACCT#: SA5900002142
DATE OF ADMIT: 05/25/2005
DOB: 12/17/1947
PHYSICIAN: ALLISON BURTON, MD

HISTORY AND PHYSICAL EXAMINATION

Copy For: ALLISON BURTON, MD

Page 1

RECEIVED

MAY 15 2007

CLAIMS



**HEENT:** Her face is symmetric. Ears are clear. Pupils are reactive. Sclerae are anicteric. The oropharynx shows moist mucous membranes without any lesions.

**NECK:** Supple without adenopathy. Trachea is midline. The thyroid is nontender. No supraclavicular adenopathy.

**HEART:** Regular and distant. I do not appreciate a murmur, rub, or a gallop.

**LUNGS:** The lungs are generally clear but she does have a few rhonchi in the bases.

**EXTREMITIES:** Warm and well perfused, although she does have somewhat decreases pedal pulses these are palpable.

**ABDOMEN:** Soft, nontender, and nondistended. No abdominal bruits.

**NEUROLOGIC:** The patient's cranial nerves are intact. She is alert and oriented x3. She does have paresthesias noted on the right face, right arm, right leg, and right trunk. These do seem to resolve as you pass the midline. She does have paresthesias of the left hand and the left foot as well and she does have some allodynia. DTRs are somewhat depressed. On her strength exam possibly slight decreased strength in the right upper extremities but this is subtle. Overall her strength seems reasonable at flexion and extension and all of the extremities. On cerebellar function the patient has some slowing of her rapid alternating movements which is symmetric bilaterally. Her gait is not observed.

**LABORATORY DATA:** A CT per the radiologist is negative. A Doppler ultrasound is pending. Labs show mild anemia which is stable. EKG shows an old bundle branch block with no significant changes. CMP is within normal limits aside from elevation of glucose and some elevation of creatinine at 1.5.

**IMPRESSION AND PLAN:**
1. PARESTHESIAS, RIGHT SIDE, AT HIGH RISK FOR CEREBROVASCULAR DISEASE. Neurology consultation and consider magnetic resonance imaging. I will arrange for carotid Dopplers to evaluate for carotid stenosis. At the present time she is in her normal sinus rhythm and I have no reason to believe that this is an embolic source. It certainly could be small vessel disease. Her blood pressure will be managed, although we do not want to lower her blood pressure too quickly. We will go ahead and get a swallowing evaluation as she does say that she is having a bit of difficulty swallowing.
2. DIABETES MELLITUS. Continue insulin coverage.

St. Joseph Hospital
2700 Dolbeer Street
Eureka, California 95501
707/445-8121

NAME: HUSSAIN, DIANE G
MR: SU02049887          ACCT#: SA5900002142
DATE OF ADMIT: 05/25/2005
DOB: 12/17/1947
PHYSICIAN: ALLISON BURTON, MD

HISTORY AND PHYSICAL EXAMINATION

Page 2

Copy For: ALLISON BURTON, MD

SLIC 0148

3.  HYPERTENSION.  Plan to re-institute the patient's regular medications after this acute event.  For the time being we will be using intravenous Vasotec and/or Lopressor.  The patient will be monitored on Telemetry.


ALLISON BURTON, MD

AB/MEDQ  Job#: 440910  DD: 05/26/2005 13:07:30
DT: 05/26/2005 15:15:38

_____  No changes in complaint or physical findings since exam was done.
Appropriate exam was repeated.


Signature _____          Date _____


St. Joseph Hospital                          NAME: HUSSAIN, DIANE G
2700 Dolbeer Street                          MR: SU02049887        ACCT#: SA5900002142
Eureka, California  95501                    DATE OF ADMIT: 05/25/2005
707/445-8121                                 DOB: 12/17/1947
                                             PHYSICIAN: ALLISON BURTON, MD

HISTORY AND PHYSICAL EXAMINATION

Page 3

Copy For: ALLISON BURTON, MD

SLIC 0149

**DATE OF ADMISSION:** 05/25/2005   **DATE OF DISCHARGE:** 05/27/2005

**DISCHARGE DIAGNOSES:**
1. PARESTHESIAS ON THE RIGHT SIDE, SLIGHTLY IMPROVED WITH POSSIBLE HYPERTENSIVE ENCEPHALOPATHY CAUSING THE PARESTHESIAS.
2. EVIDENCE OF A LACUNAR INFARCT.
3. HYPERTENSION.
4. DIABETES.
5. MILD DYSPHAGIA, MILD ASPIRATION RISK.
6. HISTORY OF CHRONIC PAIN.
7. HISTORY OF SLEEP APNEA.
8. HISTORY OF RESTLESS LEG MOVEMENT DISORDER.

**ADMISSION DIAGNOSES:**
1. PARESTHESIAS ON THE RIGHT SIDE.
2. HYPERTENSION.
3. DIABETES.

**HOSPITAL COURSE:** Diane was admitted because of right-sided paresthesias and significant hypertension. Her initial admit blood pressure was 233/115. Here, with her medications, she has a systolic blood pressure in the 160s; without her medications in the 190s. She had not lost any strength and regained some of the sensation on the right side, but still was deficient. Her blood sugar has been doing good while she is in the hospital. They are running at about 100s to mid-200s. 98% on room air her pulse ox. Heart rate remains in the 60s. She did not have any acute chest pains or shortness of breath. Her discharge ECM showed that she has full range of motion and strength on both sides. Her speech is clear, normal. Mental status clear normal. She is able to ambulate without assistance. Her heart is regular rate and rhythm. Lungs were clear. Abdomen soft, nontender, nondistended. Lower extremity, no edema. She is able to tolerate p.o. without problems. She had normal urination, bowel movements.

Consultation during this admission include Dr. Gambin.

**PROCEDURES:** Bilateral carotid ultrasound, which were normal. A head CT, which was read as negative, but Dr. Gambin had seen internal capsule lacunar infarct on the left. She had a swallow evaluation, which showed that she has mild dysphagia and was put on a dysphagia 2 gram diet.

**LABORATORY STUDIES:** Normal CBC on the 24th, a normal CMP except for elevated blood sugar and mildly elevated BUN/creatinine on the 24th. On the 26th, BMP, which has not significantly changed except for the glucose is 128, which is down from the initial. She also had an EKG, which showed she had sinus rhythm and some marked left axis deviation, right bundle branch block and ventricular hypertrophy.

**DISCHARGE PLAN:** She will go home to her self and her granddaughter is coming today, grandson is coming tomorrow, who will be staying with her for a few days, so she will have some care taking available. She can manage her own medications.

**DISCHARGE MEDICATIONS:**
Same medications that she was taking prior to coming in, with the exception of 3 new medications, plus some changes in her blood pressure medications. The 3 new medications will include Plavix 75 mg one p.o. daily, Mirapex

St. Joseph Hospital
2700 Dolbeer Street
Eureka, California 95501
707/445-8121

NAME: HUSSAIN, DIANE G
MR: SU02049887      ACCT#: SA5900002142
DATE OF ADMIT: 05/25/2005
DOB: 12/17/1947
PHYSICIAN: CHIA CHEN, MD

DISCHARGE SUMMARY

CC 62   Page 1

Copy For: CHIA CHEN, MD

RECEIVED
MAY 15 2007
CLAIMS

SUC 0150

0.5 mg p.o. q.h.s., and Cymbalta 30 mg p.o. daily and this will be increased after 2 weeks to 60 mg p.o. daily. This is for the purpose of chronic pain control. Her blood pressure medication will be Lotensin 40 mg twice a day, Lopressor 100 mg four times a day, and she will continue on her Lantus and her Humulin R, as she was taking before and continue her Elavil, Pepcid, Amaryl, OxyContin as before. The OxyContin she has been taking at 60 three to four times a day for additional pain control. She will followup with myself next week in the clinic and I will go ahead and submit a triplicate prescription for her OxyContin as well. Patient understands and is in agreement of the above changes and plan.

CHIA CHEN, MD

CC/MEDQ  Job#: 890967  DD: 05/27/2005 12:51:25  DT: 05/28/2005 19:19:57

St. Joseph Hospital
2700 Dolbeer Street
Eureka, California 95501
707/445-8121

NAME: HUSSAIN, DIANE G
MR: SU02049887          ACCT#: SA5900002142
DATE OF ADMIT: 05/25/2005
DOB: 12/17/1947
PHYSICIAN: CHIA CHEN, MD

DISCHARGE SUMMARY

Page 2

Copy For: CHIA CHEN, MD

SLIC 0151

2007 0042  HOSPITAL (999) 999-9999  The  fo contained in this fax is privileged and confide  l and for the sole use of the intended recipient.

RUN DATE:02/13/07                ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                      PAGE 77
RUN TIME:0006            Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:

          Megan J. Smith-Zagone,MD        Stanley T. Hino,MD          Erik J. Burman,MD
          Lic. No A89551                  Lic. No. G46039             Lic. No. G64607

                                          LOCATION
                                          ZREDFP.S
                                ZZ REDWOOD FAMILY PRACTICE

| Patient: HUSSAIN,DIANE G | Acct #SA0001278464  Loc: ZREDFP.S  U#SU02049887 |
|---|---|
| D.O.B.: 12/17/1947 | Age/Sex: 59/F  Room:  Reg: 02/12/2007 |
| Reg Dr: CHEN,CHIA MD | Status: REG CLI  Bed:  Dis#: |

Specimen: 0212:C00197R     Collected: 02/12/07-1450  Status:  COMP    Req#: 01593998
                           Received:  02/12/07-1450  Subm Dr: CHEN,CHIA MD

Ordered:  RENP, ALT/SGPT

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > SODIUM | 131 | L | 136-144 MEQ/L | S |
| > POTASSIUM | 4.2 | | 3.6-5.1 MEQ/L | S |
| > CHLORIDE | 99 | L | 101-111 MMOL/L | S |
| > CARBON DIOXIDE | 22 | | 22-32 MMOL/L | S |
| > ANION GAP | 10.0 | H | 3-9 | S |
| > BLOOD UREA NITROGEN | 28 | H | 8-26 MG/DL | S |
| > CREATININE | 1.9 | H | 0.6-1.1 MG/DL | S |
| > EST GLOMERULAR FILTRATION RATE | | | | |
| | 34.8 | L | >60 | S |
| | *Estimated Glomerular Filtration Rate - GFR* | | | |
| | *(ml/min/1.73 square meters)* | | | |
| > GLUCOSE | 491 | H | 74-118 MG/DL | S |
| > CALCIUM | 9.2 | | 8.5-10.1 MG/DL | S |
| > PHOSPHOROUS | 3.5 | | 2.5-4.6 MG/DL | S |
| > ALT/SGPT | 25 | | 4-32 IU/L | S |
| > ALBUMIN | 3.3 | L | 3.5-4.8 G/DL | S |

Specimen: 0212:SC00061R     Collected: 02/12/07-1450  Status:  COMP    Req#: 01593998
                           Received:  02/12/07-1450  Subm Dr: CHEN,CHIA MD

Ordered:  HBA1C

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > HEMOGLOBIN A1C | 15.4 | H | <7 % | S |

| Hemoglobin A1C Percent | Approximate Mean Plasma Glucose | Interpretation |
|---|---|---|
| < 7 | < 135 | *Non-Diabetic range* |
| 7 | 170 | *ADA Target* |

S - St. Joseph Hospital
     2700 Dolbeer St., Eureka, CA

SLIC 0152

2007 00:42   HOSPITAL (999) 999-9999 The contained in this fax is privileged and confiden and for the sole use of the intended recipient.

RUN DATE:02/13/07
RUN TIME:0006                    ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                     PAGE 78
PATHOLOGISTS:                Outpatient Laboratory Services 2100 Harrison  Eureka CA

                Megan J. Smith-Zagone,MD       Stanley T. Hino, MD        Erik J. Burman,MD
                Lic. No A89551                 Lic. No. G46039            Lic. No. G64607

                                    LOCATION
                                    ZREDFP.S
                            ZZ REDWOOD FAMILY PRACTICE

| Patient: HUSSAIN,DIANE G | | Acct#SA0001278464 | (Continued) | |
|---|---|---|---|---|

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| 8 | 205 | | | |
| 9 | 240 | | Action | |
| 10 | 275 | | Suggested | |
| 11 | 310 | | | |
| 12 | 345 | | | |

Methodology compatible DCCT reference method

Glycated abnormal hemoglobins, such as are seen in diabetic
patients with Sickle Cell Trait, Sickle Cell Anemia,
Thalessemias, and other hemoglobinopathies, are not detected
with this test.  Any condition associated with shortened RBC
survival will also decrease the HBA1C level.  If the patient
has an unexpectedly low HBA1C, consideration should be given
to one of the preceding conditions.

SLIC 0153

... ... ... TEL (707) 909-9999 The ... contained in this fax is privileged and confidential and for the sole use of the intended recipient

RUN DATE:11/03/06          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY          PAGE 55
RUN TIME:0006             Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
            Megan J. Smith-Zagone,MD      Stanley T. Hino,MD      Erik J. Burman,MD
            Lic. No A89551               Lic. No. G46039         Lic. No. G64607

                              LOCATION
                              ZREDFP.S
                         ZZ REDWOOD FAMILY PRACTICE

| | | |
|---|---|---|
| Patient: HUSSAIN,DIANE G | Acct #SA0001233597   Loc: ZREDFP.S | U#SU02049887 |
| D.O.B.: 12/17/1947 | Age/Sex: 58/F   Room: | Reg: 11/02/2006 |
| Reg Dr: CHEN,CHIA MD | Status: REG CLI   Bed: | Dis: |

Specimen: 1102:C00096R      Collected: 11/02/06-0813  Status:  COMP   Req#: 01533201
                            Received: 11/02/06-0813  Subm Dr: CHEN,CHIA MD

Ordered:  ALT,SGPT, LPP

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| ALT/SGPT | 49 | H | 4-32 IU/L | S |
| LIPID PANEL | | | | |
| CHOLESTEROL | 232 | H | <200 MG/DL | S |
| | Cholesterol (NCEP Guidelines) | | | |
| | < 200 mg/dl    Low Risk | | | |
| | 201 - 239 mg/dl  Borderline Risk | | | |
| | > or = 240 mg/dl  High Risk | | | |
| TRIGLYCERIDE | 392 | H | <150 MG/DL | S |
| | Normal      < 150 | | | |
| | Borderline High  150 - 199 | | | |
| | High    200 - 500 | | | |
| | Very High   > 500 | | | |
| HDL CHOLESTEROL | 43 | | MG/DL | S |
| | Low Risk  = or > 60 mg/dl | | | |
| | High Risk   < 40 mg/dl | | | |
| LDL CHOLESTEROL DIRECT | 141 | | 0-160** MG/DL | S |
| | **LDL Cholesterol Therapeutic Goals | | | |
| | 100 or less if CHD present | | | |
| | <130 if no CHD but 2 or more risk factors present | | | |
| | <160 if no CHD | | | |
| RISK RATIO | 4.8 | | <5 | S |
| PATIENT FASTING? | YES | | | S |

    St. Joseph Hospital
    ... Dolbeer St., Eureka, CA

C C

RECEIVED
MAY 1 5 2007
CLAIMS

SLIC 0154

ETAL (ere) 900-8000 .. to contains i this fax is privileged and confide ... l and for the sole use of ....

RUN DATE:11/03/06          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY          PAGE 56
RUN TIME:0006          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
          Megan J. Smith-Zagone,MD      Stanley T. Hino,MD      Erik J. Burman,MD
          Lic. No A89551                Lic. No. G46039         Lic. No. G64607

                              LOCATION
                        ZREDFP.8
                        ZZ REDWOOD FAMILY PRACTICE

Patient: HUSSAIN,DIANE G          Acct#SA0001233597          (Continued)

Specimen: 1102:SC00022R     Collected: 11/02/06-0813   Status:  COMP    Req#: 01533201
                            Received:  11/02/06-0813   Subm Dr: CHEN,CHIA MD

Ordered:  HBA1C

| Test | Result | | Flag | Reference | Site |
|------|--------|--|------|-----------|------|
| HEMOGLOBIN A1C | 13.9 | | H | <7 % | S |

| Hemoglobin A1C Percent | Approximate Mean Plasma Glucose | Interpretation |
|---|---|---|
| < 7 | < 135 | Non-Diabetic range |
| 7 | 170 | ADA Target |
| 8 | 205 | |
| 9 | 240 | Action |
| 10 | 275 | Suggested |
| 11 | 310 | |
| 12 | 345 | |

*Methodology compatible DCCT reference method*

*Glycated abnormal hemoglobins, such as are seen in diabetic patients with Sickle Cell Trait, Sickle Cell Anemia, Thalessemias, and other hemoglobinopathies, are not detected with this test. Any condition associated with shortened RBC survival will also decrease the HBA1C level. If the patient has an unexpectedly low HBA1C, consideration should be given to one of the preceding conditions.*

St. Joseph Hospital
  Dolbeer St , Eureka, CA

SLIC 0155

ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 90
Outpatient Laboratory Services 2200 Harrison  Eureka CA

Megan J. Smith-Zagone,MD        Stanley T. Hino,MD        Erik J. Burman,MD
Lic. No A89551                  Lic. No. G46039           Lic. No. G464:7

LOCATION
ZRREDFP.8
ZZ REDWOOD FAMILY PRACTICE

| Patient: HUSSAIN,DIANE G | Acct #SA0001214264 | Loc: ZREDFP.S | U#SU02049887 |
| D.O.B.: 12/17/1947 | Age/Sex: 58/F | Room: | Reg: 09/18/2006 |
| Reg Dr: CHEN,CHIA MD | Status: REG CLI | Bed: | Dis: |

Specimen: 0918:H00151R    Collected: 09/18/06-1449    Status: COMP    Req#: 01506065
                          Received:  09/18/06-1449    Subm Dr: CHEN,CHIA MD

Ordered:  ESR

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > ERYTHROCYTE SED RATE | 14 | | 0-20 MM/HR | S |

Specimen: 0918:K00055R    Collected: 09/18/06-1449    Status: COMP    Req#: 01506065
                          Received:  09/18/06-1449    Subm Dr: CHEN,CHIA MD

Ordered:  FIB, DDQNT

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > FIBRINOGEN | 522 | H | 219-475 MG/DL | S |
| > D-DIMER QUANTITATIVE | 257 | | <500 NG/ML | S |
| | (F5) | | | |
| | Note: Concentration expressed in ng/ml FEU (Fibrinogen | | | |
| | Equivalent Units). | | | |

S - St. Joseph Hospital
    2700 Dolbeer St., Eureka, CA

CC9-11

SLIC 0156

RUN DATE:06/30/06
RUN TIME:0132                    ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
PATHOLOGISTS:              Outpatient Laboratory Services 2200 Harrison  Eureka CA              PAGE 1
   Robert V. Zedelis,MD      Stanley T. Hino, MD      Erik J. Burman,MD      Margaret A. Gordon,MD
   Lic. No G17001            Lic. No. G46039          Lic. No. G64607        Lic No. G21047

PHYSICIAN
CHEN,CHIA MD

| | | |
|---|---|---|
| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001180438  LOC: ZREDFP.S  U #: SU02049887 | |
| REG DR:  CHEN,CHIA MD | AGE/SX: 58/F  ROOM:  REG: 06/29/06 | |
| | DOB:  12/17/1947  BED:  DIS: | |
| | STATUS: REG CLI  TLOC: | |

Specimen: 0629:C00155R      Collected: 06/29/06 -1202   Status:  COMP   Req#: 01459357
                            Received:  06/29/06 -1202   Subm Dr: CHEN,CHIA MD

Ordered:  RENP, ALT/SGPT, LPP

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > SODIUM | 137 | | 136-144 MEQ/L | S |
| > POTASSIUM | 4.5 | | 3.6-5.1 MEQ/L | S |
| > CHLORIDE | 105 | | 101-111 MMOL/L | S |
| > CARBON DIOXIDE | 25 | | 22-32 MMOL/L | S |
| > ANION GAP | 7.0 | | 7-16 | S |
| > BLOOD UREA NITROGEN | 29 | H | 8-26 MG/DL | S |
| > CREATININE | 1.8 | H | 0.6-1.1 MG/DL | S |
| > EST GLOMERULAR FILTRATION RATE | 37.2 | L | >60 | S |
| Estimated Glomerular Filtration Rate - GFR (ml/min/1.73 square meters) | | | | |
| > GLUCOSE | 91 | | 74-118 MG/DL | S |
| > CALCIUM | 9.0 | | 8.5-10.1 MG/DL | S |
| > PHOSPHOROUS | 4.5 | | 2.5-4.6 MG/DL | S |
| > ALT/SGPT | 58 | H | 4-32 IU/L | S |
| > ALBUMIN | 3.8 | | 3.5-4.8 G/DL | S |
| LIPID PANEL | | | | |
| >   CHOLESTEROL | 265 | H | <200 MG/DL | S |

Cholesterol (NCEP Guidelines)
   < 200 mg/dl    Low Risk
201 - 239 mg/dl    Borderline Risk
> or = 240 mg/dl   High Risk

| > TRIGLYCERIDE | 243 | H | <150 MG/DL | S |

            Normal        < 150
Borderline High   150 - 199
            High    200 - 500
       Very High       > 500

| > HDL CHOLESTEROL | 51 | | MG/DL | S |

Low Risk  = or > 60 mg/dl
High Risk       < 40 mg/dl

| > LDL CHOLESTEROL DIRECT | 176 | H | 0-160** MG/DL | S |

**LDL Cholesterol Therapeutic Goals
100 or less if CHD present

S - St. Joseph Hospital
   2700 Dolbeer St., Eureka, CA

Cl630

SLIC 0157

RUN DATE:06/30/06
RUN TIME:0132
PATHOLOGISTS:

ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
Outpatient Laboratory Services 2200 Harrison  Eureka CA          PAGE 2

Robert V. Zedelis,MD          Stanley T. Hino, MD          Erik J. Burman,MD          Margaret A. Gordon,MD
Lic. No G17001                Lic. No. G46039              Lic. No. G64607            Lic No. G21047

PHYSICIAN
CHEN,CHIA MD

| Patient: HUSSAIN,DIANE G | | | |
|---|---|---|---|
| #SA0001180438          (Continued) | | | |

| Test | | | |
|---|---|---|---|
| | Result | Flag  Reference | Site |
| > RISK RATIO | <130 if no CHD but 2 or more risk factors present | | |
| > PATIENT FASTING? | <160 if no CHD | | |
| | 5.2 | | S |
| | YES | <5 | S |

Specimen: 0629:SC00044R    Collected: 06/29/06-1202  Status:  COMP     Req#: 01459357
                           Received:  06/29/06-1202  Subm Dr: CHEN,CHIA MD

Ordered:  HBA1C

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > HEMOGLOBIN A1C | 11.9 | H | 4.2-5.8 % | G |

S - St. Joseph Hospital
    2700 Dolbeer St., Eureka, CA
G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

RECEIVED

MAY 1 5 2007

CLAIMS

SLIC 0158

RUN DATE:02/25/06
RUN TIME:0131                     ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                        PAGE 1
PATHOLOGISTS:                   Outpatient Laboratory Services 2200 Harrison  Eureka CA

Robert V. Zedelis,MD          Stanley T. Hino, MD        Erik J. Burman,MD        Margaret A. Gordon,MD
Lic. No G17001                Lic. No. G46039            Lic. No. G64607          Lic No. G21047

PHYSICIAN
CHEN,CHIA MD

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001123763 | LOC:   ZREDFP.S | U #: SU02049887 |
|---|---|---|---|
| | AGE/SX: 58/F | ROOM: | REG: 02/24/06 |
| REG DR:   CHEN,CHIA MD | DOB:    12/17/1947 | BED: | DIS: |
| | STATUS: REG CLI | TLOC: | |

Specimen: 0224:C00249R     Collected: 02/24/06 -1259    Status:  COMP     Req#: 01382945
                           Received:  02/24/06 -1259    Subm Dr: CHEN,CHIA MD

Ordered:  RENP, ALT/SGPT, LPP, MG
Comments: GLUCOSE CALLED TO DR CHEN AT 1820/CO
          READBACK OBTAINED

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > SODIUM | 125 | L | 136-144 MEQ/L | G |
| > POTASSIUM | 4.6 | | 3.6-5.1 MEQ/L | G |
| > CHLORIDE | 97 | L | 101-111 MMOL/L | G |
| > CARBON DIOXIDE | 24 | | 22-32 MMOL/L | G |
| > ANION GAP | 4.0 | L | 7-16 | G |
| > BLOOD UREA NITROGEN | 27 | H | 8-26 MG/DL | G |
| > CREATININE | 1.9 | H | 0.6-1.1 MG/DL | G |
| > EST GLOMERULAR FILTRATION RATE | | | | |
| | 34.9 | L | >60 | G |
| | *Estimated Glomerular Filtration Rate - GFR (ml/min/1.73 square meters)* | | | |
| > GLUCOSE | 619 | *H | 74-118 MG/DL | G |
| | *GLUCOSE REPEATED* | | | |
| > CALCIUM | 9.2 | | 8.5-10.1 MG/DL | G |
| > PHOSPHOROUS | 3.7 | | 2.5-4.6 MG/DL | G |
| > ALT/SGPT | 24 | | 4-32 IU/L | G |
| > ALBUMIN | 3.9 | | 3.5-4.8 G/DL | G |
| LIPID PANEL | | | | |
| >   CHOLESTEROL | 195 | | <200 MG/DL | G |

*Cholesterol (NCEP Guidelines)*
      < 200 mg/dl     Low Risk
201 - 239 mg/dl     Borderline Risk
> or = 240 mg/dl     High Risk

| >   TRIGLYCERIDE | 358 | H | <150 MG/DL | G |
|---|---|---|---|---|

*Normal            < 150*
*Borderline High   150 - 199*
*High              200 - 500*
*Very High         > 500*

| >   HDL CHOLESTEROL | 36 | | MG/DL | G |
|---|---|---|---|---|

*Low Risk   = or > 60 mg/dl*
*High Risk      < 40 mg/dl*

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

CC 227

RECEIVED
MAY 1 5 2007
CLAIMS

SLIC 0159

RUN DATE:02/25/06                  ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 2
RUN TIME:0131              Outpatient Laboratory Services 2200 Harrison   Eureka CA
PATHOLOGISTS:
  Robert V. Zedelis,MD        Stanley T. Hino, MD        Erik J. Burman,MD          Margaret A. Gordon,MD
    Lic. No G17001            Lic. No. G46039            Lic. No. G64607            Lic No. G21047

PHYSICIAN
CHEN,CHIA MD

| Patient: HUSSAIN,DIANE G | #SA0001123763 | (Continued) |
|---|---|---|

| | Test | Result | Flag | Reference | Site |
|---|---|---|---|---|---|
| > | LDL CHOLESTEROL DIRECT | 100 | | 0-160** MG/DL | G |
| | | **LDL Cholesterol Therapeutic Goals | | | |
| | | 100 or less if CHD present | | | |
| | | <130 if no CHD but 2 or more risk factors present | | | |
| | | <160 if no CHD | | | |
| > | RISK RATIO | 5.4 | | <5 | G |
| > | MAGNESIUM | 1.9 | | 1.7-2.2 MG/DL | G |
| > | PATIENT FASTING? | YES | | | G |

| Specimen: 0224:H00216R | Collected: 02/24/06-1259 | Status:  COMP    Req#: 01382945 |
|---|---|---|
| | Received:  02/24/06-1259 | Subm Dr: CHEN,CHIA MD |

Ordered:  CBC

| | Test | Result | Flag | Reference | Site |
|---|---|---|---|---|---|
| | COMPLETE BLOOD COUNT | | | | |
| | HEMOGRAM | | | | |
| > | WHITE BLOOD COUNT | 6.6 | | 3.5-10.0 K/CMM | G |
| > | RED BLOOD COUNT | 4.73 | | 3.80-5.20 M/CMM | G |
| > | HEMOGLOBIN | 10.2 | L | 12.0-15.5 G/DL | G |
| > | HEMATOCRIT | 32.0 | L | 35.0-46.0 % | G |
| > | MCV | 67.7 | L | 82-99 FL | G |
| > | MCH | 21.6 | L | 27.0-33.0 PG/CELL | G |
| > | MCHC | 31.9 | L | 32-35 % | G |
| > | RBC DISTRIB WIDTH | 17.8 | H | 11.0-15.0 % | G |
| > | PLATELET COUNT | 475 | H | 140-340 K/CMM | G |
| > | NEUT% | 68.6 | | 42.0-74.0 % | G |
| > | LYMPH% | 21.5 | | 16.0-45.0 % | G |
| > | MONO% | 5.4 | | 4.0-12.0 % | G |
| > | EOS% | 3.8 | | 0.0-7.0 % | G |
| > | BASO% | 0.7 | | 0.0-2.0 % | G |
| > | NEUT# | 4.5 | | 1.5-7.0 K/CMM | G |
| > | LYMPH# | 1.4 | | 1.2-3.4 K/CMM | G |
| > | MONO# | 0.4 | | 0.1-0.7 K/CMM | G |
| > | EOS# | 0.3 | | 0.0-1.0 K/CMM | G |
| > | BASO# | 0 | | 0-0.2 K/CMM | G |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

SLIC 0160

RUN DATE:02/25/06              ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY              PAGE 3
RUN TIME:0131          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
  Robert V. Zedelis,MD      Stanley T. Hino, MD      Erik J. Burman,MD      Margaret A. Gordon,MD
  Lic. No G17001            Lic. No. G46039          Lic. No. G64607        Lic No. G21047

                                      PHYSICIAN
                                    CHEN,CHIA MD

Patient: HUSSAIN,DIANE G              #SA0001123763        (Continued)


Specimen: 0224:SC00104R      Collected: 02/24/06-1259   Status:  COMP     Req#: 01382945
                             Received:  02/24/06-1259   Subm Dr: CHEN,CHIA MD

Ordered:   HBA1C

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > HEMOGLOBIN A1C | 15.5 | H | 4.2-5.8 % | G |

G - St. Joseph Hospital - General Hospital Campus
      2200 Harrison Ave, Eureka, CA

SLIC 0161

RUN DATE:01/25/06          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                PAGE 1
RUN TIME:0301      St. Joseph Hospital 2700 Dolbeer St., Eureka, Ca  95501
PATHOLOGISTS:
  Robert V. Zedelis,MD      Stanley T. Hino, MD      Erik J. Burman,MD      Margaret A. Gordon,MD
  Lic. No G17001            Lic. No. G46039          Lic. No. G64607        Lic No. G21047

PHYSICIAN
CHEN,CHIA MD

PATIENT: HUSSAIN,DIANE G        ACCT #: SA0001109516   LOC:  ED.S        U #: SU02049887
                                AGE/SX: 58/F           ROOM:             REG: 01/24/06
REG DR:  GERDES,ERIC DO         DOB:  12/17/1947       BED:              DIS:
                                STATUS: DEP ER         TLOC:

Specimen: 0124:C00249S     Collected: 01/24/06-1835   Status:  COMP   Req#: 01363118
                           Received:  01/24/06-1848   Subm Dr: GERDES,ERIC DO

Ordered:  BMP
Comments: Comments? ER BED TR2

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| SODIUM | 130 | L | 136-144 MEQ/L | S |
| POTASSIUM | 4.6 | | 3.6-5.1 MEQ/L | S |
| CHLORIDE | 98 | L | 101-111 MMOL/L | S |
| CARBON DIOXIDE | 23 | | 22-32 MMOL/L | S |
| ANION GAP | 9.0 | | 7-16 | S |
| BLOOD UREA NITROGEN | 34 | H | 8-26 MG/DL | S |
| CREATININE | 1.9 | H | 0.6-1.1 MG/DL | S |
| EST GLOMERULAR FILTRATION RATE | 34.9 | L | >60 | S |
| *Estimated Glomerular Filtration Rate - GFR (ml/min/1.73 square meters)* | | | | |
| GLUCOSE | 574 | *H | 74-118 MG/DL | S |
| *CALLED RESULTS TO JOHN BUSTAMONTE AT 1859* | | | | |
| CALCIUM | 8.8 | | 8.5-10.1 MG/DL | S |

Specimen: 0124:H00214S     Collected: 01/24/06-1835   Status:  COMP   Req#: 01363118
                           Received:  01/24/06-1848   Subm Dr: GERDES,ERIC DO

Ordered:  CBC
Comments: Comments? ER BED TR2

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| COMPLETE BLOOD COUNT | | | | |
| HEMOGRAM | | | | |
| WHITE BLOOD COUNT | 8.2 | | 3.5-10.0 K/CMM | S |
| RED BLOOD COUNT | 4.46 | | 3.80-5.20 M/CMM | S |
| HEMOGLOBIN | 10.0 | L | 12.0-15.5 G/DL | S |
| HEMATOCRIT | 29.9 | L | 35.0-46.0 % | S |
| MCV | 67.0 | L | 82-99 FL | S |
| MCH | 22.4 | L | 27.0-33.0 PG/CELL | S |
| MCHC | 33.4 | | 32-35 % | S |

S - St. Joseph Hospital
    2700 Dolbeer St., Eureka, CA

CC125

RECEIVED
MAY 15 2007
CLAIM.

SJC 0162

PHYSICIAN
CHEN,CHIA MD

| Patient: HUSSAIN,DIANE G | #SA0001109516 | (Continued) | |
|---|---|---|---|

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > RBC DISTRIB WIDTH | 17.6 | H | 11.0-15.0 % | S |
| > PLATELET COUNT | 429 | H | 140-340 K/CMM | S |

Specimen: 0124:U00047S    Collected: 01/24/06 -1815    Status:   COMP     Req#: 01363104
                          Received:  01/24/06 -1823    Subm Dr: GERDES,ERIC DO

Ordered:  UA, UMIC
Comments: Comments? ER BED TR2
          Urine source: VOID

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *URINALYSIS* | | | | S |
| > COLOR | YELLOW | | | S |
| > APPEARANCE | CLOUDY | | | S |
| > SPECIFIC GRAVITY | 1.015 | | 1.003-1.035 | S |
| > PH | 5.5 | | 4.5-8.5 | S |
| > GLUCOSE | >=1000 | H | NEGATIVE MG/DL | S |
| > BILIRUBIN | NEGATIVE | | NEGATIVE | S |
| > KETONES | NEGATIVE | | NEGATIVE MG/DL | S |
| > BLOOD | LARGE | H | NEGATIVE | S |
| > PROTEIN | 100 | H | NEGATIVE MG/DL | S |
| > UROBILINOGEN | 0.2 | | 0.2-1.0 MG/DL | S |
| > NITRITE | NEGATIVE | | NEGATIVE | S |
| > LEUKOCYTE ESTERASE | MODERATE | H | NEGATIVE | S |
| *URINE MICROSCOPIC* | | | | |
| > WBC | 30-50 | H | <5 /HPF | S |
| > RBC | NONE | | <3 /HPF | S |
| > SQUAMOUS EPITH CELL | NONE | | /LPF | S |
| > BACTERIA | OCCASIONAL | | NEGATIVE /HPF | S |
| > ORDER CULTURE? | C/S NOT REQUESTED | | | S |

S - St. Joseph Hospital
    2700 Dolbeer St., Eureka, CA

SLIC 0163

RUN DATE:01/26/06
RUN TIME:1202                 ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
PATHOLOGISTS:            St. Joseph Hospital 2700 Dolbeer St., Eureka, Ca  95501        PAGE 1
  Robert V. Zedelis,MD      Stanley T. Hino, MD       Erik J. Burman,MD       Margaret A. Gordon,MD
    Lic. No G17001            Lic. No. G46039           Lic. No. G64607         Lic No. G21047

                                     PHYSICIAN
                                   CHEN,CHIA MD

| | |
|---|---|
| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001109516  LOC:  ED.S          U #: SU02049887 |
| RHG DR:  GERDES,ERIC DO | AGE/SX: 58/F            ROOM:              REG: 01/24/06 |
| | DOB:     12/17/1947      BED:               DIS: |
| | STATUS: DEP ER          TLOC: |

Specimen: 06:M0001222S  COMP      Collected:  01/24/06 -1815
                                  Received:   01/24/06 -2216       Source:  URINE
                                                                   Sp Desc: VOID
Comments: Comments? URINE IN LAB
          Is patient on antibiotics? N

| Procedure | | |
|---|---|---|
| | Result | Site |
| > CULTURE, URINE  Final | | |
| LESS THAN 10,000 CFU/ML MIXED FLORA | | H |

H - Humboldt Central Laboratory
      2425 Harrison Ave., Eureka CA

ce127

RECEIVED

MAY 15 2007

CLAIMS

69

SLIC 0164

RUN DATE:10/26/05            ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 1
RUN TIME:0132           Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
  Robert V. Zedelis,MD        Stanley T. Hino, MD        Erik J. Burman,MD        Margaret A. Gordon,MD
    Lic. No G17001              Lic. No. G46039            Lic. No. G64607           Lic No. G21047

                                         PHYSICIAN
                                       CHEN,CHIA MD

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001072556 | LOC: ZREDFP.S | U #: SU02049887 |
| | AGE/SX: 57/F | ROOM: | REG: 10/25/05 |
| REG DR:  CHEN,CHIA MD | DOB:    12/17/1947 | BED: | DIS: |
| | STATUS: REG CLI | TLOC: | |

Specimen: 1025:C00128R     Collected: 10/25/05-1108   Status:  COMP   Req#: 01309487
                           Received: 10/25/05-1108   Subm Dr: CHEN,CHIA MD

Ordered:  ALT/SGPT,LPP

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > ALT/SGPT | 23 | | 4-32 IU/L | G |
| _LIPID PANEL_ | | | | |
| >    CHOLESTEROL | 236 | H | <200 MG/DL | G |
| | _Cholesterol (NCEP Guidelines)_ | | | |
| | _< 200 mg/dl   Low Risk_ | | | |
| | _201 - 239 mg/dl   Borderline Risk_ | | | |
| | _> or = 240 mg/dl   High Risk_ | | | |
| >    TRIGLYCERIDE | 386 | H | <150 MG/DL | G |
| | _Normal        < 150_ | | | |
| | _Borderline High   150 - 199_ | | | |
| | _High     200 - 500_ | | | |
| | _Very High      > 500_ | | | |
| >    HDL CHOLESTEROL | 47 | | MG/DL | G |
| | _Low Risk  = or > 60 mg/dl_ | | | |
| | _High Risk      < 40 mg/dl_ | | | |
| >    LDL CHOLESTEROL DIRECT | | | | |
| | 124 | | 0-160** MG/DL | G |
| | _**LDL Cholesterol Therapeutic Goals_ | | | |
| | _100 or less if CHD present_ | | | |
| | _<130 if no CHD but 2 or more risk factors present_ | | | |
| | _<160 if no CHD_ | | | |
| > RISK RATIO | 5.0 | | <5 | G |
| > PATIENT FASTING? | YES | | | G |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

_cc10/26_

RECEIVED

MAY 1 5 2007

CLAIMS

70                                                       **SLIC 0165**

RUN DATE:10/26/05                ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                        PAGE 2
RUN TIME:0132            Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
  Robert V. Zedelis,MD        Stanley T. Hino, MD        Erik J. Burman,MD        Margaret A. Gordon,MD
   Lic. No G17001              Lic. No. G46039           Lic. No. G64607          Lic No. G21047

                                           PHYSICIAN
                                         CHEN,CHIA MD

| Patient: HUSSAIN,DIANE G | #SA0001072556 | (Continued) |
|---|---|---|

Specimen: 1025:SC00041R      Collected: 10/25/05-1108  Status:   COMP    Req#: 01309487
                             Received:  10/25/05-1108  Subm Dr: CHEN,CHIA MD

Ordered:  HBA1C

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > HEMOGLOBIN A1C | 11.4 | H | 4.2-5.8 % | G |

G - St. Joseph Hospital - General Hospital Campus
      2200 Harrison Ave, Eureka, CA

71

SLIC 0166

RUN DATE:09/04/05          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                PAGE 1
RUN TIME:0132        Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
   Robert V. Zedelis,MD      Stanley T. Hino, MD      Erik J. Burman,MD        Margaret A. Gordon,MD
   Lic. No G17001            Lic. No. G46039          Lic. No. G64607          Lic No. G21047

PHYSICIAN
CHEN,CHIA MD

PATIENT: HUSSAIN,DIANE G          ACCT #: SA0001050847  LOC:  ZREDFP.S     U #: SU02049887
                                  AGE/SX: 57/F          ROOM:             REG: 09/03/05
REG DR:  CHEN,CHIA MD             DOB:  12/17/1947      BED:              DIS:
                                  STATUS: REG CLI       TLOC:

Specimen: 0903:SC00036R   Collected: 09/03/05-1240  Status: COMP    Req#: 01278037
                          Received:  09/03/05-1240  Subm Dr: CHEN,CHIA MD

Ordered:  TSH, FT4

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > TSH | 0.94 | | 0.34-5.60 MCIU/ML | G |
| > FREE T4 | 0.71 | | 0.60-1.64 NG/DL | G |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

cc970

SLIC 0167

RUN DATE:07/01/05          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
RUN TIME:0132          Outpatient Laboratory Services 2200 Harrison  Eureka CA          PAGE 1
PATHOLOGISTS:
  Robert V. Zedelis,MD      Stanley T. Hino, MD      Erik J. Burman,MD      Margaret A. Gordon,MD
  Lic. No G17001          Lic. No. G46039          Lic. No. G64607          Lic No. G21047

PHYSICIAN
CHEN MD,CHIA

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001024103 | LOC: ZREDFP.8 | U #: SU02049887 |
| | AGE/SX: 57/F | ROOM: | REG: 06/30/05 |
| REG DR: CHEN MD,CHIA | DOB: 12/17/1947 | BED: | DIS: |
| | STATUS: REG CLI | TLOC: | |

Specimen: 0630:C00142R    Collected: 06/30/05-1145    Status: COMP    Req#: 01242280
                          Received: 06/30/05-1145    Subm Dr: CHEN MD,CHIA

Ordered:  CMP, LPP

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > SODIUM | 135 | L | 136-144 MEQ/L | G |
| > POTASSIUM | 3.7 | | 3.6-5.1 MEQ/L | G |
| > CHLORIDE | 104 | | 101-111 MMOL/L | G |
| > CARBON DIOXIDE | 24 | | 22-32 MMOL/L | G |
| > ANION GAP | 7.0 | | 7-16 | G |
| > BLOOD UREA NITROGEN | 21 | | 8-26 MG/DL | G |
| > CREATININE | 1.5 | H | 0.6-1.1 MG/DL | G |
| > GLUCOSE | 317 | H | 74-118 MG/DL | G |
| > CALCIUM | 9.2 | | 8.5-10.1 MG/DL | G |
| > BILIRUBIN, TOTAL | 0.6 | | 0.3-1.2 MG/DL | G |
| > ALK PHOSPHATASE | 192 | H | 32-91 IU/L | G |
| > AST/SGOT | 17 | | 15-41 IU/L | G |
| > ALT/SGPT | 16 | | 4-32 IU/L | G |
| > TOTAL PROTEIN | 6.7 | | 6.5-8.1 G/DL | G |
| > ALBUMIN | 4.1 | | 3.5-4.8 G/DL | G |
| LIPID PANEL | | | | |
| > CHOLESTEROL | 259 | H | <200 MG/DL | G |

Cholesterol (NCEP Guidelines)
    < 200 mg/dl    Low Risk
201 - 239 mg/dl    Borderline Risk
> or = 240 mg/dl    High Risk

| > TRIGLYCERIDE | 379 | H | <150 MG/DL | G |

         Normal    < 150
Borderline High    150 - 199
          High    200 - 500
     Very High    > 500

| HDL CHOLESTEROL | 48 | | MG/DL | G |

Low Risk = or > 60 mg/dl
High Risk    < 40 mg/dl

| LDL CHOLESTEROL | 135 | | 0-160** MG/DL | G |

When the triglyceride is greater than 250 mg/dl, the LDL is
progressively underestimated and the calculation is invalid
when the triglyceride is greater than 400 mg/dl.
    **LDL Cholesterol Therapeutic Goals

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

CC 7/1

SLIC 0168

RUN DATE:07/01/05              ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 2
RUN TIME:0132          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
  Robert V. Zedelis,MD      Stanley T. Hino, MD       Erik J. Burman,MD       Margaret A. Gordon,MD
  Lic. No G17001            Lic. No. G46039           Lic. No. G64607         Lic No. G21047

                                      **PHYSICIAN**
                                      **CHEN MD,CHIA**

| Patient: HUSSAIN,DIANE G | #SA0001024103 | (Continued) | | |
|---|---|---|---|---|

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| | *100 or less if CHD present* | | | |
| | *<130 if no CHD but 2 or more risk factors present* | | | |
| | *<160 if no CHD* | | | |
| > RISK RATIO | 5.4 | | <5 | G |
| > PATIENT FASTING? | YES | | | G |

| Specimen: 0630:H00125R | Collected: 06/30/05-1145 | Status: COMP | Req#: 01242280 |
|---|---|---|---|
| | Received: 06/30/05-1145 | Subm Dr: CHEN MD,CHIA | |

Ordered:  CBC

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *COMPLETE BLOOD COUNT* | | | | |
| *HEMOGRAM* | | | | |
| > WHITE BLOOD COUNT | 7.2 | | 3.5-10.0 K/CMM | G |
| > RED BLOOD COUNT | 5.12 | | 3.80-5.20 M/CMM | G |
| > HEMOGLOBIN | 11.0 | L | 12.0-15.5 G/DL | G |
| > HEMATOCRIT | 33.7 | L | 35.0-46.0 % | G |
| > MCV | 65.7 | L | 82-99 FL | G |
| > MCH | 21.5 | L | 27.0-33.0 PG/CELL | G |
| > MCHC | 32.7 | | 32-35 % | G |
| > RBC DISTRIB WIDTH | 17.1 | H | 11.0-15.0 % | G |
| > PLATELET COUNT | 498 | H | 140-340 K/CMM | G |
| > NEUT% | 65.3 | | 42.0-74.0 % | G |
| > LYMPH% | 25.7 | | 16.0-45.0 % | G |
| > MONO% | 6.7 | | 4.0-12.0 % | G |
| > EOS% | 2.1 | | 0.0-7.0 % | G |
| > BASO% | 0.2 | | 0.0-2.0 % | G |
| > NEUT# | 4.6 | | 1.5-7.0 K/CMM | G |
| > LYMPH# | 1.9 | | 1.2-3.4 K/CMM | G |
| > MONO# | 0.5 | | 0.1-0.7 K/CMM | G |
| > EOS# | 0.2 | | 0.0-1.0 K/CMM | G |
| > BASO# | 0 | | 0-0.2 K/CMM | G |

G - St. Joseph Hospital - General Hospital Campus
     2200 Harrison Ave, Eureka, CA

RECEIVED

MAY 1 5 2007

CLAIMS

SJC 0169

```
RUN DATE:07/01/05              ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 3
RUN TIME:0132              Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
   Robert V. Zedelis,MD        Stanley T. Hino, MD        Erik J. Burman,MD        Margaret A. Gordon,MD
   Lic. No G17001              Lic. No. G46039            Lic. No. G64607          Lic No. G21047
```

**PHYSICIAN**
**CHEN MD,CHIA**

| Patient: HUSSAIN,DIANE G | #SA0001024103 | (Continued) |
|---|---|---|

```
Specimen: 0630:SC00038R    Collected: 06/30/05-1145  Status:  COMP    Req#: 01242280
                           Received:  06/30/05-1145  Subm Dr: CHEN MD,CHIA

Ordered:  HBA1C, TSH
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > HEMOGLOBIN A1C | 9.4 | | 4.2-5.8 % | G |
| > TSH | 0.87 | H | 0.34-5.60 MCIU/ML | G |

```
G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA
```

RECEIVED

MAY 1 5 2007

CLAIMS

**SLIC 0170**

RUN DATE:05/25/05
RUN TIME:0302
PATHOLOGISTS:

ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
St. Joseph Hospital 2700 Dolbeer St., Eureka, Ca  95501

PAGE 1

Robert V. Zedelis, MD
Lic. No G17001

Stanley T. Hino, MD
Lic. No. G46039

Erik J. Burman, MD
Lic. No. G64607

Margaret A. Gordon, MD
Lic No. G21047

PHYSICIAN
CHEN MD,CHIA

| | |
|---|---|
| PATIENT: HUSSAIN,DIANE G | ACCT #: SAS900002142  LOC: TEL.S       U #: SU02049887 |
| | AGE/SX: 57/F           ROOM: 1228.S    REG: 05/25/05 |
| REG DR:   BURTON MD,ALLISON | DOB:    12/17/1947    BED:  1          DIS: |
| | STATUS: ADM INo       TLOC: |

Specimen: 0524:C00261S      Collected: 05/24/05-2225   Status:  COMP      Req#: 01225034
                            Received:  05/24/05-2230   Subm Dr: NATTKEMPER, CRAIG A D.O.

Ordered:   CMP
Comments: Comments? ER BED 3

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > SODIUM | 139 | | 135-145 MEQ/L | S |
| > POTASSIUM | 4.1 | | 3.6-5.0 MEQ/L | S |
| > CHLORIDE | 104 | | 98-107 MMOL/L | S |
| > CARBON DIOXIDE | 26 | | 22-32 MMOL/L | S |
| > ANION GAP | 9.0 | | 7-16 | S |
| > BLOOD UREA NITROGEN | 23 | H | 5-20 MG/DL | S |
| > CREATININE | 1.5 | H | 0.7-1.2 MG/DL | S |
| > GLUCOSE | 348 | H | 75-110 MG/DL | S |
| > CALCIUM | 9.1 | | 8.4-10.2 MG/DL | S |
| > BILIRUBIN, TOTAL | 0.7 | | 0.0-1.3 MG/DL | S |
| > ALK. PHOSPHATASE | 207 | H | 38-126 U/L | S |
| > AST/SGOT | 22 | | 14-36 U/L | S |
| > ALT/SGPT | 10 | | 9-52 U/L | S |
| > TOTAL PROTEIN | 7.7 | | 6.3-8.2 G/DL | S |
| > ALBUMIN | 4.1 | | 3.5-4.6 G/DL | S |

Specimen: 0524:H00215S      Collected: 05/24/05-2225   Status:  COMP      Req#: 01225034
                            Received:  05/24/05-2230   Subm Dr: NATTKEMPER, CRAIG A D.O.

Ordered:   CBC
Comments: Comments? ER BED 3

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| COMPLETE BLOOD COUNT | | | | |
| HEMOGRAM | | | | |
| >    WHITE BLOOD COUNT | 9.6 | | 3.5-10.0 K/CMM | S |
| >    RED BLOOD COUNT | 5.24 | H | 3.80-5.20 M/CMM | S |
| >    HEMOGLOBIN | 11.6 | L | 12.0-15.5 G/DL | S |
| >    HEMATOCRIT | 35.2 | | 35.0-46.0 % | S |
| >    MCV | 67.1 | L | 82-99 FL | S |
| >    MCH | 22.2 | L | 27.0-33.0 PG/CELL | S |

S - St. Joseph Hospital
    2700 Dolbeer St., Eureka, CA

76

SLIC 0171

RUN DATE:05/25/05          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 2
RUN TIME:0302        St. Joseph Hospital 2700 Dolbeer St., Eureka, Ca  95501
PATHOLOGISTS:
   Robert V. Zedelis,MD        Stanley T. Hino, MD       Erik J. Burman,MD        Margaret A. Gordon,MD
     Lic. No G17001             Lic. No. G46039            Lic. No. G64607         Lic No. G21047

## PHYSICIAN
### CHEN MD,CHIA

| Patient: HUSSAIN,DIANE G | #SA5900002142 | (Continued) |
|---|---|---|

| | Test | Result | Flag | Reference | Site |
|---|---|---|---|---|---|
| > | MCHC | 33.0 | | 32-35 % | S |
| > | RBC DISTRIB WIDTH | 17.1 | H | 11.0-15.0 % | S |
| > | PLATELET COUNT | 402 | H | 140-340 K/CMM | S |
| > | NEUT% | 64.1 | | 42.0-74.0 % | S |
| > | LYMPH% | 26.0 | | 16.0-45.0 % | S |
| > | MONO% | 6.3 | | 4.0-12.0 % | S |
| > | EOS% | 3.0 | | 0.0-7.0 % | S |
| > | BASO% | 0.6 | | 0.0-2.0 % | S |
| > | NEUT# | 6.2 | | 1.5-7.0 K/CMM | S |
| > | LYMPH# | 2.5 | | 1.2-3.4 K/CMM | S |
| > | MONO# | 0.6 | | 0.1-0.7 K/CMM | S |
| > | EOS# | 0.3 | | 0.0-1.0 K/CMM | S |
| > | BASO# | 0.1 | | 0-0.2 K/CMM | S |

S - St. Joseph Hospital
      2700 Dolbeer St., Eureka, CA

**SLIC 0172**

## URINALYSIS

DIPSTICK:  Glucose 250-500  Bilirubin $\emptyset$  Ketone $\emptyset$  Specific Gravity 1.025

Blood Hemolyzed small  pH 5.0  Protein 2000+  Urobilinogen 0.2

Nitrite $\emptyset$  Leukocytes moderate +++ ++

Cloudy, med. yellow

MICROSCOPIC:
WBC _____  RBC _____  Bacteria _____  Epi _____

Casts _____  Crystals _____  Other _____

NAME: Hussain, Diane

DATE: 2-7-05

ce 2-7-05
→ cx

78

**SLIC 0173**

RUN DATE:02/10/05          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY              PAGE 1
RUN TIME:1202          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
  Robert V. Zedelis,MD       Stanley T. Hino, MD       Erik J. Burman,MD       Margaret A. Gordon,MD
    Lic. No G17001             Lic. No. G46039          Lic. No. G64607          Lic No. G21047

                                          PHYSICIAN
                                        CHEN MD,CHIA

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0000957646 | LOC: ZREDFP.S | U #: SU02049887 |
| | AGE/SX: 57/F | ROOM: | |
| REG DR:  CHEN MD,CHIA | DOB:   12/17/1947 | BED: | REG: 02/07/05 |
| | STATUS: REG REF | TLOC: | DIS: |

Specimen: 05:M0002084R  COMP     Collected:   02/07/05-UNK
                                 Received:    02/07/05-1636        Source:  URINE
                                                                  Sp Desc: NOS

  Procedure                              Result
                                                                              Site

> CULTURE, URINE   Final
        LESS THAN 1000 CFU/ML                                                 H

H - Humboldt Central Laboratory
      2425 Harrison Ave., Eureka CA

ce211

SLIC 0174

RUN DATE:02/08/05
RUN TIME:0136
PATHOLOGISTS:
  Robert V. Zedelis,MD
    Lic. No G17001

ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
Outpatient Laboratory Services 2200 Harrison  Eureka CA
                                                    PAGE 1

Stanley T. Hino, MD
  Lic. No. G46039

Erik J. Burman,MD
  Lic. No. G64607

Margaret A. Gordon,MD
  Lic No. G21047

PHYSICIAN
CHEN MD,CHIA

| | |
|---|---|
| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0000957646   LOC:   ZREDFP.S       U #: SU02049887 |
| REG DR:   CHEN MD,CHIA ... | AGE/SX: 57/F          ROOM:                  REG: 02/07/05 |
| | DOB:   12/17/1947    BED:                  DIS: |
| | STATUS: REG REF      TLOC: |

Specimen: 0207:U00046R    Collected: 02/07/05-UNK  Status:  COMP  Req#: 01168129
                          Received:  02/07/05-1636  Subm Dr: CHEN MD,CHIA
Ordered: UA, UMIC

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| URINALYSIS | | | | |
| >   COLOR | YELLOW | | | |
| >   APPEARANCE | SL CLOUDY | | | |
| >   SPECIFIC GRAVITY | 1.025 | | | G |
| >   PH | 5.5 | | 1.003-1.035 | G |
| >   GLUCOSE | 500 | | 4.5-8.5 | G |
| >   BILIRUBIN | NEGATIVE | H | NEGATIVE MG/DL | G |
| >   KETONES | NEGATIVE | | NEGATIVE | G |
| >   BLOOD | SMALL | | NEGATIVE MG/DL | G |
| >   PROTEIN | >=300 | H | NEGATIVE | G |
| >   UROBILINOGEN | 0.2 | H | NEGATIVE MG/DL | G |
| >   NITRITE | NEGATIVE | | 0.2-1.0 MG/DL | G |
| >   LEUKOCYTE ESTERASE | SMALL | H | NEGATIVE | G |
| URINE MICROSCOPIC | | | NEGATIVE | G |
| >   WBC | | | | |
| >   RBC | TNTC | H | <5 /HPF | |
| >   SQUAMOUS EPITH CELL | 3-5 | H | <3 /HPF | G |
| >   BACTERIA | OCCASIONAL | | /LPF | G |
| >   ORDER CULTURE? | OCCASIONAL | | NEGATIVE /HPF | G |
| | C/S TO FOLLOW | | | G |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

a29

SLIC 0175

RUN DATE:01/04/05
RUN TIME:0132
PATHOLOGISTS:

ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY
Outpatient Laboratory Services 2200 Harrison  Eureka CA

PAGE 1

Robert V. Zedelis,MD
Lic. No G17001

Stanley T. Hino, MD
Lic. No. G46039

Erik J. Burman,MD
Lic. No. G64607

Margaret A. Gordon,MD
Lic No. G21047

PHYSICIAN
CHEN MD,CHIA

| PATIENT: HUSSAIN,DIANE G | | |
|---|---|---|
| | ACCT #: SA0000939763 | LOC:  ZREDFP.S | U #: SU02049887 |
| REG DR:  CHEN MD,CHIA | AGE/SX: 57/F | ROOM: | REG: 01/03/05 |
| | DOB:   12/17/1947 | BED: | DIS: |
| | STATUS: REG CLI | TLOC: | |

Specimen: 0103:C00108R     Collected: 01/03/05-0916   Status:  COMP    Req#: 01147865
                          Received:  01/03/05-0916   Subm Dr: CHEN MD,CHIA

Ordered: CMP, LPP
Comments: CRITICAL GLUCOSE VALUE CALLED TO [MAMIE]
         READBACK DONE:  DATE [1/3/05]  TIME [1400]  INITIALS [PW]

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > SODIUM | 130 | L | 135-145 MEQ/L | G |
| > POTASSIUM | 4.8 | | 3.6-5.0 MEQ/L | G |
| > CHLORIDE | 101 | | 98-107 MMOL/L | G |
| > CARBON DIOXIDE | 26 | | 22-32 MMOL/L | G |
| > ANION GAP | 6.0 | | | G |
| > BLOOD UREA NITROGEN | 21 | L | 7-16 | G |
| > CREATININE | 1.2 | H | 5-20 MG/DL | G |
| > GLUCOSE | 559 | *H | 0.7-1.2 MG/DL | G |
| > CALCIUM | 8.6 | | 75-110 MG/DL | G |
| > BILIRUBIN, TOTAL | 0.5 | | 8.4-10.2 MG/DL | G |
| > ALK. PHOSPHATASE | 165 | | 0.0-1.3 MG/DL | G |
| > AST/SGOT | 21 | H | 38-126 U/L | G |
| > ALT/SGPT | 19 | | 14-36 U/L | G |
| > TOTAL PROTEIN | 6.3 | | 9-52 U/L | G |
| > ALBUMIN | 3.1 | L | 6.3-8.2 G/DL | G |
| LIPID PANEL | | | 3.5-4.6 G/DL | G |
| >    CHOLESTEROL | 302 | H | 0-200 MG/DL | G |

The National Cholesterol Education Program suggests that a
lipid profile be ordered if the total Cholesterol is greater
than 240 or 200-239 when two or more risk factors exist.

| | | | | |
|---|---|---|---|---|
| >    TRIGLYCERIDE | 332 | H | 35-200 MG/DL | G |
| >    HDL CHOLESTEROL | 38 | | 35-86 MG/DL | G |
| >    LDL CHOLESTEROL | (198) | H | 0-160** MG/DL | |

When the triglyceride is greater than 250 mg/dl, the LDL is
progressively underestimated and the calculation is invalid
when the triglyceride is greater than 400 mg/dl.
   **LDL Cholesterol Therapeutic Goals
      100 or less if CHD present
      <130 if no CHD but 2 or more risk factors present
      <160 if no CHD

| > RISK RATIO | 7.9 | | <5 | G |
| > PATIENT FASTING? | YES | | | G |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

CC(0305)

81

SLIC 0178

Os*~oporosis Diagnostic Cei_er    *RECD FEB 0 9 2007*
2773 Harris Street, Suite F
Eureka, CA 95503

Phone: 707-445-1600                                    Fax: 707-445-3778

# Bone Density and Vertebral Assessment Report

| Name: | Hussain, Diane G | Sex: | Female |
|---|---|---|---|
| Patient ID: | 215527567 | Ethnicity: | Black |
| Age: | 59 | Date of Birth: | 12/17/1947 |

**Indication:** complete hysterectomy, 1974; HT, minimal

**Referring Physician:** Chen

**Study:** Bone densitometry and vertebral deformity assessment were performed.

**Accession number:** 01333607

**Bone Density:  ABNORMAL STUDY**

| Region | Exam Date | BMD (g/cm$^2$) | T-Score | Z-Score | Classification |
|---|---|---|---|---|---|
| AP Spine (L1-L4) | 02/07/2007 | 0.803 | -3.2 | -1.7 | Osteoporotic |
| Femoral Neck (Left) | 02/07/2007 | 0.563 | -2.7 | -1.7 | Osteoporotic |
| Total Hip (Left) | 02/07/2007 | 0.711 | -2.0 | -1.3 | Osteopenic |

**Vertebral Deformity Assessment:** Exam date 02/07/2007

**Impression:  No vertebral fracture is seen.**

*A spine fracture indicates 5X risk for subsequent spine fracture and 2X risk for subsequent hip fracture.*

■ **Interpretation:**   OSTEOPOROSIS;  Losses of bone mineral at the spine typically precedes losses at the hip. Risk for future fracture is high.

■ **Recommendations:**   Continue preventative measures (calcium, trace minerals, vitamins, exercise). Initiate therapy. Repeat study in 12 months.

**Reported by:** Gena Pennington MD on 02/07/2007 2:00:00 PM.

CC

SLIC 0179

Osteoporosis Diagnostic Center
2773 Harris Street, Suite F
Eureka, CA 95503

Phone: 707-445-1600

Fax: 707-445-3778

| Name: | Hussain, Diane G | REDACTED | Sex: | Female | Height: | 64.5 in |
| Patient ID: | | | Ethnicity: | Black | Weight: | |
| Age: | 59 | | Date of Birth: | 12/17/1947 | | |



Scan Date: February 07, 2007
Scan ID: A0207071B

Scan Type: f Left Hip

Scan Date: February 07, 2007
Scan ID: A0207071C

Scan Type: f Lumbar Spine

Scan Date: February 07, 2007
Scan ID: A0207071D
Scan Type: a SE R/L Lateral Image

**Results:**

| | BMD (g/cm²) | T-Score | PR (%) | Z-Score | AM (%) |
|---|---|---|---|---|---|
| Left Hip (Neck) | 0.563 | -2.7 | 59 | -1.7 | 70 |
| Left Hip (Total) | 0.711 | -2.0 | 69 | -1.3 | 78 |
| Spine (Total) | 0.803 | -3.2 | 70 | -1.7 | 81 |

Total BMD CV 1%

**Summary:**

| | Classification |
|---|---|
| Left Hip BMD (Neck) | Osteoporotic |
| Left Hip BMD (Total) | Osteopenic |
| Spine BMD (Total) | Osteoporotic |

*A spine fracture indicates 5X risk for subsequent spine fracture and 2X risk for subsequent hip fracture.*

**HOLOGIC**

83

SLIC 0180



Matthew Fluke, M.D.
Richard Greaney, M.D.
Greg Holland, M.D.
James Moore, M.D.
Abraham Pera, D.O.

**Humboldt Radiology**
2330 BUHNE ST. - EUREKA, CA 95501 - (707) 442-3704
www.humboldtradiology.com

Patient: **Diane G Hussain**         Date: **08/29/2006**
DOB: 12/17/1947  (58)         Referring Physician: Chia Chen MD         MRN: 00204988701

**LEFT HIP–COMPLETE**

**History:** Pain for the past week. No injury.

Technique: AP and lateral with AP pelvis.

**Comparison:** None.

**Findings:**

There is no recent or old fracture deformity, dislocation, subluxation, joint space narrowing, arthropathy or evidence of femoral head avascular necrosis. The included portion of the pelvis is unremarkable as well.

**Impression:**

Radiographically normal left hip.

Electronically signed by James Moore M.D.         James Moore M.D.
JM:  Dictated: 08/30/2006 7:34 a.m.   Finalized: 08/30/2006 10:11 a.m.

CC831

Hussain, Diane G

MAY 1 5 2007

**Saint Joseph Hospital**
**Diagnostic Imaging Services**
Tahoe Carson Radiology
Berry Card, M.D., Nicholas Carlevato, M.D., Kurt Doggweiler, M.D.,
Sheldon Kop, M.D., David Landfit, M.D., Stephen Loux, M.D.,
Wesley Root, M.D., Keith Shoonard, M.D., Helmuth Volger, M.D.

Name: HUSSAIN, DIANE G
Exam: **THYROID UPTAKE WITH IMAGING MULTI**
Date:  09/28/05 & 09/29/05

**History:** Thyroid nodules.  Dominant solid nodule within mid pole left thyroid lobe.

**Dose and technique:** On 09/28/05 the patient was administered 271 uCi of I-123 orally.  Six-hour delayed images were obtained as well as 6-hour uptake values.  The patient returned on 09/29/05 and 24-hour uptake values were obtained.

**Findings:** The 6-hour uptake value is 6.8% which is euthyroid.  The 24-hour uptake value is 16.8% which is euthyroid.

On the planar images there is symmetric activity within the thyroid lobes.  The thyroid size appears relatively normal.  I do not see any discrete focal hot or cold nodules.

**IMPRESSION:**

1.  Euthyroid 6 and 24-hour uptake values 6.8% and 16.8% respectively.
2.  No discrete hot or cold nodules detected on the planar images.

Dictated by: NICHOLAS J CARLEVATO MD
<Electronically signed by NICHOLAS J CARLEVATO MD>

| Patient: | **HUSSAIN, DIANE G** | DOB: | 12/17/1947 | Age: | 57 |
|---|---|---|---|---|---|
| Examination: | THYROID UPTAKE W IMAGING MULTI | | | | |
| Ord No: | 0928-0005 | | | | |
| Acct No: | SA0001057912 | Unit No: | SU02049887 | | |
| Ord. Phys: | CHEN, CHIA MD | PACS ID: | SJSSJE0002687 | | |
| Pri Care Phys: | | Dict Date: | 09/29/05 1233 | Sign Date | 09/30/05 0922 |
| Pt Status: | REG CLI | Report Status  Signed | Trans By | TDS - 09/29/05 1407 | Rep No: | 0929-0087 |
| cc:  CHIA CHEN, MD | | | | | |

**CHIA CHEN MD  - Physician Copy**

Saint Joseph Hospital, A Sisters of St. Joseph of Orange Corporation, 2700 Dolbeer Street, Eureka, California 95501  CC|05
Page 1 of 1

**SLIC 0182**

# Humboldt Radiology

Matthew Fluke, M.D.
Richard Greeney, M.D.
Greg Holland, M.D.
James Moore, M.D.
Abraham Pera, D.O.

2330 BUHNE ST. - EUREKA, CA 95501 - (707) 442-3704
www.humboldtradiology.com

---

Patient: **Diane G Hussain**
DOB: 12/17/1947  (57)

Date: **09/06/2005**
Referring Physician:  Chia Chen MD

MRN:  00204988701

---

## ULTRASOUND--THYROID

**History:** Thyroid nodule for the past two years.

**Comparison:** None.

**Findings:**

There is a dominant 1.9 x 2.1 x 2.8 cm solid nodule in the mid medial pole of the left thyroid lobe. Multiple other cystic and solid lesions are present, with a 1 cm mass just inferiorly in the left lobe, with another 1 cm lesion in the mid pole on the right and a 1 cm mass in the lower pole on the right. A tiny cyst measuring around 3 mm is present in the medial lower pole of the right lobe. Overall right lobe size is 5.4 x 2.0 x 2.0 cm and overall left lobe size is 4.4 x 2.2 x 2.9 cm. The overall acoustic texture is heterogeneous.

**Impression:**

Multiple solid and cystic lesions in the thyroid gland, with a dominant mass in the medial mid pole of the left lobe. This lesion measures 1.9 x 2.1 x 2.8 cm, and exhibits a moderate amount of Doppler flow. If function of this nodule has not been previously assessed, a nuclear medicine scan would be worthwhile. If the lesion is photopenic, it should be biopsied.

Electronically signed by James Moore MD
JM:gb  T: 09/07/2005 7:49 a.m.   D: 09/06/2005 6:48 p.m.



cc

---

Hussain, Diane G

Page 1 of 1

SLIC 0183

## Humboldt Radiology

Matthew Fluke, M.D.
Richard Greaney, M.D.
Greg Holland, M.D.
James Moore, M.D.
Abraham Pera, D.O.

2330 BUHNE ST. · EUREKA, CA 95501 · (707) 442-3704
www.humboldtradiology.com

Patient: **Diane G Hussain**
DOB: 12/17/1947  (57)

Date: **06/23/2005**
Referring Physician: Chia Chen MD

MRN: **00204988701**

### MAMMOGRAPHY W/CAD--BILATERAL SCREENING

**History:** Screening, no current complaints. No family history of breast cancer.

**Comparison:** Mad River Hospital study of 11 - 27 - 01.

**Findings:**

**Breast density:** Fatty with scattered fibroglandular elements.
**Masses:** None.
**Architectural Distortion:** None.
**Calcifications:** Tiny cluster of microcalcifications superior in the right breast, visible only on the MLO view, and probably present on the prior mammogram. No worrisome clusters.
**Other:** None.

**Impression:**

No radiographic evidence of malignancy in either breast. A routine follow-up examination in one year would be appropriate.

BI-RADS 2/Benign Finding

Patient notification letter sent.

James Moore M.D.

Electronically signed by James Moore M.D.
JM:gb  T: 06/24/2005 7:16 a.m.  D: 06/23/2005 2:46 p.m.

CC627

Hussain, Diane G

Page 1 of 1

SUC 0184

**Saint Joseph Hospital**
**Diagnostic Imaging Services**
Tahoe Carson Radiology
Betsy Card, M.D., Nicholas Carlevato, M.D., Kurt Doggweiler, M.D.,
Sheldon Kop, M.D., David Landis, M.D., Lovick Thomas, M.D., Helmuth Voliger, M.D.

Name: HUSSAIN, DIANE G
Exam: **US DUPLEX CAROTID BILATERAL**
Date:    05/25/05



**History:** Stroke in evolution.

Sagittal and axial images were obtained of both right and left common carotid, internal carotid and external carotid arteries accompanied by pulse Doppler spectral analysis and color-flow Doppler imaging. The vertebral arteries were also evaluated.

**Right side:**
There is minimal intimal thickening of the distal common carotid artery and proximal internal carotid artery. There are no atherosclerotic plaques. There is no flow-limiting lesion as demonstrated by the peak systolic/peak diastolic velocities. The internal carotid/common carotid artery ratio was 0.86. Pulse Doppler waveforms reveal triphasic pattern with spectral broadening. Color-flow imaging revealed turbulence in the bulb. Flow in the vertebral artery was antegrade.

**Left side:**
There is diffuse thickening of the intima, but no atherosclerotic lesions in the common carotid artery, bulb or internal/external carotid arteries. Flow velocities were uniform. The internal carotid/common carotid artery ratio was 1.1. Pulse Doppler waveforms were triphasic throughout. The color-flow studies showed minimal turbulence at the bulb. Flow in the vertebral artery was antegrade.

**IMPRESSION:**
1.  There is no flow-limiting lesion in the right or left common carotid artery, internal carotid artery or external carotid artery.
2.  Flow in the vertebral arteries is antegrade.

A report was called to Dr. Burton's office and left with the secretary.

| | | | | |
|---|---|---|---|---|
| Patient: | HUSSAIN, DIANE G | | | |
| Examination: | US DUPLEX CAROTID BILATERAL | DOB: | 12/17/1947 | Age:    57 |
| Ord No: | 0525-0010 | | | |
| Acct No: | SA5900002142 | Unit No: | SU02049887 | |
| Ord. Phys: | BURTON MD, ALLISON | PACS ID: | SJSSJE0002687 | |
| Pri Care Phys: | CHEN MD, CHIA | Dict Date: | 05/25/05 1320 | Sign Date:   05/26/05 0007 |
| Pt Status: | ADM IN          Report Status    Signed | Trans By: | LH - 05/25/05 1453 | Rep No:   0525-0155 |
| cc: ALLISON BURTON MD; CHIA CHEN MD | | | | |

**ALLISON BURTON MD - Physician Copy**

Saint Joseph Hospital, A Sisters of St Joseph of Orange Corporation, 2700 Dolbeer Street, Eureka, California 95501

Page 1 of 2

SLIC 0185

**Saint Joseph Hospital**
**Diagnostic Imaging Services**
Tahoe Carson Radiology
Betsy Card, M.D., Nicholas Carlevato, M.D., Kurt Doggwiler, M.D.,
Sheldon Kop, M.D., David Landis, M.D., Lovick Thomas, M.D., Helmuth Vollger, M.D.

Name: HUSSAIN, DIANE G
Exam: **CT BRAIN/HEAD WITHOUT CONTRAST**
Date:  05/24/05

**History:** Right-sided numbness.

There are no hemorrhages, infarcts, masses or mass effect.  The ventricles and cisterns are normal in size and symmetry.  The gray-white interfaces show no architectural distortion.  There are no extra-axial collections. The sinuses are clear.

**IMPRESSION:**

Negative for acute intracranial abnormality.

Dictated by: JOZSEF LUKACS MD
<Electronically signed by JOZSEF LUKACS MD >

| Patient: | HUSSAIN, DIANE G | | | |
|---|---|---|---|---|
| Examination: | CT BRAIN/HEAD WO CONTRAST | DOB: | 12/17/1947 | Age: 57 |
| Ord No: | 0524-0045 | | | |
| Acct No: | **SA5900002142** | Unit No: | **SU02049887** | |
| Ord. Phys: | NATTKEMPER, CRAIG A DO | PACS ID: | SJSSJE0002687 | |
| Pri Care Phys: | CHEN MD,CHIA | | | |

| | | | | | |
|---|---|---|---|---|---|
| Pt Status: | ADM IN | Report Status: Signed | Dict Date: | 05/25/05 1206 | Sign Date: 05/26/05 0007 |
| cc:  CRAIG A NATTKEMPER, D.O.; CHIA CHEN MD | | | Trans By: | TDS - 05/25/05 1336 | Rep No: 0525-0134 |

**CHIA CHEN MD  - Physician Copy**

Saint Joseph Hospital, A Sisters of St. Joseph of Orange Corporation, 2700 Dolbeer Street, Eureka, California 95501

Page 1 of 1

CC 52C

SLIC 0187

Saint Joseph Hospital
Diagnostic Imaging Services
Tahoe Carson Radiology
Betty Card, M.D., Nicholas Cedanota, M.D., Karl Dagorder, M.D.,
Sheldon Kap, M.D., David Landis, M.D., Lovick Thomas, M.D., Helmuth Vollger, M.D.

Name: HUSSAIN, DIANE G
Exam: **CARDIAC SPECT STRESS & REST**
**MYOCARDIAL PERF. WALL MOTION**
**MYOCARDIAL PERFUSION EJF**
Date: 07/07/05

History: Chest pain.

Technique: Under the supervision of Dr. Ploss the patient received intravenous Adenosine. This was followed by administration of 30 mCi Tc99m-sestamibi with SPECT imaging. Initially the patient had a study with 10 mCi of Tc99m-sestamibi. A wall motion study was performed.

Findings: Ejection fraction is low at 45%. There is decreased wall motion involving the distal and mid lateral myocardium. There is decreased wall thickening involving the inferior myocardium. The stress images do not demonstrate any significant anterolateral myocardial defects. However, inferior towards the base there is decreased perfusion to a mild extent. This does not appear to fill in significantly to suggest ischemia. Differential would include an old infarct or diaphragmatic attenuation. There is apical thinning.

**IMPRESSION:**

1. Left ventricular enlargement with 45% ejection fraction.
2. Areas of wall motion abnormalities involving the lateral and inferolateral myocardium.
3. Mild persistent defect involving the inferior myocardium and possibly an old infarct. No significant ischemia is identified.

Dictated by: HELMUTH F VOLLGER MD
<Electronically signed by HELMUTH F VOLLGER MD>



| | | | | |
|---|---|---|---|---|
| Patient: | HUSSAIN, DIANE G | DOB: | 12/17/1947 | Age: 57 |
| Examination: | CARDIAC SPECT STRESS & REST; MYOCARDIAL PERF. WALL MOTION; MYOCARDIAL PERFUSION EJF | | | |
| Ord No: | 0707-0001; 0707-0002; 0707-0003 | | | |
| Acct No: | SA0001012521 | Unit No: | SU02049887 | |
| Ord. Phys: | PLOSS, DAVID R MD | PACS ID: | SJSSJE0002687 | |
| Pri Care Phys: | | Dtx Date: | 07/07/05 1430 | Sign Date: 07/07/05 1722 |
| Pt Stat: REG CL1 | Report Status: Signed | Tran By: | A C - 07/07/05 1634 | Rep No: 07/07/4133 |

**DAVID R PLOSS, MD - Physician Copy**

Saint Joseph Hospital, A Sister of St. Francis of Orange Corporation, 2700 Dolbeer Street, Eureka, California 95501

Page 1 of 1

C C 7/15

SLIC 0188

5   punch

Performing Physician _____

Referring Physician _____ Chan

History / Reason for test  S/P CVA S/OS, DM, Sandlight x 52 yrs, CP

Current Medications _Glucophage, Coreg?
Norvasc, Digoxin, Lopressor
Micardis, Amitriptyline, Coumadin
Reglan, Zyplex, Plavix, Buscopol, Glu...

Allergies / Reactions / Sensitivities _____ PCN

**Baseline Assessment**
☐ Y ☐ N Chest Pain
☐ Y ☐ N Short of Breath
☐ Y ☐ N Edema

**Cardiac:**
☑ Regular  ☐ Irregular  ☐ Murmur
☐ Pacer  ☐ ICD  ☐ Other
**Respiratory:**  Clear R L  Fine Crackles R L
Coarse Crackles R L  Wheeze R L
Other: 92% RA

☑ Informed Consent, Risk – Benefits – Options explained: 93%(56)=52y   178.

| Weight: 205 | Adenosine Dose: 52 mg | Start Time: | I.V. ®  AC |

| | REST | ADENOSINE INFUSION | | | | | | POST INFUSION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MINUTES | SUPINE | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 10 |
| HEART RATE | 76 | 78 | | 80 | 92 | | | 87 | | 85 | | 80 | | 77 |
| BLOOD PRESSURE | 160/81 | 157/77 | | 171/66 | 176/76 | | | 191/90 | | 174/89 | | 173/89 | | 167/87 |

RESTING EKG FINDINGS:  SR RBBB, LAD

ADVERSE REACTIONS:
CHEST PAIN:
EKG:  2 81 S 2 2 trans ®

Medications Given:

TEST FINDINGS / INTERPRETATION   1.) NO S(S,S)
2.) IMAGES to follow.

Signature _M___ Jasoliks, RN   RN/RCP   Date: 07/07/05   Time ____
Signature _____   MD   Date ____   Time ____

**St. Joseph Hospital**
ST JOSEPH HEALTH SYSTEM
**CARDIOPULMONARY STRESS TEST**

PATIENT IDENT
Acct#: SA0001012521   CLI
HUSSAIN, DIANE G
DOS: 07/07/05   MR#: SU02049887
BD: 12/17/1947   57  F
ATT: PLOSS, DAVID R MD

RECEIVED
MAY 1 5 2007
CLAIMS

91   SLIC 0189



SLIC 0190



SLIC 0191

5   . punch

| | |
|---|---|
| Performing Physician _Ploss_ | Current Medications _Fosselin, Oxycontin, Tanzepam_ |
| Referring Physician | _Glucophage, Amaryl_ |
| History / Reason for test _SP CVA S/05, DM, Smoking_ | _Norvasc, Klonipin, Lopressor_ |
| _x 52 yrs, CP_ | _Nexapro, Amitriptyline, Cymbalta_ |
| Baseline Assessment: | _Pepsid, Zyplen, Plavix, Pravachol, Clonid_ |
| ☐ Y ☒ N Chest Pain | Allergies / Reactions / Sensitivities _PCN_ |
| ☐ Y ☐ N Short of Breath | |
| ☐ Y ☐ N Edema | |

Cardiac:
☒ Regular   ☐ Irregular   ☐ Murmur
☐ Pacer    ☐ ICD        ☐ Other
Respiratory: Clear R L   Fine Crackles R L
Coarse Crackles R L  Wheeze R L
Other: _97% RA_

☒ Informed Consent, Risk – Benefits – Options explained:

_93(.56)=52y    17a_

| Weight: _205_ | Adenosine Dose: _52mg_ | Start Time: | I.V. ® HC |

| | REST | ADENOSINE INFUSION | | | | | | POST INFUSION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MINUTES | SUPINE | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 10 |
| HEART RATE | 76 | 78 | | 80 | 92 | | | 87 | | 85 | | 80 | | 77 |
| BLOOD PRESSURE | 160/81 | 151/77 | | 177/64 | 176/96 | | | 191/90 | | 174/87 | | 173/87 | | 167/87 |

ESTING EKG FINDINGS:   _SR  RBBB, LAD_

ADVERSE REACTIONS:
CHEST PAIN
EKG:     _2° S1a2 transit_

Medications Given:

TEST FINDINGS / INTERPRETATION  1.) NO _C(a g)_
2.) IMAGES to follow.

_a 78_

Signature _M Lou Jacobies, RN_   RN/RCP   Date _07/07/05_   Time _____
Signature _____   MD   Date _____   Time _____

St. Joseph Hospital
ST. JOSEPH HEALTH SYSTEM

**CARDIOPULMONARY STRESS TEST**

PATIENT IDENT
Acct#: SA0001012521   CLI
HUSSAIN, DIANE G
DOS: 07/07/05   MR#: SU02049887
BD: 12/17/1947   57   F
ATT: PLOSS, DAVID R MD

SLIC 0192



SLIC 0193



From: VECTOR PHYSICAL THERAPY        17074458883        11/ 2006 13:15 #055 P.002/003



# PHYSICAL THERAPY DISCHARGE SUMMARY

PATIENT NAME: Diane Hussain
DIAGNOSIS: Left Sciatica
PHYSICIAN: Dr. Chen
DATE OF DISCHARGE: 11/10/0/6

Dear Dr. Chen:

Your patient, Diane, was seen on 9/15/06 for an initial evaluation.
Diane has requested discharge by phone at this time due to:
- Patient has been "re-diagnosed".

Therefore, a formal discharge evaluation was not performed.

Patient has made the following progress toward physical therapy goals:
1. Patient will be independent with a home management regimen to prevent or minimize pain while performing her usual activities. (Not met.)
2. Patient will demonstrate increased strength and endurance of lumbopelvic stabilizers. (Not met.)

Thank you very much for referring this patient to Vector Rehabilitation Physical Therapy.

Sincerely,

Claire Eyton, P.T., C.L.T.

SLIC 0195

# Sleep Disorders Center

**St. Joseph Hospital**
ST. JOSEPH
HEALTH SYSTEM

2367 23ʳᵈ street
Eureka, Ca. 95501
707.443.7495 Main Number
707.443.7439 Fax Number

2700 Dolbeer Street
Eureka, California 95501
707.445.8121 Tel

DATE: _2-2-05_

TO: _Apria_

FAX: _442-1066_

# OF PAGES: (INCLUDING THIS COVER SHEET) _____

## PHYSICIAN'S LETTER OF MEDICAL NECESSITY
### PAP PRESCRIPTION

Patient Name: _Diane Hussain_      DOB: _12-17-47_

Diagnosis: _OSA_

Mask: _Resp. Comfort Gel_      Size: _S_

☑ CPAP          Pressure: _11_ cm H2O          ☑ C-Flex

___ BIPAP          IPAP: _____ cm H2O          ___ BI-Flex

                EPAP: _____ cm H2O

___ Oxygen          ___ L/M                    ___ Chin Strap

☑ Heated Humidifier    Reason: _Chronic Nasal Congestion_

PAP unit is required for this patient due to the above diagnosis. I, the undersigned, certify that this prescription is reasonable and necessary according to accepted standards in treatment. The above named patient, if untreated, remains a risk for cardiac arrhythmia, hypertension, heart failure, stroke, diabetes, and other co-morbid medical conditions associated with obstructive sleep apnea.

Additionally, it has been demonstrated that the use of this device will improve sleep architecture disruption resulting from obstructive sleep apnea, as well as long-term reversal of symptoms (such as excessive daytime somnolence, difficulties in concentration, falling asleep inappropriately, and depression).

_CC 2/2/05_

Physician's Signature

NOTICE: The information contained in this facsimile message may contain CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader or recipient of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and return the original message to us at St. Joseph Hospital, Administration, 2700 Dolbeer St, Eureka, Ca 95501 via the U.S. Postal Service. Thank You.

A Ministry of the
**Sisters of St. Joseph**
of Orange

HUSSAIN,DIANE G      _Admit:_ 01/26/05      _Dictated By:_ OSBORN MD,KURT M

## POLYSOMNOGRAPHY
NO: 20005-056     REFERRED BY: CHIA CHEN, MD

CLINICAL HISTORY: This 57-year-old disabled woman has studied for likely sleep apnea. She has difficulty falling and staying asleep with lethargy even when not sleepy. She tends to sleep on either side but not her stomach. Other sleep-related symptoms include occasional violent confused awakenings, disturbing dreams, vivid dream-like themes when awake, breath holding, waking up gasping for breath from snoring, pain, restless disturbed sleep. During the day she has episodes of sudden bodily weakness while being aware of surroundings and sleep attacks with many sedentary activities. She has 1 planned and 3 unplanned naps per day. Her sleep-wake schedule is to bed at 12:30 a.m. with a 7:30 awakening, a 30-minute sleep latency, 3 awakenings during the night.

She has a family history of snoring and sleep apnea. Personal history of diabetes, depression, arthritis, numb feet, excessive thirst, foot pain, high blood pressure and cholesterol, muscle weakness, frequent nocturnal urination and tingling sensations. Her medicines for sleep include temazepam 30 mg nightly. She also takes a Duragesic patch 100 mcg every 3 days, Catapres #3, Norvasc, Lopressor, Amaryl, Humulin insulin and Lantus insulin. She has had hepatitis in 2003, toxic; does smoke, amount unspecified but a 20-year-smoking history. No alcohol. No caffeinated beverages. She does exercise but does not specify how. She is currently 5 feet, 5 inches tall and weighs 208 pounds, BMI 34.6.

TECHNIQUE: The study was performed with the following parameters measured throughout the entirety of the recording: Electroencephalogram, electromyogram of the chin and lower extremities, electrooculogram, electrocardiogram, air flow from the nose and mouth, respiratory effort at the chest and abdomen, and finger oximetry.

The record was scored for sleep and the various other parameters in 30-second epochs.

This study began at 2248 and ended at 0619 for a total recording time of 457.4 minutes. Stanford Sleepiness Scale lights out was 5 and the Epworth Sleepiness Scale 19. This is a split night study.

---

Attn Phys:  CHEN MD,CHIA
Adm Phys:
Dict Phys:  OSBORN MD,KURT M

ST.JOSEPH
HEALTH SYSTEM

Patient:  **HUSSAIN,DIANE G**
Acct #:  SA0000948934  Unit #:  SU02049887
Loc:  SLEEP.G ·
DOB: 12/17/1947   Age: 57
Report #: 0201-0201
Site: St. Joseph's Hospital Eureka
     2700 DOLBEER RD., EUREKA, CA
     <Electronically signed by KURT M OSBORN MD>
**POLYSOMNOGRAPHY**

1 of 3

SLJC 0197

HUSSAIN,DIANE G          *Admit:* 01/26/05          *Dictated By:* OSBORN MD,KURT M

**SLEEP PARAMETERS:** Pre CPAP total recording time 150 minutes. Total sleep time 122.5 minutes. Sleep latency 5 minutes. Awake after sleep onset 8 minutes. Stage 1 14.7%, stage 2 71.8%, stage 3 13.1%, stage 4 0.4%. REM was never achieved pre CPAP. There were 8 awakenings by count and additionally 57 arousals. Twenty one of these were from snoring and 20 from hypopnea, 3 from apnea. Arousal index elevated at 27.9. Sleep efficiency 82%. The sleep architecture was lightened with no stage 4 or REM sleep with an increasing numbers of arousals.

**ELECTROENCEPHALOGRAM:** Normal for sleep stage.

**ELECTROCARDIOGRAM:** A steady sleep average of 68.4 beats per minute in normal sinus rhythm. Pulse CPAP fell to 60.6 beats per minute.

**RESPIRATORY:** Thirty-two supine and 3 nonsupine events for an AHI of 17.1 with strong fractional component of 27.4. RDI was higher including snore arousals again 27.4. Oxygen saturation 94.6%, lowest 90%. Desaturation index 16.7. Mild-to-severe snoring was heard.

**ELECTROMYOGRAM:** Only 8 isolated limb movements, none meeting PLM criteria either pre or post CPAP.

CPAP titration was performed with a Respironics small comfort gel mask employing C-flex technology in a heated humidifier. CPAP was titrated from 4 to eventually 11 cm of water. It required this pressure to clear snoring. REM supine was achieved twice at 10 and 11 cm of water. Some alpha intrusion was noted. Oxygen saturation stabilized.

**IMPRESSION:**
OBSTRUCTIVE SLEEP APNEA, MILD TO MODERATE, POSITIONAL, OVERALL APNEA-HYPOPNEA INDEX 17.1 WHILE TREATED WITH CONTINUOUS POSITIVE AIRWAY PRESSURE AT A PRESSURE OF 11 CM OF WATER. SUPINE RAPID EYE MOVEMENT WAS ACHIEVED.

**COMMENT:**

KURT M OSBORN, MD

KMO/MEDQ Job#: 434950  DD: 01/28/2005 10:58:49  DT: 01/30/2005 15:50:43

---

Attn Phys:  CHEN MD,CHIA
Adm Phys:
Dict Phys:  OSBORN MD,KURT M

**ST.JOSEPH**
HEALTH SYSTEM

Patient: **HUSSAIN,DIANE G**
Acct #: SA0000948934   Unit #: SU02049887
Loc: SLEEP.G .
DOB: 12/17/1947   Age: 57
Report #: 0201-0201
Site: St. Joseph's Hospital Eureka
   2700 DOLBEER RD., EUREKA, CA
<Electronically signed by KURT M OSBORN MD>
**POLYSOMNOGRAPHY**

2 of 3

SLIC 0198

SLIC 0199

RUN DATE:04/11/07          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY          PAGE 1
RUN TIME:1202         Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
           Megan J. Smith-Zagone,MD      Stanley T. Hino, MD      Erik J. Burman,MD
           Lic. No A89551                Lic. No. G46039          Lic. No. G64607

                                    PHYSICIAN
                                  CHEN,CHIA MD

| | | |
|---|---|---|
| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001307950 LOC:  UC.G | U #: SU02049887 |
| | AGE/SX: 59/F          ROOM: | REG: 04/07/07 |
| REG DR:  MCCAFFREY,KATE~DO | DOB:    12/17/1947    BED: | DIS: |
| | STATUS: DEP ER          TLOC: | |

Specimen: 07:M0004812S   COMP   Collected:   04/07/07-1900        Source:   SPUTUM
                                Received:    04/08/07-0831        Sp Desc:  SPUT

Comments: Comments? UC1
          DELAYED TRANSPORT MAY AFFECT CULTURE RESULTS

| Procedure | Result | Site |
|---|---|---|
| > CULTURE, SPUTUM  Final | | G |
|    Organism 1 | YEAST | |
|       QUANTITATION | MANY | |
|       DESCRIPTION/COMMENT | TWO COLONY TYPES | |
| | MANY COLONIES OF NORMAL THROAT FLORA | |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

RECEIVED
MAY 1 5 2007
CLAIMS

SLIC 0200

RUN DATE:04/09/07                ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                PAGE 1
RUN TIME:1202          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
              Megan J. Smith-Zagone,MD      Stanley T. Hino, MD        Erik J. Burman,MD
              Lic. No A89551                Lic. No. G46039            Lic. No. G64607

                                        PHYSICIAN
                                      CHEN,CHIA MD

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001307950 | LOC:  UC.G | U #:  SU02049887 |
| | AGE/SX: 59/F | ROOM: | REG: 04/07/07 |
| REG.DR:  MCCAFFREY,KATE DO | DOB:  12/17/1947 | BED: | DIS: |
| | STATUS: DEP ER | TLOC: | |

| Specimen: 07:M0004812S  RES | Collected:   04/07/07-1900 | Source:  SPUTUM |
| | Received:    04/08/07-0831 | Sp Desc:  SPUT |

Comments:  Comments? UC1
           DELAYED TRANSPORT MAY AFFECT CULTURE RESULTS

| Procedure | Result | Site |
|---|---|---|
| > GRAM STAIN   Final | | G |
|    GRAM STAIN | MODERATE YEAST SEEN | |
| | MODERATE GRAM POSITIVE COCCI MIXED TYPES | |
| | FEW GRAM POSITIVE RODS AND GRAM NEGATIVE RODS | |
| | MANY WHITE BLOOD CELLS SEEN | |
| | MODERATE EPITHELIAL CELLS | |

G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA

Cc

SLIC 0201

**Saint Joseph Hospital**
**Outpatient Imaging Center**
Humboldt Radiology Medical Group
Matthew Fluke, M.D., Richard Greaney, M.D., Greg Holland, M.D.,
James Moore, M.D., Abe Pera, D.O., Donald Wheeler, M.D.

Name: HUSSAIN,DIANE G
Exam: **MAMMOGRAPHY, SCREENING, BILAT**
Date:   04/04/07

**History:**   Routine screening.

**Technique:**   Bilateral, digital, with computer-assisted detection (CAD).

**Comparison:** Humboldt Radiology, 6/23/05 and 11/27/01 at Mad River Hospital.

**Findings:**

**Breast Density:** Scattered fibroglandular densities. Stable symmetric pattern.
**Masses:** None.
**Architectural Distortion:** None.
**Calcifications:** There is a small collection of probable benign microcalcifications in the upper outer right breast that were visualized on the CC view of the prior exam in 2001 but could not be located on the MLO view. They have probably not changed appreciably since 6/23/05.
**Other:** None.

**IMPRESSION:**

Probably no significant change in small collection of benign-appearing microcalcifications in the upper outer right breast that have been present since at least 11/27/01. No specific mammographic indicators of malignancy in either breast.

*BI-RADS 2/Benign Finding*

Dictated by: DEAN GREGORY HOLLAND MD
<Electronically signed by DEAN GREGORY HOLLAND MD>

*C C*

| Patient: | HUSSAIN,DIANE G | | DOB: | 12/17/1947 | Age: | 59 |
|---|---|---|---|---|---|---|
| Examination: | MAMMOGRAPHY, SCREENING, BILAT | | | | | |
| Ord No: | 0404-0042 | | | | | |
| Acct No: | SA0001303551 | | Unit No: | SU02049887 | | |
| Ord. Phys: | CHEN, CHIA MD | | PACS ID: | SJSSJE0002687 | | |
| Pri Care Phys: | CHEN,CHIA MD | | Dict Date: | 04/05/07 | Sign Date: | 04/05/07 1659 |
| Pt Status: | RBG CLI | Report Status: Signed | Trans By: | GB - 04/05/07 1651 | Rep No: | 0405-8324 |
| cc: CHIA CHEN, MD | | | | | | |

**CHIA CHEN MD - Physician Copy**

Saint Joseph Hospital, A Sisters of St. Joseph of Orange Corporation, 2700 Dolbeer Street, Eureka, California 95501

Page 1 of 1

SLIC 0202

RUN DATE:03/13/07          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 1
RUN TIME:1202          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:

    Megan J. Smith-Zagone,MD        Stanley T. Hino, MD        Erik J. Burman,MD
    Lic. No A89551                  Lic. No. G46039            Lic. No. G64607

PHYSICIAN
CHEN,CHIA MD

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001292528 | LOC:  UC.G | U #: SU02049887 |
|---|---|---|---|
| | AGE/SX: 59/F | ROOM: | REG: 03/10/07 |
| REG DR:  DUNN,JAMES MD | DOB:  12/17/1947 | BED: | DIS: |
| | STATUS: DEP ER | TLOC: | |

Specimen: 07:M0003413S  COMP    Collected:    03/10/07-1906          Source:  GROIN
                                Received:     03/10/07-2011          Sp Desc: LEFT

Comments: Is patient on antibiotics? N

| Procedure | Result | Site |
|---|---|---|
| > CULTURE, WOUND/TISSUE   Final | | G |
|   Organism 1 | KLEBSIELLA PNEUMONIAE | |
|     QUANTITATION | FEW | |
|   Organism 2 | STREP AGALACTIAE GROUP B | |
|     QUANTITATION | MODERATE | |
|   Organism 3 | STREPTOCOCCUS SPECIES | |
|     QUANTITATION | MODERATE | |
|     DESCRIPTION/COMMENT | MICROAEROPHILIC | |

GROUP B STREPTOCOCCUS ISOLATES ARE UNIVERSALLY SUSCEPTIBLE
TO PENICILLIN AND AMPICILLIN. PLEASE CONTACT MICROBIOLOGY
LAB IF SENSITIVITIES ARE REQUIRED FOR PATIENTS WITH
PENICILLIN ALLERGY.

| | KLE PNEUMO | |
|---|---|---|
| | M.I.C. | RX |
| AMIKACIN | <=2 | S |
| AMPICILLIN | >=32 | R |
| A/S | 4 | S |
| PIPERACIL/TAZO | <=4 | S |
| CEFAZOLIN | <=4 | S |
| CEFEPIME | <=1 | S |
| CEFOTETAN | <=4 | S |
| CEFTAZIDIME | <=1 | S |
| CEFTRIAXONE | <=1 | S |
| GENTAMICIN | <=1 | S |
| TOBRAMYCIN | <=1 | S |
| IMIPENEM | <=1 | S |
| AZTREONAM | <=1 | S |
| TRIMETH/SULF | <=20 | S |
| LEVOFLOXACIN | <=0.25 | S |

G - St. Joseph Hospital - General Hospital Campus
  2200 Harrison Ave, Eureka, CA

Cc

SLIC 0203

RUN DATE:03/12/07          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY                    PAGE 1
RUN TIME:1201          Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
              Megan J. Smith-Zagone,MD      Stanley T. Hino, MD       Erik J. Burman,MD
              Lic. No A89551                Lic. No. G46039           Lic. No. G64607

                                      PHYSICIAN
                                    CHEN,CHIA MD

| | | | |
|---|---|---|---|
| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001292528 | LOC: UC.G | U #: SU02049887 |
| | AGE/SX: 59/F | ROOM: | REG: 03/10/07 |
| REG DR: DUNN,JAMES MD | DOB: 12/17/1947 | BED: | DIS: |
| | STATUS: DEP ER | TLOC: | |

Specimen: 07:M0003413S  RES     Collected:  03/10/07-1906          Source:  GROIN
                                Received:   03/10/07-2011          Sp Desc: LEFT

Comments: Is patient on antibiotics? N

| Procedure | Result | Site |
|---|---|---|
| > CULTURE, WOUND/TISSUE   Preliminary | | G |
|   Organism 1 | GRAM NEGATIVE ROD | |
|     QUANTITATION | FEW | |
|     DESCRIPTION/COMMENT | SENSITIVITY TO FOLLOW | |
|   Organism 2 | BETA HEMOLYTIC STREPTOCOCCUS | |
|     QUANTITATION | MODERATE | |

G - St. Joseph Hospital - General Hospital Campus
     2200 Harrison Ave, Eureka, CA

C C

RECEIVE
MAY 1 5 2007
CLAIMS

106

**SLIC 0204**

```
RUN DATE:03/11/07          ST. JOSEPH HEALTH SYSTEM-HUMBOLDT COUNTY          PAGE 1
RUN TIME:1201      Outpatient Laboratory Services 2200 Harrison  Eureka CA
PATHOLOGISTS:
             Megan J. Smith-Zagone,MD    Stanley T. Hino, MD    Erik J. Burman,MD
             Lic. No A89551              Lic. No. G46039        Lic. No. G64607

                                   PHYSICIAN
                                 CHEN,CHIA MD
```

| PATIENT: HUSSAIN,DIANE G | ACCT #: SA0001292528 | LOC:  UC.G | U #: SU02049887 |
|---|---|---|---|
| | AGE/SX: 59/F | ROOM: | REG: 03/10/07 |
| REG DR:  DUNN,JAMES MD | DOB: 12/17/1947 | BED: | DIS: |
| | STATUS: DEP ER | TLOC: | |

```
Specimen: 07:M0003413S  RES   Collected:  03/10/07-1906        Source:  GROIN
                              Received:   03/10/07-2011        Sp Desc: LEFT

Comments: Is patient on antibiotics? N
```

| Procedure | Result | | Site |
|---|---|---|---|
| > CULTURE, WOUND/TISSUE   Preliminary | | | G |
|    Organism 1 | GRAM NEGATIVE ROD | | |
|      QUANTITATION | FEW | | |

```
G - St. Joseph Hospital - General Hospital Campus
    2200 Harrison Ave, Eureka, CA
```

SLIC 0205

# EXHIBIT E



# STONEBRIDGE LIFE
### Insurance Company

Administrative Office:
2700 West Plano Parkway • Plano, Texas 75075-8200

June 12, 2007

Terri C. Smith
99 Horseshoe Lane
Hiram GA 30141

Policy Number(s):     72A45P0585
Claim Number(s):      B-651853
Regarding:            Diane Geraldine Hall-Hussain

Dear Ms. Smith:

Consideration has been given to your request for benefits. Please let me explain our handling.

This policy consists of Accident Coverage only. The Accidental Death Benefit is a benefit paid for a Covered Person who suffers loss of life as a result of injury. Injury means bodily injury caused by an accident which occurs while this Policy is in force. The Injury must be the direct cause of Loss, independent of disease or bodily infirmity. Loss must occur within 90 days after the date of an accident which caused such Injury.

The EXCLUSIONS section states, "No benefit shall be paid for Injury that: ...
    3. is caused by or results from the Covered Person's taking or using any narcotic, barbiturate or any other drug, unless taken or used as prescribed by a Physician; or
    7. is due to disease, bodily or mental infirmity, or medical or surgical treatment of these."

The death certificate provides a cause of death as Oxycodone Intoxication. How the injury occurred is listed as "Decedent took an accidental overdose of Oxycodone." Dr. Chen informed us that the Oxycontin was prescribed for chronic pain. We contacted Humboldt County Deputy Coroner, Mr. Horton, and were informed that he had spoken with Dr. Chen. Dr. Chen advised Mr. Horton that she recently increased your mother's Oxycontin dose. Mr. Horton stated that the increase in the amount of medication would not make a difference as the number of pills your mother took was far more than what was prescribed. He indicated that her Oxycodone level would have been lethal on its own without the affects of the other medications found, and that her bronchitis was exacerbated by the excessive drug level. Also, the Oxycodone was being taken for the medical treatment of a disease or bodily infirmity which is excluded from coverage. Based upon this information, the provisions and Exclusions listed above we are unable to provide benefits. It does not appear that the death comes under the coverage terms of the policy.

*Pc*

95-1587 (08/05)

SLIC 0038

Page 2
Policy Number(s):        72A45P0585
Claim Number(s):         B-651853
Regarding:               Diane Geraldine Hall-Hussain

Our position is based on the information in our file and our denial should not be considered a waiver of any other Company defenses. If you have additional information which you feel may affect our handling, please forward it to us for our review. Again, we would like to express our sympathy to you and your family for the loss of your mother. If you have any questions about the policy, please call us on our toll-free number, 1-800-692-5246, my extension is 6265. Our fax number is 972-881-6367, and our e-mail address is claimsdms@aegonusa.com.


Sincerely,


Judy Lovelady, ALHC
Technical Claims Specialist
Claims Department

P.S. Should you feel your claim has been improperly denied or rejected, we want you to know you may contact the California Department of Insurance with your complaint and seek assistance from the governmental agency that regulates insurance. To contact the Department, write or call: California Department of Insurance, Consumer Communications Bureau, 300 South Spring Street, South Tower, Los Angeles, CA 90013. The toll-free number is 1-800-927-HELP (4357)- within CA or 1-213-897-8921-outside CA.

Cc:     Michelle C. Smith

**SLIC 0039**

# EXHIBIT F

7/31/07
LJL

# STENNETT

## CASINO

*Attorneys at Law*

Koll Center
501 West Broadway
Suite 1340
San Diego, CA 92101
(619) 544-6404
fax (619) 233-3796
www.StennettCasino.com

July 20, 2007

Judy Lovelady
Stonebridge Life Insurance Company
2700 West Plano Parkway
Plano, Texas 75075

      RE:   Terri and Michelle Smith
              Policy No: 72A45PO585
              Claim No: B-651853

Dear Ms. Lovelady:

I am writing to ask that Stonebridge reconsider its denial of benefits to my client under the relevant accidental death policy and reconsider its refusal to provide all documents requested by Ms. Casino of my office with her letter of June 15, 2007.

Your letter of June 12, 2007, advising my client Terri Smith that Stonebridge Life was denying her claim for benefits cited two exclusions within the policy upon which Stonebridge Life was basing its denial. As interpreted by Stonebridge Life, neither of these two exclusions are valid under California law.

Stonebridge's policy which provides "**accidental death and dismemberment coverage**" is considered a disability policy under the California Insurance Code.

RECEIVED
JUL 27 2007
CLAIMS

7/30/07

> Disability insurance includes insurance appertaining to injury,
> disablement or death resulting to the insured from accidents....
> (California Insurance Code § 106).

The California Insurance Code sets forth provisions that must be contained within disability policies and also sets forth the exclusions that may be included in disability policies. The limitations and exclusions that may be contained in a disability policy delivered or issued to a person in the State of California are set forth in sections 10369.2 to 10369.12, inclusive. No limitations or exclusions are allowed in disability policies which are "less favorable in any respect to the insured or the beneficiary." (Section 10369.1).

**SLIC 0002**

July 20, 2007
Stonebridge Life Insurance Company
Page Two

California Insurance Code § 10369.12 provides:

> A disability policy may contain a provision in the form set forth
> herein.

> Intoxicants and controlled substances: The insurer shall not be
> liable for any loss sustained or contracted in consequence of the
> insured's being intoxicated or under the influence of any controlled
> substance *unless administered on the advice of a physician.*
> (emphasis added).

Stonebridge Life denied my client's claim based on an exclusion that reads:

> No benefit shall be paid for injury that:
>
> ...
>
> 3. is caused by or results from the Covered Person's taking or
> using any narcotic, barbiturate or any other drug, unless taken or
> used *as prescribed by a Physician*; (emphasis added)

Stonebridge Life's exclusion violates California law in that it is narrower than is allowed by
statute. Thus, the provision is rewritten to conform to the California Insurance Code. (Holloway
v. J.C. Penney Life Insurance Co. 190 F.3d 838). Stonebridge asserts that the insured took more
than the prescribed amount of Oxycontin resulting in her death. Though we dispute that
assertion, it truly does not matter if she was taking more than was prescribed by her physician.
The statutory language *"administered on the advice of a physician"* has been interpreted by the
courts as "not imposing the strict requirement of following prescribed doses to the letter."
(Hummel v. Continental Casualty Insurance Company 254 F.Supp.2d 1183, 1189). In the
Hummel case, Mrs. Hummel made a claim for accidental death benefits following the death of her
daughter, Erica. Erica had been prescribed Oxycodone to alleviate her migraine headaches. Her
prescription directed that the Oxycodone be taken twice a day as needed. She apparently took
substantially more than was prescribed and died as a result of the overdose. Continental Casualty
denied the claim citing the policy provision identical to Stonebridge which excluded loss from
"drugs unless taken as prescribed by a physician." The court, however, interpreted the limitation
as more narrow than that allowed by law which interpreted "administered on the advice of a
physician" as not requiring the insured to take the medication as prescribed.

RECEIVED

This exact same issue was litigated by this firm in a United States District Court case of Legue v. ~~JUL 2 7 2007~~
Canada Life Assurance Co. I have enclosed herewith the court's "Findings of Fact and

CLAIMS

**SLIC 0003**

July 20, 2007
Stonebridge Life Insurance Company
Page Three

---

Conclusions of Law" following trial of the matter. You will note therein that the court states

> Defendants have also failed to prove the substances found in Mr.
> Legare's system were not administered on the advice of a physician.
> Contrary to defendant's argument, the statutory language does not
> require a showing the decedent was taking the medication exactly
> as prescribed. Following the rationale of Hummel . . . the court
> finds the focus of the statutory limitation is to exclude losses
> resulting from the illegal use of drugs as opposed to legitimate use
> of a controlled substance pursuant to a physician's advice. (Page
> 3:lines 18-24).

The second exclusion cited by Stonebridge reads as follows:

> No benefit shall be paid for injury that:
>
> . . .
>
> 7. is due to disease, bodily or mental infirmity, or medical or
> surgical treatment of these.

There is no definition of "medical treatment" in the policy. I would submit that pain medication is
not a "medical treatment of a disease." Rather, it is a method of masking pain which is a
symptom of a disease. It is submitted that the intent of this provision is to exclude death or injury
caused at the hands of a medical provider such as during surgery. At a minimum the provision is
vague and ambiguous and in California, where more than one reasonable interpretation may be
made of a provision in an insurance policy, an exclusion is interpreted in its narrowest sense so as
to grant the greatest possible coverage.

To interpret the medical treatment exclusion as Stonebridge has also is inconsistent with
California Insurance Code § 10369.12 cited above that prohibits excluding losses caused by the
use of medication prescribed by a physician. To the extent that it is inconsistent with the
California Insurance Code it is void.

Regarding your refusal to provide the medical records pertaining to decedent Diane Geraldine
Hall-Hussain, upon which Stonebridge Life based its denial of benefits, I would remind you that
Stonebridge Life has a fiduciary-like duty to my client to treat her with fairness and in good faith.
There is nothing confidential or proprietary with regard to the medical records referenced. By
your suggestion that my client obtain the records directly from the health care providers you

RECEIVED
JUL 2 7 2007
CLAIMS

**SLIC 0004**

July 20, 2007
Stonebridge Life Insurance Company
Page Four

---

acknowledging that she has the authority to obtain the records. However, obtaining the records from the medical providers does not tells us what records Stonebridge has in its possession and upon which it relied. As you know, this material would be discoverable during litigation. To compel your own insured to file a lawsuit merely to obtain documentation that should be freely exchanged in an effort to amicably resolve the issues between an insurer and its beneficiary is clearly an act of bad faith. Please promptly forward the requested documents.

I trust that even before sending the requested documents that you will acknowledge coverage under the facts of this case and under the law of the State of California as outlined above.

Yours very truly,

JOHN P. STENNETT

JPS:ls
Enclosure

RECEIVED
JUL 27 2007
CLAIMS

SLIC 0005

_Smith fee_

FILED

FEB 18 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE LEGARE,<br><br>           Plaintiff,<br><br>vs.<br><br>THE CANADA LIFE ASSURANCE<br>COMPANY, et al.,<br><br>           Defendants. | CASE NO. 02cv0798 DMS (NLS)<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW<br>FOLLOWING BENCH TRIAL** |

The above entitled case came on regularly for trial on January 26, 2004. John P. Stennett, Esq. appeared on behalf of Plaintiff, and Shelby B. Sears, Esq. of Harrington, Foxx, Dubrow & Canter appeared on behalf of Defendants. After reviewing the evidence and hearing argument of counsel, the Court hereby issues the following findings of fact and conclusions of law:

## FINDINGS OF FACT

1.   Arthur Legare died in an automobile accident that occurred on March 29, 1999.

2.   Mr. Legare collided with a bicyclist on the highway shoulder that may have resulted in the bicyclist sustaining a fractured wrist.

3.   Mr. Legare then collided with the rear of two other vehicles, neither collision resulting in any bodily injuries.

///

89

02cv0798

RECEIVED

JUL 27 2007

CLAIMS

SLIC 0006

1  4.    Ultimately, Mr. Legare collided with the rear of a van that was stopped on the freeway.

2  This collision resulted in an explosion of the van's gas tank. The resulting fire consumed Mr.

3  Legare and his automobile.

4  5.    The County of San Diego Autopsy Report declared the cause of death as inhalation of

5  products of combustion and extensive body burns with contributing factors of blunt trauma

6  injuries.

7  6.    Two medications were found in Mr. Legare's bloodstream after his death: Soma, a

8  muscle relaxant, and Tylenol with Codeine Number 3, an analgesic. These medications were

9  prescribed by Mr. Legare's physician for long-standing back pain.

10  7.    The officers that investigated the accidents leading up to Mr. Legare's death suggested

11  he violated California Vehicle Code Section 20001, Misdemeanor Hit and Run.

12  8.    Plaintiff Lynne Legare is Arthur Legare's wife. She is also the beneficiary of her

13  husband's group accidental death policy issued by Defendant Canada Life.

14  9.    The insured benefits were provided as part of an employee benefit plan governed by the

15  Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq.

16  10.    The plan provided for benefits to be paid to Plaintiff in the amount of $68,000 if her

17  husband died accidently.

18  11.    Canada Life denied Plaintiff's claim for benefits citing two exclusions in the policy.

19  The first exclusion stated: "No payment will be made under this provision if the loss, or injury

20  leading to the loss, occurs while: (1) in the course of operating a motor vehicle; (a) under the

21  influence of an intoxicant . . . ." Canada Life also denied the claim under the exclusion that

22  provided no coverage if the loss occurred while "committing or attempting to commit a

23  felony."

24  ## CONCLUSIONS OF LAW

25  12.    Under ERISA, state insurance regulations are saved from preemption. 28 U.S.C. §

26  1144(6)(2)(A).

27  13.    California Insurance Code Section 10369.12 provides:

28       A disability policy may contain a provision in the form set forth herein.

- 2 -

RECEIVED
JUL 27 200
CLAIMS

02cv079

SLIC 0007

1  Intoxicants and controlled substances: The insurer shall not be liable for any loss
   sustained or contracted in consequence of the insured's being intoxicated or
2  under the influence of any controlled substance unless administered on the
   advice of a physician.
3

4  14.     This Court finds the controlled substances exclusion of the Canada Life policy is more

5  restrictive than that allowed under California Insurance Code Section 10369.12. Accordingly,

6  Canada Life's policy must be rewritten to conform with California law.

7  15.     Canada Life has the burden of proving each of the three elements of California

8  Insurance Code Section 10369.12. Those elements are whether Mr. Legare's death was (1)

9  in consequence of (2) being under the influence of a controlled substance and (3) whether the

10 substances found in Mr. Legare's system were "not administered on the advice of a physician."

11 16.     In determining the first element, the Court follows the cases of <u>Garvey v. State Farm</u>,

12 48 Cal. 3d 395 (1989) and <u>Olsen v. American Banker's Ins. Co. of Florida</u>, 30 Cal. App. 4th

13 816 (1994). These cases require the intoxication to be the predominant cause of the loss. The

14 evidence presented to the Court demonstrates that several factors may have contributed to Mr.

15 Legare's death, including the design of the gas tank, the explosion thereof, and Mr. Legare's

16 intoxication.  In light of this evidence, Defendants have failed to prove Mr. Legare's

17 intoxication was the predominant cause of the loss.

18 17.     Defendants have also failed to prove the substances found in Mr. Legare's system were

19 not administered on the advice of a physician. Contrary to Defendants' argument, the statutory

20 language does not require a showing the decedent was taking the medication exactly as

21 prescribed.  Following the rationale of <u>Hummel v. Continental Casualty Ins. Co.</u>, 254

22 F.Supp.2d 1183, 1189 (D. Nev. 2003), the Court finds the focus of the statutory limitation is

23 to exclude losses resulting from the illegal use of drugs as opposed to the legitimate use of a

24 controlled substance pursuant to a physician's advice. In this case, the parties agree the drugs

25 found in Mr. Legare's system were prescribed by his physician.

26 18.     Defendants have also failed to present any evidence to support their argument the felony

27 ///

28 ///

- 3 -                        02cv0798

RECEIVED
JUL 27 2007
CLAIMS

SLIC 0008

1    exclusion of the policy applies in this case. The only evidence presented to the Court

2    suggested Mr. Legare violated California Vehicle Code Section 20001, which is misdemeanor

3    hit and run.

4    19.    Having failed to prove the elements under California Insurance Code Section 10369.12

5    and the felony exclusion of the policy, the Court finds Plaintiff is entitled to the benefits under

6    her husband's accidental death policy issued by Defendant Canada Life.

7        **IT IS SO ORDERED**.

8    DATED:    **2·18·04**

                                        DANA M. SABRAW

9                                            United States District Judge

10   cc:    all parties
          Judge Stormes

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECEIVED

JUL 27 2007

CLAIMS

- 4 -                      02cv0798

SLIC 0009

# STENNETT
## CASINO

*Attorneys at Law*
501 West Broadway, Suite 1340
San Diego, California 92101



Judy Lovelady
Stonebridge Life Insurance Company
2700 West Plano Parkway
Plano, Texas 75075

750755206 0015

**SLIC 0010**

# EXHIBIT G

# STONEBRIDGE LIFE

Insurance Company

Administrative Office:
2700 West Plano Parkway • Plano, Texas 75075-8200

CHARLES K. COSTA, CLU, FLMI, FLHC, ACS
Vice President – Claims
PHONE 972/881-6300 • FAX 972/881-6369

August 9, 2007

Mr. John P. Stennett
Stennett - Casino
Attorneys at Law
501 West Broadway, Suite 1340
San Diego, California 92101

Regarding       :     Dianne G. Hall-Hussain
Certificate No. :     72A45P0585
Claim No.       :     B-651853-01

Dear Mr. Stennett:

Your recent letter to Ms. Lovelady has been received and forwarded to my attention
for review and response.

We do not believe benefits are payable as outlined in our letter dated June 12, 2007.
We believe our Certificate exclusion is in compliance with California Insurance
Code and the death of Ms. Hall-Hussain falls within the exclusion.  Additionally,
while we acknowledge there is no definition of medical treatment in our Certificate,
we believe the average person would view medical treatment as anything a doctor
does in an effort to relieve or cure a condition.  Therefore taking medication in this
case would be treatment.

As to the release of records, it is certainly not our intention to force anyone in to a
lawsuit.  We advised your office what information we had and where it came from.
When evaluating a claim, we use all the information we get before making a
decision.  If the claim cannot be paid, the specific reasons are given as in this case.

Sincerely,
STONEBRIDGE LIFE INSURANCE COMPANY

Ken Costa
Vice President – Claims

1587 (08/05)

SLIC 0001

# EXHIBIT H

4/27/07 *axc claim*

![Stonebridge Life logo]

# STONEBRIDGE LIFE
### Insurance Company
2700 West Plano Parkway • Plano, Texas 75075-8200

> **TO EXPEDITE YOUR CLAIM**
> 1. ATTACH A CERTIFIED DEATH CERTIFICATE.
> 2. PLEASE COMPLETE THIS FORM INCLUDING ALL PAGES, SIGN AND DATE.
> 3. PLEASE ALSO SIGN AND DATE THE ENCLOSED AUTHORIZATION.
> 4. IF A PHYSICIAN'S STATEMENT IS ENCLOSED, PLEASE HAVE IT COMPLETED BY THE DOCTOR.
> 5. IF THERE WAS NO SURVIVING SPOUSE OR NAMED BENEFICIARY THE ENCLOSED AFFIDAVIT OF HEIRSHIP SHOULD BE COMPLETED AND SIGNED.
> 6. ENCLOSE AUTOPSY REPORT IF AVAILABLE.
> 7. ENCLOSE POLICE REPORT IF AVAILABLE.
> 8. ENCLOSE NEWSPAPER ARTICLE IF AVAILABLE.
> 9. OUR FAX # IS 1-972-881-6367
> 10. OUR TOLL FREE PHONE # IS 1-800-692-5246.

## PROOF OF ACCIDENTAL DEATH — AFFIDAVIT OF CLAIMANT
### ATTACH A CERTIFIED DEATH CERTIFICATE

1. Complete Name of Deceased   *Diane Geraldine Hall-Hussain*
2. Policy/Certificate Numbers   *72 A 45 P0585*
3. Other Names by which Deceased is known
4. Residence of the Deceased at Death   *606 8th St Eureka CA 95501* REDACTED
5. Deceased's Date of Birth   REDACTED        Social Security #   REDACTED
6. Place, Date and Cause of Death   *Residence, 4.9.07, Accidential Overdose Precril* By
7. What Date did Accident Occur?   *unkn 4/8/07*   Approximate Time of Accident
8. If Accident at work, give Name and Address of Employer
9. Where and how did Accident occur? *Diane was prescribed a toxic dose of oxycontin by*
   **See Below** *medical provider. was on 120 pills a month ⊕ went up to 270*
10. What injury or injuries were sustained?   *death*
11. Eyewitness Name   *n/A*        Phone Number
12. If Police Report is not attached, please give Name, Address and Phone Number of Agency and the Name of the Investigating Officer *Will not release*
    *Eureka PD, 604 C St Eureka, CA 95501 Report #3C072*
13. If Autopsy or Inquest Report not attached, give name and address of Coroner/Medical Examiner   *Roy Horton, 3012 I St Eureka CA 95501 (707) 445.7242*
14. Name and Address of first Doctor/Hospital seen after injury   *n/A*
    RECEIVED
15. Name and Town/City of other Hospitals Confined for this Accident.   *n/A*   APR 27 2007
16. Name, Address and Phone Number of Doctor who attended Deceased at the time of death   *n/A*   CLAIMS
17. Deceased's Family Doctor's Name, Address and Phone Number   *Chia Chen, 2350 Bahne St Eureka CA 95501   707 443 4593   707 443 6447 fax*

**Continue**

INET (12/2005)                    SLIC 0015            AIPG...

*Within days after Oxycontin was increased My mother died*

18. Deceased's Pharmacy Name, Address and Phone Number   Lima Pharmacy   2097 Harrison
Eureka  CA  95501   (707) 441 8500

19. List all Medical Treatment in the Past Five Years

| Hospital/Physician | Address | Telephone # | Condition(s) | Treatment Dates |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

20. Was the Deceased covered by any other Accident or Life Insurance Policy?   ☐ Yes   ☒ No

If yes, state Name and Address

The undersigned hereby makes claim to said insurance and agrees that the written statements and affidavits of all physicians who attended or treated the deceased, and all other records of any kind called for by the instructions here in, shall constitute and they are hereby made a part of these Proofs of Death, and further agrees that the furnishings of this form, or of any other forms supplemental thereto, by said Company shall not constitute nor be considered an admission by it that there was any insurance in force on the life of the Deceased in said Company, nor a waiver of any of its rights or defenses.

I authorize any physician, medical practitioner, hospital, clinic, other medical or medically related facility (including any Veteran's Administration Facility Hospital), insurance or reinsurance company, employer or consumer reporting agency, having information available as to diagnosis, treatment, or prognosis with respect to any physical or mental condition, and/or treatment of the Deceased, and any law enforcement agency having information available on the Deceased to give the Company or its legal representative any and all such information.

I know that I may request to receive a copy of this Authorization. I agree that a photocopy of this Authorization is as valid as the original. I agree that this Authorization is valid two years from the date shown.

Signature: Terri Smith     Date: 4·24·07

Address: 99 Horseshoe Lane Hiram GA 30141     Telephone No.: 228·235·2111

Relation to Deceased  Daughter

**IMPORTANT: THIS SECTION MUST ALWAYS BE COMPLETED IN FULL TO RECEIVE PROCEEDS (Please Print Clearly)**

Beneficiary's Name: Terri    Christine    Smith     REDACTED
                     First       Middle        Last       Date of Birth

Beneficiary's Citizenship:  (✓) U.S.    (  ) Other, please indicate

Address: 99    Horseshoe    Lane    Hiram    GA    30141
         Street              City     State      Zip Code

Social Security Number/Taxpayer I.D. # 012 - 60 - 1983  Relationship to Deceased: Daughter

If the correct Taxpayer I.D. or Social Security Number is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the information supplied on this form is true, correct and complete.

Please sign using the same name as you use on your checks.    Terri C Smith

---

Unless otherwise requested, if proceeds are payable and the amount eligible, an interest-bearing checking account will be opened for you and you will promptly receive your personalized checks.  Interest will be paid at the competitive variable rate and you may immediately utilize all or a portion of these funds by writing a check against the account. For a current quote on the interest being paid or for other information regarding your interest-bearing account, please call our toll free number, 1-866-527-9446.

---

For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

RECEIVED

APR 27 2007

INET (12/2005)     AIPG2 CLAIMS

# EXHIBIT I

FROM : TERRI SMITH                    FAX NO. : 7704398542          Apr. 29 2007 08:54PM  P1

*Please add to claim!*



### STONEBRIDGE LIFE
#### Insurance Company
2700 West Plano Parkway • Plano, Texas 75075-8200

**AFFIDAVIT OF HEIRSHIP REGARDING HEIRS OF** <u>Diane Hussain</u>
                                                      Name of Deceased

Certificate/Policy Number(s)  <u>72A45P0585</u>

**PLEASE NOTE THAT THIS FORM IS TO BE COMPLETED ONLY BY THOSE PERSONS CLAIMING BENEFITS**

Please check one of the following boxes that applies:

[X] Children are filing (there is no spouse).  How many children including step or adopted are there?  <u>2</u>
[ ] Parents are filing (there is no spouse or children, step-children or adopted children).        Number
[ ] Personal Representative of the Estate is filing (there is no spouse, children, or parents).

We the undersigned, together and separately, by signing below, swear under penalty of perjury, that this affidavit is true and correct and that we are the only living heirs, as it applies to the beneficiary provisions of the policy(s) issued by the company listed above on the referenced insured at the time of his/her death, having no living spouse.  Also, by signing below, we agree to hold harmless the said company from any and all costs, reasonable attorney fees, actions, loss or damage which it may suffer by virtue of its reliance on this affidavit and its payment to me/us under and because of the said policy(s) of insurance.

*Send (1) check →*

**IMPORTANT: THIS SECTION MUST ALWAYS BE COMPLETED IN FULL TO RECEIVE PROCEEDS**
**(PLEASE PRINT CLEARLY)**

| NAME    FIRST | MIDDLE    LAST | DATE OF BIRTH |
|---|---|---|
| Michelle | Constance Smith | REDACTED |

ADDRESS   STREET   CITY   STATE   ZIP CODE
2235 Forest Lake Ct   Eureka   CA   95501

POLICY NUMBER(S)                         DAY PHONE NUMBER  707 499 4703

SS # / TAXPAYER ID NUMBER   REDACTED   EMAIL ADDRESS  littlecitysmithy@yahoo.com   RELATION TO DECEASED  Daughter

If the correct Taxpayer ID or Social Security Number is not supplied, Federal and State income tax withholding may apply.  Under of penalty of perjury, I certify that the information supplied on this form is true, correct and complete.  **Please sign the same signature as you use on your checks.**

X* _(signature)_                          Current Date  4-25-07

BENEFICIARY'S CITIZENSHIP   ( ✓ ) U.S.   ( ) OTHER, PLEASE SPECIFY

*→ Add a signature to follow*

*Open Separate Checking Act →*

**IMPORTANT: THIS SECTION MUST ALWAYS BE COMPLETED IN FULL TO RECEIVE PROCEEDS**
**(PLEASE PRINT CLEARLY)**

| NAME    FIRST | MIDDLE    LAST | DATE OF BIRTH |
|---|---|---|
| Terri | Christine Smith | REDACTED |

ADDRESS   STREET   CITY   STATE   ZIP CODE
99 Horseshoe Lane   Hiram   GA   30141

POLICY NUMBER(S)                         DAY PHONE NUMBER  228-235-2111

SS # / TAXPAYER ID NUMBER   REDACTED   EMAIL ADDRESS  Msterri@yahoo.com   RELATION TO DECEASED  Daughter

If the correct Taxpayer ID or Social Security Number is not supplied, Federal and State income tax withholding may apply.  Under of penalty of perjury, I certify that the information supplied on this form is true, correct and complete.  Please sign the same signature as you use on your checks.

X _Terri C Smith_                          Current Date  4-24-07

BENEFICIARY'S CITIZENSHIP   ( ✓ ) U.S.   ( ) OTHER, PLEASE SPECIFY

**(CONTINUE)**

RECEIVED
APR 30 2007

INET (12/2005)                                                                      A1PG4

SLIC 0014

# EXHIBIT J

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 08-01466 JCS

. . .

TERRI SMITH and MICHELLE
SMITH FREGOSO,

              Plaintiffs,

      vs.

STONEBRIDGE LIFE INSURANCE
COMPANY,

              Defendants.
_____/

D E P O S I T I O N

O F

CHIA CHEN, M.D.

. . .

FRIDAY, APRIL 11, 2008

. . .

8:15 A.M.

. . .

VALERIE WALKER, CSR #7209

---

**CRNICH DEPOSITIONS**
626 H STREET, EUREKA, CA. 95501
TELEPHONE 707 443-4879
FAX 707 443 4870
CONFERENCE ROOMS

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4       Law Offices of Jack Stennett
         BY:  Jack Stennett, Esq.
 5                 and
              Barbara Casino, Esq.
 6       501 West Broadway, Ste. 1340
         San Diego, CA  92101
 7       (619) 544-6887

 8       (Appearing telephonically)

 9

10   FOR THE DEFENDANTS:

11       MANATT, PHELPS & PHILLIPS, LLP
         BY: Joseph Laska, Esq.
12       11355 West olympic Boulevard
         Los Angeles, CA  90064
13       (310) 312-4352

14

15

16

17

18

19

20

21

22

23

24

25
```

2

1                            I N D E X

2

3    EXAMINATION                                    PAGE

4       By Mr. Laska                                5, 72

5       By Mr. Stennett                             66, 74

6

7

8    EXHIBITS              DESCRIPTION              PAGE

9       A            Medical records                 21

10      B            April 9, 2007 notes             52

11      C            Death certificate               61

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1  UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  CASE NO. C 08-01466 JCS

4

5

6  TERRI SMITH and MICHELLE
   SMITH FREGOSO,

7
                    Plaintiff,

8
        vs.

9
   STONEBRIDGE LIFE INSURANCE

10 COMPANY,

11                  Defendants.
   _____/

12

13      Be it remembered that pursuant to notice, and on

14 Friday, April 11, 2008, commencing at the hour of

15 8:15 a.m. thereof, at the office of Redwood Family

16 Practice, 2350 Buhne Street, Eureka, California, before

17 me, Valerie Walker, Certified Shorthand Reporter Number

18 7209 for the State of California, personally appeared

19              CHIA CHEN, M.D.,

20 a witness in the above-entitled action, called by the

21 Defendant, who, after having been duly sworn to testify

22 to the truth, the whole truth and nothing but the truth,

23 was interrogated and examined in said cause.

24

25

                                                          4

```
 1              EUREKA, CALIFORNIA; FRIDAY, APRIL 11, 2008.

 2                        8:15 A.M.

 3                        .    .    .

 4

 5                    CHIA CHEN, M.D.,

 6         having been duly sworn, testified as follows:

 7

 8                       EXAMINATION

 9   BY MR. LASKA:

10      Q.  Good morning, Dr. Chen.

11      A.  Good morning.

12      Q.  Could you please state your name for the record?

13      A.  Chia Chen.

14      Q.  Have you ever been known by any other names?

15      A.  No.

16      Q.  Okay.  Do you have a maiden name?

17      A.  I have a middle name, L-I-N.

18      Q.  L-I-N?

19      A.  Yes.

20      Q.  As I said, I introduced myself earlier, but for

21   the record, Joe Laska.  I'm an attorney, and I represent

22   Stonebridge Life Insurance Company in connection with

23   the litigation that was filled by Terri Smith and

24   Michelle Smith Fregoso, who were daughters of Diane

25   Geraldine Hall-Hussain, who I understand was your former
```

5

1    another office and decided to come back here.

2        Q.  What was the name of the previous physician from

3    this office that she had seen?

4        A.  I believe -- I don't have a name here on my

5    record, but I believe it was Eureka Internal Medicine,

6    although she had several because of all the specialists

7    she'd been going to, so I'm not surprised that I didn't

8    write that particular physician down.  But on my records

9    it was Dr. Albertini, A-L-B-E-R-T-I-N-I, who was the

10    urologist, kidney specialist.  But you could say that

11    was the last one she saw.

12            Dr. Albertini was a doctor she saw here, not in

13    this office, in this town.

14        Q.  Okay.  I see.  Sorry.  I may have misunderstood.

15    I believe you testified she continued her treatment with

16    a different doctor here in this office?

17        A.  Right.  In 1999 she saw a different physician, a

18    primary physician, and she was not seen in our office

19    until I saw her in 2004.  So between those times she had

20    seen other physicians, including other primary

21    physicians and specialists.

22        Q.  What was the name of the primary physician from

23    this office that she saw in 1999?

24        A.  That was Dr. Newman, N-E-W-M-A-N.

25        Q.  Were you Ms. Hall-Hussain's primary physician

18

1    from July 7th, 2004 --

2        A.   Yes.

3        Q.    -- through the time of her death?

4        A.   Yes.

5        Q.   To your knowledge, did Ms. Hall-Hussain see any

6    other doctors during that period?

7        A.   Yes, specialists and also any doctor that might

8    have consulted while she was hospitalized, but I don't

9    believe she's seen any other primary doctors.

10       Q.   Do you know Dr. Ann Lindsay?

11       A.   Yes.

12       Q.   Do you know if Ms. Hall-Hussain was a patient of

13   Dr. Lindsay's?

14       A.   Not from this record in front of me, but I could

15   search through it more, if you like.  She might.  She's

16   been in this area for a while so she might have seen

17   other physicians in the area that I'm not aware of.

18       Q.   Dr. Lindsay doesn't work in this office, correct?

19       A.   No.

20       Q.   But have you no personal knowledge of

21   Ms. Hall-Hussain seeing Dr. Lindsay?

22       A.   That could be the doctor she'd seen before.  I

23   recall she said that she was fired by another physician,

24   and that might be -- it was -- or maybe she fired her.

25            But anyway, so she was on a medication called

                                                            19

1   A.  Yes.

2   Q.  Do you remember the first time that you

3   prescribed it for her?

4   A.  No, I don't remember the dates.

5   Q.  We can walk through the records and try to figure

6   that out.  But what was the reason that you prescribed

7   the oxycodone for Ms. Hall-Hussain?

8   A.  For intractable pain.

9   Q.  And you prescribed the OxyContin to treat the

10  intractable pain?

11  A.  Right.  I have the date if you like, April 21st,

12  2005.

13  Q.  To keep the record clean, why don't we look at

14  the stack of documents that I gave to you, and I'll

15  point out where I believe that is.  If you would notice

16  at the bottom of each page there's a number that says

17  SLIC, and if you could turn to the page that is 129.

18  A.  Okay.

19  Q.  Is that the record that you were looking at in

20  your file?

21  A.  Yes.

22  Q.  And based on this record, it's your recollection

23  that you first prescribed OxyContin for Ms. Hall-Hussain

24  on April 21st, 2005?

25  A.  Yes.

24

1     Q.   Can you explain the difference between OxyContin

2   and oxycodone?

3     A.   Oxycodone is a generic form of OxyContin.

4     Q.   So OxyContin is the brand name?

5     A.   Correct.

6     Q.   And are the two essentially interchangeable?

7     A.   Essentially, but patients will tell you

8   differently.   Sometimes they will claim that a generic

9   is different from a brand name.

10    Q.   Was there a reason that you prescribed in this

11  case OxyContin as opposed to oxycodone?

12    A.   OxyContin is supposedly the longer lasting form

13  so that hopefully they won't have to take it as often.

14    Q.   And how long is OxyContin supposed to last?

15    A.   Supposedly 12 hours, so we tend to use it twice a

16  day.   Sometimes it doesn't last as long as it's claimed

17  so patients may end up taking it three times a day.

18    Q.   Well, let's look at the note for April 21st.

19    A.   Are you still referring to page 129?

20    Q.   I am, please.

21         Now, pretend that I don't know anything about

22  doctors notations or writing prescriptions, and I assure

23  you it's not that much of a stretch to pretend that.   So

24  if you could please walk me through these notations so

25  that we can understand this.   It says, "OxyContin" and

25

1    the two possibilities that I can think of.

2        Q.   And MS Contin, is that also a painkiller?

3        A.   Yes.

4        Q.   And actually, can you describe the type of

5    medicine that OxyContin is?

6        A.   It's a narcotic painkiller.

7        Q.   Used to treat pain?

8        A.   Severe pain, yes.

9        Q.   So before prescribing OxyContin, you had

10   prescribed MS Contin?

11       A.   Yes.

12       Q.   And for whatever reason Ms. Hall-Hussain didn't

13   pick that up from the pharmacy?

14       A.   Yes.

15       Q.   Before prescribing MS Contin, to the best of your

16   recollection, had you prescribed any other painkillers

17   for Ms. Hall-Hussain?

18       A.   I might have.  I need to look at the records.

19       Q.   If you want to take a moment and flip back, that

20   would be fine, if that would refresh your recollection.

21       A.   So the only one that I see -- for some reason,

22   both of these sheets, the dates are not clear.  But this

23   one, the 130, page 130 looks like it should be from '05

24   as well, because on the bottom I made a notation.  And

25   looks like she was on a Duragesic patch, and I switched

1    appears to be a note from November 3rd, 2006?

2        A.  Yes.

3        Q.  At the bottom it seems to indicate that

4    Ms. Hall-Hussain is -- or was still instructed to take

5    40 milligrams of OxyContin, two pills three times a day?

6        A.  Yes.

7        Q.  So that was the same dosage as last time?

8        A.  Yes.

9        Q.  And it was not an increase?

10       A.  Yes.

11       Q.  Okay.  Let me ask you -- we have, based on the

12   notes that we've looked at, seems like Ms. Hall-Hussain

13   was on OxyContin from April 2005, starting in April

14   2005?

15       A.  Yes.

16       Q.  To your knowledge, was she taking OxyContin from

17   April 2005 up through the time of her death?

18       A.  Yes.  It should be.

19       Q.  I mean, you don't have any recollection that she

20   had stopped taking it at any point and then started

21   taking it again?

22       A.  I would have to look through the records to see

23   if she told me she stopped and started.  If the refill

24   record shows that every month we've been refilling it,

25   then I'd have to assume she was taking it or she

42

133

1  wouldn't be filing for a refill.

2      Q.  Let's discuss that process.

3          The number of pills that you prescribed for

4  Ms. Hall-Hussain was intended to last 30 days?

5      A.  Yes.

6      Q.  So one month supply?

7      A.  Yes.

8      Q.  So did she refill her prescription every month?

9      A.  I can look and tell you.  Do you want me to look

10 and tell you?

11     Q.  Yes, please.  And I think the notes you're

12 looking for are probably at 134, and there's some

13 additional notes on 135 and 136.

14     A.  So it looks like it's very close to monthly, yes,

15 because you can see every month, April, May, June, July,

16 August, so forth.

17     Q.  How did that work logistically?  Did Ms. Hall

18 have to come in every month personally for the

19 prescription?  Was it something that you were able to

20 telephone into the pharmacy?

21     A.  Yeah.  The way we do it is, if a person has had a

22 long experience with the medication, I feel that they

23 are -- they don't need to come in every month.  They can

24 come in every three months.  Or if I feel that they do

25 need to come in every month, I will make them come in

43

1    A.  Exactly.

2    Q.  Because of all the dangers involved?

3    A.  Yes.

4    Q.  And the next time you prescribed the medication

5   was March 26?

6    A.  Yes.

7    Q.  If I could direct your attention to page 112, to

8   the second to last page from the top.  Is this your

9   handwriting?

10    A.  No.  This is a student, a nursing -- well, a

11   nurse practitioner student.

12        MR. STENNETT:  When you say "this," are you

13   referring to the Post-it note?

14        MR. LASKA:  I'm sorry.  We're looking at

15   112, and it's just a whole sheet of notes.  And I was

16   referring to the handwriting in general.

17        MR. STENNETT:  Okay.

18   BY MR. LASKA:

19    Q.  It appears to be dated April 3rd, 2007?

20    A.  Yes.

21    Q.  The middle of the page, based on what we

22   discussed earlier, it appears to indicate that you

23   increased the dosage of OxyContin to 40 milligrams three

24   tabs three times per day?

25    A.  Yes.

48

1    Q.    And the number next to that is 270?

2    A.    Yes.

3    Q.    And that's because three tabs three times a day

4    is nine tabs per day times 30 days is 270?

5    A.    Uh-huh.  Yes.

6    Q.    So based on these notes, it's your recollection

7    that this is accurate in that on April 3rd you increased

8    the dosage of Ms. Hall-Hussain's OxyContin?

9    A.    Yes.

10    Q.    Do you have any independent recollection of this

11    office visit?

12    A.    Yes.

13    Q.    Do you remember why it was that you increased the

14    dosage at that time?

15    A.    It's because she complained of more pain, and her

16    pain is not being controlled by what she's on.  And she

17    might have expressed to me that -- she stopped the

18    existing medications she had or she could have lost it

19    because she had traveled or she don't have it anymore

20    for any reason, somebody could have taken it from them.

21    There's all kinds of reasons that she may not have

22    enough medication.  And this is only a part of that day.

23         And what I recall is that she also developed some

24    sores and foot problems that may give her additional

25    pain that was not her usual pain amount.  There's other

49

1    the transcript will be assumed to be correct as is and

2    an unsigned copy can be used for all purposes at trial

3    or any other instance in this matter.

4         MR. STENNETT:  And that her signature be

5    under penalty of perjury.

6         MR. LASKA:  Yes, of course.

7         MR. STENNETT:  So stipulated.

8         MR. LASKA:  All right.  Talk to you in

9    awhile.

10        (The deposition was concluded at 10:05 a.m.)

11

12                          .  . .

13

14   I hereby certify under penalty of perjury that the

15   foregoing is true and correct.

16   Executed this _____ day of _____, 2008,

17   at _____.

18

19   _____

20   CHIA CHEN, M.D.

21

22

23

24

25

76

```
1    STATE OF CALIFORNIA )
                         ) ss.
2    COUNTY OF HUMBOLDT  )

3       I, Valerie Walker, CSR No. 7209, a Certified

4    Shorthand Reporter of the State of California, hereby

5    certify that the witness in the foregoing deposition was

6    by me duly sworn to testify to the truth, the whole

7    truth and nothing but the truth in the within-entitled

8    cause; that said deposition was taken at the time and

9    place therein stated; that the testimony of the said

10   witness was reported by me and was thereafter

11   transcribed under my direction into typewriting; that

12   the foregoing is a full, complete and true record of

13   said testimony; and that the witness was given an

14   opportunity to read and correct said deposition and to

15   subscribe the same.  Should the signature of the witness

16   not be affixed to the deposition, the witness shall not

17   have availed himself/herself of the opportunity to sign

18   or the signature has been waived.

19      I further certify that I am not of counsel or

20   attorney for either or any of the parties in the

21   foregoing deposition and caption named, or in any way

22   interested in the outcome of the cause named in said

23   caption.

24

25   _Valerie Walker_____
     Certified Shorthand Reporter
```

77

# EXHIBIT K

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 08-01466 JCS

. . .

TERRI SMITH and MICHELLE
SMITH FREGOSO,

             Plaintiffs,

      vs.

STONEBRIDGE LIFE INSURANCE
COMPANY,

             Defendants.
_____/

D E P O S I T I O N

O F

DEPUTY CORONER ROY HORTON

. . .

FRIDAY, APRIL 11, 2008

. . .

11:00 A.M.

. . .

VALERIE WALKER, CSR #7209

**CRNICH DEPOSITIONS**
626 H STREET, EUREKA, CA. 95501
TELEPHONE 707 443-4879
FAX 707 443 4870
**CONFERENCE ROOMS**

```
 1              A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4        Law Offices of Jack Stennett
          BY:   Jack Stennett, Esq.
 5                   and
          Barbara Casino, Esq.
 6        501 West Broadway, Ste. 1340
          San Diego, CA  92101
 7        (619) 544-6887
          (Appearing telephonically)
 8

 9

10    FOR THE DEFENDANTS:

11        MANATT, PHELPS & PHILLIPS, LLP
          BY:   Joseph Laska, Esq.
          11355 West olympic Boulevard
12        Los Angeles, CA  90064
          (310) 312-4352
13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

1                           I N D E X

2

3

EXAMINATION                                    PAGE

4
    By Mr. Laska                             5, 69

5
    By Mr. Stennett                            62

6

7

8

EXHIBITS              DESCRIPTION             PAGE

9
    A           Coroner's File

10
    B           Death Investigation Report    20

11
    C           Death Certificate

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                     CASE NO. C 08-01466 JCS

 4                         .    .    .

 5

 6     TERRI SMITH and MICHELLE
       SMITH FREGOSO,
 7
                          Plaintiffs,
 8
             vs.
 9.
       STONEBRIDGE LIFE INSURANCE
10     COMPANY,

11                        Defendants.
                                              /
12     _____.

13         Be it remembered that pursuant to notice, and on

14     Friday, April 11, 2008, commencing at the hour of

15     11:00 a.m. thereof, at the offices of Crnich

16     Depositions, Certified Shorthand Reporters, 626 H

17     Street, Eureka, California, before me, Valerie Walker,

18     Certified Shorthand Reporter Number 7209 for the State

19     of California, personally appeared

20                    DEPUTY CORONER ROY HORTON,

21     a witness in the above-entitled action, called by the

22     Defendant, who, after having been duly sworn to testify

23     to the truth, the whole truth and nothing but the truth,

24     was interrogated and examined in said cause.

25
```

4

1            EUREKA, CALIFORNIA; FRIDAY, APRIL 11, 2008

2                        11:00 A.M.

3                        .   .   .

4

5            DEPUTY CORONER ROY HORTON,

6        having been duly sworn, testified as follows:

7

8                        EXAMINATION

9    BY MR. LASKA:

10       Q.   Good morning, Deputy.

11       A.   Good morning.

12       Q.   If you could state your name for the record,

13   please.

14       A.   Roy W. Horton, H-O-R-T-O-N.

15       Q.   What does the W stand for?

16       A.   Wilbur.

17       Q.   Is that W-I-L-B-U-R?

18       A.   Yes.

19       Q.   Have you ever been known by any other name?

20       A.   No.

21       Q.   We just met before we went on the record, but

22   again, my name is Joe Laska.  I'm an attorney.  I

23   represent Stonebridge Life Insurance Company in

24   connection with a lawsuit filed by the daughters of a

25   woman named Diane Geraldine Hall-Hussain.  The lawsuit

5

1    relying on in giving your testimony.

2    BY MR. LASKA:

3       Q.   Deputy, if you could look at this next document

4    and tell me if you recognize it.

5              MR. LASKA:   Jack and Barbara, I'm showing

6    him documents that are Bates numbered SLIC 0070 through

7    74.

8       Q.   Do you recognize the document, sir?

9       A.   Yes.

10      Q.   What is it?

11      A.   Face page of my narrative, the narrative itself

12   and copies of the toxicology report.

13      Q.   Okay.  And these document taken together, do

14   these comprise the entire death investigation report?

15      A.   Yes.

16      Q.   So when going through the testimony let's refer

17   to these documents because they're numbered and counsel

18   on the phone will be able to follow along.

19           Going back, you were testifying that you were

20   called to 606 Eighth Street, Number 2, in Eureka?

21      A.   Correct.

22      Q.   And what did you do next?

23      A.   I met with Officer Laird out in the front of the

24   apartment building.

25      Q.   Do you remember what, if anything, he told you at

                                                   22

1  questions.

2              Anything else, Counsel?

3              MR. STENNETT:  No, nothing here.  Thank you.

4              MR. LASKA:  Can we just incorporate the same

5  stipulation from the last deposition?

6              MR. STENNETT:  That's fine.

7         (The deposition was concluded at 12:45 p.m.)

8

9                         .   .   .

10

11  I hereby certify under penalty of perjury that the

12  foregoing is true and correct.

13  Executed this _____ day of _____, 2008,

14  at _____.

15

16  _____

17  ROY HORTON

18

19

20

21

22

23

24

25

                                                          74

1   STATE OF CALIFORNIA )
                        ) ss.
2   COUNTY OF HUMBOLDT  )

3        I, Valerie Walker, CSR No. 7209, a Certified

4   Shorthand Reporter of the State of California, hereby

5   certify that the witness in the foregoing deposition was

6   by me duly sworn to testify to the truth, the whole

7   truth and nothing but the truth in the within-entitled

8   cause; that said deposition was taken at the time and

9   place therein stated; that the testimony of the said

10  witness was reported by me and was thereafter

11  transcribed under my direction into typewriting; that

12  the foregoing is a full, complete and true record of

13  said testimony; and that the witness was given an

14  opportunity to read and correct said deposition and to

15  subscribe the same.  Should the signature of the witness

16  not be affixed to the deposition, the witness shall not

17  have availed himself of the opportunity to sign or the

18  signature has been waived.

19       I further certify that I am not of counsel or

20  attorney for either or any of the parties in the

21  foregoing deposition and caption named, or in any way

22  interested in the outcome of the cause named in said

23  caption.

24  _____
        Valerie Walker
25  Certified Shorthand Reporter

75

146