1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

TERRI SMITH and MICHELE
SMITH FREGOSO,

Case No. C 08-01466 JCS

12

Magistrate Judge Joseph C. Spero

Plaintiffs,

13

[PROPOSED] ORDER GRANTING
DEFENDANT STONEBRIDGE LIFE
INSURANCE COMPANY'S MOTION
FOR PARTIAL SUMMARY
JUDGMENT

vs.

14

STONEBRIDGE LIFE
INSURANCE COMPANY,

15

16

Defendant.

Action Filed:        September 5, 2007

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41308417.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1    The Motion for Partial Summary Judgment filed by Defendant Stonebridge

2  Life Insurance Company ("Stonebridge") came on regularly for hearing before the

3  Court on September 26, 2008.  After full consideration of the evidence and

4  authorities submitted by the parties, including oral argument, the Court grants

5  Stonebridge's Motion in full.

6      IT IS SO ORDERED.

7

8  Dated:  _____

9                                                            _____

10                                                                    United States Magistrate Judge

11

12  Respectfully submitted by:

13  MANATT, PHELPS & PHILLIPS, LLP
    MARGARET LEVY (Bar No. 66585)
14  JOSEPH E. LASKA (Bar No. 221055)
    11355 West Olympic Boulevard
15  Los Angeles, California  90064
    Telephone:  (310) 312-4000
16  Facsimile:  (310) 312-4224
    Email: mlevy@manatt.com and jlaska@manatt.com
17
    *Attorneys for Defendant*
18  STONEBRIDGE LIFE INSURANCE COMPANY

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41308417.1                                      1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT