1  MANATT, PHELPS & PHILLIPS, LLP
   MARGARET LEVY (Bar No. 66585)
2  JOSEPH E. LASKA (Bar No. 221055)
   11355 West Olympic Boulevard
3  Los Angeles, California  90064
   Telephone:  (310) 312-4000
4  Facsimile:  (310) 312-4224
   Email:  mlevy@manatt.com and jlaska@manatt.com
5
   *Attorneys for Defendant*
6  STONEBRIDGE LIFE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 TERRI SMITH and MICHELE          Case No. C 08-01466 JCS
   SMITH FREGOSO,
12                                  Magistrate Judge Joseph C. Spero
             Plaintiffs,
13                                  EVIDENTIARY OBJECTIONS TO
       vs.                          DECLARATION OF JOHN STENNETT
14                                  IN SUPPORT OF OPPOSITION TO
   STONEBRIDGE LIFE                 PLAINTIFFS' MOTION FOR PARTIAL
15 INSURANCE COMPANY,               SUMMARY JUDGMENT ON
                                    PLAINTIFFS' FIRST CAUSE OF
16           Defendant.             ACTION FOR BREACH OF
                                    CONTRACT
17
                                    [Filed concurrently with:
18                                  (1) Opposition to Plaintiffs' Motion for
                                    Partial Summary Judgment;
19                                  (2) Declaration of Cheryl Penner;
                                    (3) Declaration of Joseph E. Laska; and
20                                  (4) Evidentiary Objections to Declaration of
                                    Michele Smith Fregoso.]
21
                                    Hearing Date:    September 26, 2008
22                                  Hearing Time:    9:30 a.m.
                                    Courtroom:       A
23
                                    Action Filed:    September 5, 2007
24

25

26

27

28

MANATT, PHELPS &     41313736.1
PHILLIPS, LLP
ATTORNEYS AT LAW    ────────────────────────────────────────────────
LOS ANGELES          EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN STENNETT

Defendant Stonebridge Life Insurance Company ("Stonebridge") submits these evidentiary objections to the Declaration of John Stennett in support of Stonebridge's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

Stonebridge objects to Exhibit 2 to the Stennett Declaration, which purports to be "true and correct copies of the 'Findings of Fact and Conclusions of Law Following Bench Trial' filed February 18, 2004 from *Legare v. Canada Life Assurance Company*, U.S. District Court, Southern District of California, Case Number 02-CV-0798," on the ground that Plaintiffs did not ask the Court to take judicial notice of this purported order as required by Federal Rule of Evidence 201.

Stonebridge further objects to the contents of Exhibit 2 on the ground that they are inadmissible hearsay and double hearsay. Fed. R. Evid. 801-04.

Dated:  August 29, 2008

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY
JOSEPH E. LASKA


By: /s/ Joseph E. Laska
     Joseph E. Laska
     *Attorneys for Defendant*
     STONEBRIDGE LIFE
     INSURANCE COMPANY

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41313736.1

1

EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN STENNETT