1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TERRI SMITH and MICHELE SMITH FREGOSO,<br><br>Plaintiffs,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. C 08-01466 JCS<br><br>Magistrate Judge Joseph C. Spero<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE |
|---|---|

1     The Court approves the parties' stipulation and orders that this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _December 19, 2008_      _____
                                          United States Magistrate Judge

Judge Joseph C. Spero

Respectfully submitted by:

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 66585)
JOSEPH E. LASKA (Bar No. 221055)
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: mlevy@manatt.com and jlaska@manatt.com

*Attorneys for Defendant*
STONEBRIDGE LIFE INSURANCE COMPANY

STENNETT/CASINO
JOHN P. STENNETT (Bar No. 72815)
BARBARA A. CASINO (Bar No. 91952)
501 West Broadway, Suite 1340
San Diego, California 92101
Telephone: (619) 544-6404
Facsimile: (619) 234-7082
Email: Stennett@StennettCasino.com and Bcasino@StennettCasino.com

*Attorneys for Plaintiffs*
TERRI SMITH and MICHELE SMITH FREGOSO

41345113.1                           1

[~~PROPOSED~~] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE